Filed: 5/11/2023 11:54 AM
Clerk
St. Joseph County, Indiana

**STATE OF INDIANA**

**IN THE ST. JOSEPH COUNTY SUPERIOR COURT**

| | |
|---|---|
| BARRY HARDING D/B/A OFFICE LOUNGE, | |
| Plaintiff, | CAUSE NO. 71D04-2305-PL-000126 |
| v. | |
| SPECIALTY RISK OF AMERICA, | |
| Defendant. | |

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff Barry Harding d/b/a Office Lounge ("Office Lounge"), for its complaint against Defendant Specialty Risk of America ("SPRISKA"), states as follows:

### I.
### Introduction

1.     This is an action for declaratory relief and breach of contract concerning insurance against SPRISKA. Office Lounge respectfully seeks: (1) declaratory relief, pursuant to Indiana Rule of Trial Procedure 57 and the Indiana Declaratory Judgment Act, Indiana Code § 34-14-1 *et seq*., to confirm SPRISKA's obligation to pay Office Lounge's losses under a commercial property insurance policy related to water damage; (2) actual and consequential damages arising from SPRISKA's breach of the policy; (3) prejudgment and post-judgment interest; and (4) any and all other relief to which it may be entitled.

## II.
## The Parties

2.    Office Lounge is a restaurant and bar located at 1813 East 12th Street, Mishawaka, St. Joseph County, Indiana 46544 (the "Property").

3.    Barry Harding, sole proprietor of Office Lounge, is an Indiana citizen residing in St. Joseph County, Indiana.

4.    SPRISKA is an Illinois insurance company doing business in Indiana.

## III.
## Jurisdiction and Venue

5.    This Court has jurisdiction over SPRISKA under Indiana Rule of Trial Procedure 4.4(A)(1) and (6) because SPRISKA does business in Indiana and SPRISKA is an insurance company currently licensed to do business in Indiana.

6.    St. Joseph County Commercial Court has jurisdiction over this lawsuit pursuant to Rule 2 of the Commercial Court Rules because the gravamen of this lawsuit relates to disputes between or among business entities as to their business activities relating to commercial insurance contracts.

## IV.
## Factual Circumstances

7.    From the 1980s until the end of October 2022, Office Lounge operated as a bar and restaurant at the Property.

8.    From November 1, 2022 until November 24, 2022, Barry Harding visited the Property every day to pick up the mail and inspect the building. During that time, Barry's son, Mike Harding, also visited the Property once per week, often using the restroom while he was there.

9.      Due to Barry's declining health, Barry stopped his daily visits to the Property at the end of November 2022.

10.     From the end of November through December 2022, Mike checked on the Property numerous times after visiting Barry at Barry's nearby Mishawaka home. Mike checked the mail and inspected the interior of the building on November 28, December 1, and December 12. Mike used the restroom at the Property on at least two of those occasions, which required him to walk almost the entire length of the building to reach it. The indoor air was always a comfortable temperature. There were no issues with the operation of the plumbing. Mike also drove by the Property to check on the building twice during the week of December 5. All appeared to be in order at the Property.

11.     From December 14, 2022 until January 2, 2023, Barry was hospitalized and in rehabilitation for metabolic encephalopathy and acute renal failure. On January 5, 2023, Barry had to be taken back to the hospital for diabetic shock. Barry was discharged the next day and began living with Mike in Cassopolis, Michigan.

12.     Because the family was dealing with Barry's further declining health, multiple hospitalizations, and rehabilitation during the last few weeks of December 2022 and first few weeks of January 2023, they did not inspect the interior of the Property, but there were no indications that anything was wrong with the Property during that time. Mike and his son, Cory Harding, drove by the Property on January 17, 2023 and the Property appeared to be in order.

3

13.     On January 20, 2023, Brian Galletti of Mishawaka Utilities left a note in Barry's home mailbox about excessive water usage at the Property.

14.     On January 23, 2023, Barry's mother checked Barry's home mailbox, found the note from Mishawaka Utilities, and notified Mike. Mike immediately called Mr. Galletti, and Mike and Mr. Galletti met at the Property that same day to discover that a pipe had burst and there was standing water in the building.[1] The indoor air felt "balmy." Mr. Galletti shut off the water. Mike began to remediate the water and mitigate the damage. Office Lounge had no notice or reason to suspect that anything was wrong with the Property prior to its receipt of Mr. Galletti's letter on January 23.

15.     On January 24, 2023, Mike met Jim Kalka of CPR Claims LLC at the Property to assess the damage and determine next steps. Several people were assisting Mike's continued effort to mitigate the damage. Many were wearing short-sleeved t-shirts. Water remediation company Servepro delivered water damage restoration equipment to the Property and asked Mike to turn up the thermostat because the equipment worked best at an increased temperature. The thermostat—a standard dial Honeywell model—had been on the "heat" setting at 50 degrees Fahrenheit. Although the indoor air still felt "balmy," Mike increased the temperature to 70 degrees.

---

[1] The plumbing for the building is located on the outside wall making it more susceptible to freezing, regardless of the heat in the building.

## V.
## The Policy

16.    SPRISKA sold Office Lounge a commercial package insurance policy, Policy No. 10-2020-5864, with an effective date of October 1, 2022 through October 1, 2023 (the "Policy").  A true and accurate copy of the Policy is attached as **Exhibit 1**.

17.    The Policy provides Building and Personal Property coverages. The Policy provides coverage for the losses suffered by Office Lounge associated with the water damage.

18.    Office Lounge has paid all required premiums and performed all conditions precedent for obtaining coverage under the Policy.

19.    Office Lounge timely notified SPRISKA of the loss on January 24, 2023 under Claim Number 2023CPP0520.

20.    On March 27, 2023, Specialty Risk informed Office Lounge that it was denying the claim because:

> We have completed our investigation into this claim and have determined that the insured did not use reasonable care to maintain heat in the building or drain the equipment and turn off the supply line (Perils Excluded 1 h above). We have determined this through our investigation and review of the utility records for the insured location, which are attached. This letter is to inform you that we will not be affording coverage for the above captioned claim.

A true and accurate copy of SPRISKA's denial letter is attached as **Exhibit 2**.

21.    SPRISKA's denial of coverage is wrong.

22.    Perils Excluded 1(h) states:

> h. Freezing – We do not cover loss caused by water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning systems or appliances (other than fire protective

5

systems) as a result of freezing. This does not apply if you use reasonable care to maintain heat in the building or structure; or you drain the equipment and turn off the supply if the heat is not maintained.

Ex. 1 at PDF p. 78. Perils Excluded 1(h) will hereinafter be referred to as the "Freezing Exclusion."

23. Office Lounge used reasonable care to maintain heat in the building.

24. The Policy provides coverage for the losses suffered by Office Lounge caused by the water damage.

## VI.
## Causes of Action

### Count 1: Declaratory Relief

25. Office Lounge incorporates by reference the above paragraphs.

26. An actual controversy exists as to the scope of SPRISKA's rights and Office Lounge's obligations under the Policy.

27. The Policy is an "all risk" policy. SPRISKA promised to "cover direct physical loss to covered property at the premises described on the declarations caused by a covered peril." Ex. A at PDF p. 62. A covered peril broadly includes "risks of direct physical loss unless the loss is limited or caused by a peril that is excluded." *Id.* at PDF p. 76.

28. Office Lounge used reasonable care to maintain heat in the building because the thermometer was consistently set to at least 50 degrees. The Freezing Exclusion does not bar coverage.

29. Office Lounge has suffered a loss to the building and business personal property at the Property that is covered by the terms of the Policy.

30.    SPRISKA's refusal to pay these losses has damaged, and will continue to damage, Office Lounge.

31.    This declaratory judgment action is necessary and useful in determining all of the rights and responsibilities of the parties.

32.    Pursuant to Indiana Code § 34-14-1-1 and Rule 57 of the Indiana Rules of Trial Procedure, Office Lounge is entitled to declaratory relief establishing that the losses suffered by Office Lounge are covered by the Policy.

## Count 2: Breach of Contract

33.    Office Lounge incorporates by reference the above paragraphs.

34.    The Policy obligates SPRISKA to pay for the losses suffered by Office Lounge.

35.    SPRISKA's denial of Office Lounge's claim and refusal to pay these losses is a breach of its obligations to Office Lounge under the Policy.

36.    As a result of SPRISKA's breach, Office Lounge has incurred, and will continue to incur, substantial costs, expenses, and losses related to the water damage at the Property.

37.    Office Lounge is entitled to damages equal to the costs that have been, and will be, incurred as a result of the losses, consequential damages arising from SPRISKA's breach, and prejudgment and post-judgment interest on all such costs or expenses.

WHEREFORE, Office Lounge requests that the Court enter judgment against SPRISKA and in favor of Office Lounge:

A.      declaring that Office Lounge's losses are covered under the terms of the Policy;

B.      ordering SPRISKA to pay Office Lounge all amounts owed pursuant to the terms of the Policy;

C.      finding SPRISKA in breach of its obligations under the Policy and requiring SPRISKA to pay Office Lounge the full amount of its losses, plus prejudgment and post-judgment interest; and

D.      awarding Office Lounge all other compensatory, consequential, and other damages to which it may be entitled, including but not limited to the attorneys' fees and expenses incurred in bringing this action, and all other and further relief as this Court may deem proper.

Respectfully submitted,

 /s/ Thao T. Nguyen
Attorneys for Barry Harding dba Office
Lounge

Thao T. Nguyen, Atty. No. 25030-71
Plews Shadley Racher & Braun LLP
1017 E. Jefferson Boulevard
South Bend, Indiana 46617
Tel: (574) 273-1010
Fax: (574) 271-2050
tnguyen@psrb.com

Joanne R. Sommers, Atty. No. 32740-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, Indiana 46202
Tel: (317) 637-0700
Fax: (317) 534-3506
jsommers@psrb.com

## **REQUEST FOR JURY TRIAL**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff Barry

Harding dba Office Lounge requests a trial by jury.

Respectfully submitted,

*/s/ Thao T. Nguyen*
Attorneys for Barry Harding dba Office
Lounge

Thao T. Nguyen, Atty. No. 25030-71
Plews Shadley Racher & Braun LLP
1017 E. Jefferson Boulevard
South Bend, Indiana 46617
Tel: (574) 273-1010
Fax: (574) 271-2050
tnguyen@psrb.com

Joanne R. Sommers, Atty. No. 32740-49
Plews Shadley Racher & Braun LLP
1346 North Delaware Street
Indianapolis, Indiana 46202
Tel: (317) 637-0700
Fax: (317) 534-3506
jsommers@psrb.com

9

**71D04-2305-PL-000126**

St. Joseph Superior Court 4

Filed: 5/11/2023 11:54 AM
Clerk
St. Joseph County, Indiana

SPECIALTY RISK OF AMERICA
401 W FAYETTE AVE
SPRINGFIELD IL 62704

BARRY HARDING DBA OFFICE LOUNGE
1813 EAST 12TH STREET
MISHAWAKA IN 46544

**IMPORTANT INFORMATION BELOW:**

- o Our SPRISKA customer portal is now available either by direct access to
  www.policyholder.spriska.com, or through our website at www.spriska.com and clicking "Customer Portal".

- o Through the portal, SPRISKA customers can:
  - o View and download policy documents
  - o View and pay invoices
  - o Enroll in autopay
  - o Sign up for eServices

Complaint Ex. 1



# SPRISKA
## SPECIALTY RISK OF AMERICA
A Stock Property and Casualty Insurance Company

**Date:** 08/11/2022

**Policy No.: 10-2020-5864**
**Policy Type: Commercial Package**

## PRE-AUTHORIZED PAYMENT SCHEDULE

| First Named Insured: | Additional Named Insured(s): | Producer: |
|---|---|---|
| BARRY HARDING DBA OFFICE LOUNGE<br>1813 EAST 12TH STREET<br>MISHAWAKA, IN 46544 | | Randy Leliaert Agency, Inc.<br>410 Lincoln Way West<br>Osceola, IN 46561<br>Work: (574) 674-0015<br>Work: (574) 674-9582 |

**Policy Term Effective Date:**
10/01/2022, 12:01AM *Standard Time*
(at the address of the Named Insured)

**Policy Term Expiration Date:**
10/01/2023, 12:01AM *Standard Time*
(at the address of the Named Insured)

Below is your schedule of premium payments based on the payment option you have selected. Should you make any changes that will affect the processing of your payment, please contact your producer.

**Please help us save the environment and service your account more efficiently by enrolling in E-service which includes paperless billing, and electronic delivery of policy documents. Contact your Producer today to enroll.**

*Please confirm the account information below*

**Name on Account:** BARRY HARDING DBA OFFICE LOUNGE
**Type:** Checking
**Account Number:** (Last four 0215)

*This payment schedule is for your:* **10-2020-5864**
Your current account balance is $592.

| DATE WITHDRAWN | PREMIUM | INSTALLMENT FEE | TOTAL |
|---|---|---|---|
| 10/01/2022 | $592.00 | $0.00 | $592.00 |
| 12/01/2022 | $222.00 | $5.00 | $227.00 |
| 01/01/2023 | $222.00 | $5.00 | $227.00 |
| 02/01/2023 | $222.00 | $5.00 | $227.00 |
| 03/01/2023 | $222.00 | $5.00 | $227.00 |
| 04/01/2023 | $222.00 | $5.00 | $227.00 |
| 05/01/2023 | $222.00 | $5.00 | $227.00 |
| 06/01/2023 | $222.00 | $5.00 | $227.00 |
| 07/01/2023 | $220.00 | $5.00 | $225.00 |

Note: All credit and debit card transactions will incur an additional 3.5% merchant charge

Complaint Ex. 1



**SPRISKA**
SPECIALTY RISK OF AMERICA
A Stock Property and Casualty Insurance Company

401 W. Fayette Ave
Springfield, IL 62704
1-800-252-2907
www.spriska.com

Policy # 10-2020-5864

# DECLARATION- *COMMERCIAL PACKAGE POLICY-IN*

| First Named Insured: | Additional Named Insured(s): | Producer: |
|---|---|---|
| BARRY HARDING DBA OFFICE LOUNGE 1813 EAST 12TH STREET MISHAWAKA, IN 46544 | | Randy Leliaert Agency, Inc 410 Lincoln Way West Osceola, IN 46561 Work: (574) 674-0015 Fax: (574) 674-9582 |

| Policy Term Effective Date: | Policy Term Expiration Date: | Legal Entity Type: |
|---|---|---|
| 10/01/2022, 12:01AM *Standard Time* (at the address of the Named Insured) | 10/01/2023, 12:01AM *Standard Time* (at the address of the Named Insured) | Individual |

## *Common Policy Declarations*

In return for the payment of premium, and subject to all the terms of this policy, we agree to provide the insurance stated in this policy. This policy consists of the following coverage parts for which a premium charge is indicated. This premium may be subject to adjustments. The total premium for this policy includes amounts for all locations and coverages listed herein.

| | |
|---|---|
| **Property Coverage Part** | $1,631.00 |
| **General Liability Coverage Part** | $631.00 |
| **Data Compromise Coverage Part** | $104.00 |
| Policy Premium Sub-total: | $2,366.00 |
| Total Premium + Taxes & Fees: | $2,366.00 |

Countersigned: _____ *Wletrin ocher*

Authorized Representative

08/11/2022

Date

Complaint Ex. 1

## POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| CL-100 Ed 1.0 | COMMON POLICY CONDITIONS |
| CL-188 2.0 | AMENDATORY ENDORSEMENT- INDIANA |
| CL-300 1.0 | AMENDATORY ENDORSEMENT |
| CL-0298 07 13 | AMENDATORY ENDORSEMENT – INDIANA |
| CL-0600 01 15 | CERTIFIED TERRORISM LOSS |
| CL-0605 01 21 | CERTIFIED TERRORISM LOSS DISCLOSURE OF PREMIUM AND FEDERAL SHARE OF INSURED LOSSES |
| CL-0700 10 06 | VIRUS OR BACTERIA EXCLUSION |
| CL-0718 07 13 | POLLUTANT – AMENDED DEFINITION |
| CL-1045 01 21 | POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE |
| CL-1650 06 06 | CONDITIONAL NUCLEAR, BIOLOGICAL, AND CHEMICAL TERRORISM EXCLUSION |
| GL-130 1.0 | PRODUCTS/COMPLETED WORK EXPANDED DEFINITION |
| GL-200 01 16 | COMMERCIAL GENERAL LIABILITY COVERAGE (BROAD FORM) |
| GL-224 1.0 | LIABILITY COVERAGE DESIGNATED PREMISES |
| GL-853 2.0 | EXCLUSION ABUSE OR MOLESTATION |
| GL-890 1.0 | LEAD LIABILITY EXCLUSION |
| GL-894 1.0 | PUNITIVE DAMAGES EXCLUSION |
| GL-0163 01 08 | EXCLUSION WAR AND MILITARY ACTION |
| GL-0187 06 21 | CYBER LOSS EXCLUSION |
| GL-0209 10 05 | ASBESTOS EXCLUSION |
| GL-0215 10 05 | SILICA EXCLUSION |
| GL-0250 01 15 | CERTIFIED TERRORISM LOSS |
| GL-0345 07 13 | AMENDATORY ENDORSEMENT INDIANA |
| GL-0348 06 02 | EXCLUSION WET ROT, DRY ROT, BACTERIA, FUNGI OR PROTISTS |
| GL-0930 07 13 | POLLUTION AMENDMENT |
| GL-0950 12 99 | KNOWN INJURY OR DAMAGE AMENDMENTS |
| GL-0966 08 00 | EXCLUSION -- INSPECTION, APPRAISAL, AND SURVEY COMPANIES |
| GL 1020 09 09 | OTHER INSURANCE AMENDMENT |
| GL-1022 09 09 | INFORMATION DISTRIBUTION AND RECORDING VIOLATIONS EXCLUSIONS |
| GL-1023 09 09 | EXCLUSION COMMUNICABLE DISEASES |
| GL-1353 09 14 | EXCLUSION DATA BREACH LIABILITY |
| GL-2280 06 04 | NUCLEAR, BIOLOGICAL AND CHEMICAL TERRORISM EXCLUSION |
| CP-12 1.0 | BUILDING AND PERSONAL PROPERTY COVERAGE PART |
| CP-70 08 16 | INCOME COVERAGE PART WITH EXTRA EXPENSE |
| CP-85 1.0 | SPECIAL PERILS PART |
| CP-100 1.0 | COMMERCIAL PROPERTY COVERAGE CONDITIONS |
| CP-111 1.0 | AUTOMATIC INCREASE |
| CP-614 1.0 | PROTECTIVE DEVICES |
| CP 0640 07 03 | LIMITED FUNGUS AND RELATED PERILS COVERAGE |
| CP-0171 10 08 | EXCLUSION – WATER DAMAGE |
| CP 0187 06 21 | CYBER LOSS LIMITED EXCLUSION |
| CP-0643 01 08 | EXCLUSION – WAR AND MILITARY ACTION |
| SPR-EB 06 12 | EQUIPMENT BREAKDOWN |
| SPR-101 12 12 | POLICYHOLDER NOTICE OF CONSUMER COMPLAINTS |
| SPR 0215 09 21 | BIOMETRIC PRIVACY INFORMATION EXCLUSION |
| SPR-520 08 19 | SPRISKA SECURE |
| SPR 721 08 21 | NOTICE OF CHANGE - INDIANA |
| SPR 740 12 17 | DEDUCTIBLE BY LOCATION |
| SPR-1000 07 17 | DATA COMPROMISE |

Complaint Ex. 1

| SPR-DC50 12 20 | SUPPLEMENTAL DECLARATIONS-DATA COMPROMISE |
|---|---|

Complaint Ex. 1

| Locations | | | |
|---|---|---|---|
| Insurance is to be provided only with respect to the described premises locations below: | | | |
| **Loc** | **Address** | **City/State/Zip** | **Description** |
| Loc 1  Bldg 1 | 1813 East 12th Street | Mishawaka IN 46544 | Restaurant / Bar |

Complaint Ex. 1

| *Property Coverage Part* | | | | | | |
|---|---|---|---|---|---|---|
| Loc | Bld | Coverages | Limits | Causes of Loss | Coins% | Deductible |
| Loc All Bldg All | | SPRISKA Secure | | | | |
| Loc 1 | Bldg 1 | Building Coverage | $456,695 | Special Form | 80% | $1,000 |
| | | *Replacement Cost Value | | | | |
| | | Windstorm or Hail Deductible | | | | $1,000 |
| Loc 1 | Bldg 1 | Automatic Increase of Property Coverage | 4% | | | |
| Loc 1 | Bldg 1 | Business Income Coverage | $20,000 | Special Form | | |
| | | *Earnings and extra expense | | | | |
| | | Monthly Limitation - 1/4 | | | | |
| Loc 1 | Bldg 1 | Business Personal Property Coverage | $148,482 | Special Form | | |
| | | *Replacement Cost Value | | | | |
| Loc 1 | Bldg 1 | Equipment Breakdown | $625,177 | Special Form | | $1,000 |

Complaint Ex. 1

## General Liberty Coverage Part

| Coverages | Deductible | Limits |
|---|---|---|
| Bodily Injury and Property Damage Liability Each Occurrence | $0 | $1,000,000 |
| Personal and Advertising Injury Liability | | $1,000,000 |
| Medical Payments | | $1,000 |
| Fire Legal Liability | | $100,000 |
| General Aggregate Limit | | $2,000,000 |
| Products/Completed Work Aggregate | | $2,000,000 |

If this is checked _____ we do not provide coverage for Products/Completed Work, and Each Occurrence Limit does not apply to Coverage N.

**COVERED LOCATIONS** *(Only those specific locations listed below have General Liability Coverage)*

| Loc 1  Bldg 1 | 1813 East 12th Street | Mishawaka IN 46544 | Restaurant / Bar |
|---|---|---|---|

Complaint Ex. 1

| | General Liability Rating Information Schedule | | | |
|---|---|---|---|---|
| **GL Class Code** | **GL Description** | **GL Rating Basis** | **GL Exposure** | **GL Final Rate** |
| 20600 | Restaurants – With sale of alcoholic beverages that are 75% or more of total annual receipts of the restaurants – With tables – Without dance floor – Table service – 20600 | Sales Amount | 62,000 | 8.600 |
| | Products/Completed Operations Occurrence | | 62,000 | 1.590 |

Complaint Ex. 1

| Mortgagees, Additional Interests and Additional Insureds | | |
|---|---|---|
| Loc 1 | Bld 1 | 1st Mortgagee<br>Apex Mortgagee Corp,ISAOA ATIMA<br>1 Walnut Grove Dr Ste 300<br>Horsham PA 19044<br>Loan No: |

Complaint Ex. 1

AAIS

CL-100
Ed 1.0

## COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without **our** written consent.

2. **Cancellation** -- **You** may cancel this policy by returning the policy to **us** or by giving **us** written notice and stating at what future date coverage is to stop.

   **We** may cancel this policy, or one or more of its parts, by written notice sent to **you** at **your** last mailing address known to **us**. If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If **we** cancel this policy for nonpayment of premium, **we** will give **you** notice at least 10 days before the cancellation is effective. If **we** cancel this policy for any other reason, **we** will give **you** notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   **Your** return premium, if any, will be calculated according to **our** rules. It will be refunded to **you**

with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the **terms** of this policy must be issued by **us** in writing to be valid.

4. **Inspections** -- **We** have the right, but are not obligated, to inspect **your** property and operations at any time. This inspection may be made by **us** or may be made on **our** behalf. An inspection or its resulting advice or report does not warrant that **your** property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for **our** benefit only.

5. **Examination of Books and Records** -- **We** may examine and audit **your** books and records that relate to this policy during the policy period and within three years after the policy has expired.

AAIS

Copyright MCMXCIV, American Association of Insurance Services

CL-100  Ed 1.0

Complaint Ex. 1

**AAIS**
**CL-188  Ed 2.0**
**Page 1 of 1**

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# AMENDATORY ENDORSEMENT
## INDIANA

Under the Common Policy Conditions, the Cancellation condition is deleted and replaced by:

**Cancellation and Nonrenewal** -- "You" may cancel this policy by returning it to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

"We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". Proof of delivery or mailing is sufficient proof of notice.

During the first 90 days this policy is in effect, "we" may cancel for any reason.

If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before cancellation is effective.

If "we" cancel this policy due to fraud or material misrepresentation, "we" will give "you" notice at least 20 days before cancellation is effective.

If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days before cancellation is effective.

After this policy has been in effect for more than 90 days, or if it is a renewal of a policy issued by "us", "we" may cancel this policy only if one or more of the following reasons apply:

a.   the premium has not been paid when due;

b.   there has been a substantial change in the scale of the risk covered by the policy;

c.   "you" have perpetrated a fraud or material misrepresentation upon "us";

d.   "you" have failed to comply with reasonable safety recommendations; or

e.   reinsurance of the risk associated with the policy has been cancelled.

If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before cancellation is effective.

If "we" cancel this policy due to fraud or material misrepresentation, "we" will give "you" notice at least 20 days before cancellation is effective.

If "we" cancel this policy due to reasons b., d., or e. above after it has been in effect for more than 90 days, "we" will give "you" notice at least 45 days before cancellation is effective.

If "we" do not renew this policy, "we" will give "you" written notice at least 45 days before:

a.   the expiration date of the policy if the coverage is provided for one year or less; or

b.   the anniversary date of the policy if the coverage provided is for more than one year.

"Your" return premium, if any, will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

**CL-188  Ed 2.0**
Copyright MCMXCVII
American Association of Insurance Services

AAIS
CL-300  Ed 1.0
Page 1 of 1

# AMENDATORY ENDORSEMENT

The reference to words that have special meaning is deleted and replaced by the following:

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

CL-300  Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

Complaint Ex. 1

AAIS
CL 0600 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED TERRORISM LOSS

1. The following definitions are added.

   a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

      1) to be an act of terrorism;
      2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;
      3) to have resulted in damage:

         a) within the United States; or
         b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

      4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and
      5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

   b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

   This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

   If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

CL 0600 01 15

Copyright, American Association of Insurance Services, Inc., 2015

Complaint Ex. 1

AAIS
CL 0298 07 13
Page 1 of 1

This endorsement changes the policy
-- PLEASE READ THIS CAREFULLY --

## AMENDATORY ENDORSEMENT
### INDIANA

Under What Must Be Done In Case Of Loss, the following addition amends Notice:

Notice given by "you" or on "your" behalf to "our" authorized agent is considered notice to "us". Sufficient details must be provided to enable "us" to properly identify "you". However, such notice does not change or waive any other "terms" of this policy.

CL 0298 07 13

Copyright, American Association of Insurance Services, Inc., 2013

Complaint Ex. 1

AAIS
CL 0605 01 21
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

10-2020-5864

# CERTIFIED TERRORISM LOSS DISCLOSURE OF PREMIUM AND FEDERAL SHARE OF INSURED LOSSES

(The entries required to complete this endorsement will be shown
below, on the "declarations", or on the "schedule of coverages".)

## SCHEDULE

Certified Terrorism Loss Premium  $0

Additional information, if any, concerning terrorism premium:

Federal share of terrorism losses: 80%

1.  The portion of "your" premium that is attributed to coverage for "certified terrorism loss" is shown in the Schedule above.

2.  Coverage for "certified terrorism loss", to the extent that such coverage is provided by this policy or Coverage Part, will be partially reimbursed by the United States Department of the Treasury under the federal Terrorism Risk Insurance Program. Under such program, the Treasury pays a percentage of insured losses for "certified terrorism loss" that exceeds the statutorily established deductible that "we" retain. The percentage paid by the Treasury is shown in the Schedule above.

    However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended (the Act), exceed $100 billion in a calendar year (January 1 through December 31), the Treasury will not make payment for any portion of the amount of such losses that exceeds $100 billion.

    If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded $100 billion in a calendar year, and "we" have met "our" insurer deductible under the Act, "we" will not pay for any portion of "certified terrorism loss" that exceeds $100 billion. If the "certified terrorism loss" exceeds $100 billion in a calendar year, losses up to $100 billion are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Act.

CL 0605 01 21

CL 0605 01 21          Copyright, American Association of Insurance Services, Inc., 2020          AAIS

Complaint Ex. 1

AAIS
CL 0700 10 06
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria --**

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a. any contamination by any virus, bacterium, or other microorganism; or

b. any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006

Complaint Ex. 1

AAIS
CL 0718 07 13
Page 1 of 1

This endorsement changes the policy
-- PLEASE READ THIS CAREFULLY --

10-2020-5864

# POLLUTANT -- AMENDED DEFINITION

(Entries required to complete the Schedule will be
shown below or on the "declarations".)

**Schedule**

**Additional Substance(s) or Material(s):**

This policy is amended to include the following "terms". All other "terms" of this policy apply, except as amended by this endorsement.

## DEFINITIONS

The definition of "pollutant" is deleted and replaced by the following:

"Pollutant":

a. "Pollutant" means any substance or material that is a solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste.

Such substances and materials include, but are not limited to:

1) diesel, gasoline, propane, and other fuels, kerosene and other fuel oils, petroleum distillates, and any other petroleum-derived products; lubrication oils, adjuvant oils, crop oils; brake and other hydraulic fluids; methanol and other antifreeze additives; exhaust gases; ethylene dichloride, hexylene glycol, mineral spirits and other solvents; perchloroethylene (PERC) and other dry cleaning chemicals; chlorofluorocarbons; adhesives; and pesticides, insecticides, fungicides, fertilizer, animal or bird waste, and sewage;

2) all substances and materials listed or described by one or more of the following references, including any amendments thereto: the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA); the Priority List Of Hazardous Substances (1997 and all subsequent editions) developed by the Agency For Toxic Substances And Disease Registry; and/or the U.S. Environmental Protection Agency EMCI Chemical References Complete Index; and

3) any substance or material shown in the Schedule above.

b. With respect to this definition, waste includes substances or materials to be disposed of as well as recycled, reclaimed, or reconditioned.

c. "Pollutant" also means electrical, magnetic, or electromagnetic particles or fields, whether visible or invisible, and sound.

d. This definition of "pollutant" applies whether or not the substance, material, particle, field, or sound is used at or in or arises out of "your" business, operations, premises, site, or location.

CL 0718 07 13

Copyright, American Association of Insurance Services, Inc., 2013

Complaint Ex. 1

CL 1045 01 21

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act, as amended, (the Act), you have a right to purchase insurance coverage for losses resulting from acts of terrorism, as defined in Section 102(1)(A) of the Act. See below for a further description of an act of terrorism as provided under the Act.

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States government reimburses 80% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is $0.00.

You should also know that the Act, contains a $100 billion cap that limits U.S. government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The following excerpt from the Act is provided for your information:

According to Section 102(1) of the Terrorism Risk Insurance Act, as amended, "The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States — (i) to be an act of terrorism; (ii) to be a violent act or an act that is dangerous to (I) human life; (II) property; or (III) infrastructure; (iii) to have resulted in damage within the United States, or outside the United States in the case of (I) an air carrier or vessel described in paragraph (5)(B); or (II) the premises of a United States mission; and (iv) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion."

CL 1045 01 21

Contains Copyright material used with permission under license agreement with AAIS

Complaint Ex. 1

AAIS
CL 1650 06 06
Page 1 of 3

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CONDITIONAL NUCLEAR, BIOLOGICAL, AND CHEMICAL TERRORISM EXCLUSION

### NOTICE

The Terrorism Risk Insurance Program (the Program), as established under federal law, is scheduled to terminate while your policy is in effect.

The Terrorism Exclusion found in this endorsement will apply only if the federal government does not renew, extend, or otherwise replace the Program or if the conditions, definitions, or requirements of the Program are changed by the federal government and federal law no longer requires that we make Terrorism Coverage available to you.

1.  The Terrorism Exclusion set forth by this endorsement becomes effective on the earliest of the following:

    a.  the date that the federal Terrorism Risk Insurance Program (the Program) established by the Terrorism Risk Insurance Act has terminated with respect to the type of insurance provided by the Coverage Part to which this endorsement applies; or

    b.  the effective date of a renewal, extension, or replacement of the Program, if federal law no longer requires that "we" make terrorism coverage available to "you" and the Program has been renewed, extended, or replaced subject to changes that:

        1)  redefine terrorism; or
        2)  increase "our" financial exposure under the Program; or
        3)  impose requirements on insurance coverage for terrorism that differ from the terms, amounts, or other limitations that otherwise govern coverage for loss or damage under the "terms" of the Coverage Part to which this endorsement applies.

If a condition described above under items 1.a. and 1.b. occurs prior to the effective date of the policy period to which this endorsement applies, the Terrorism Exclusion set forth by this endorsement applies as of the effective date of that policy period.

2.  If the Terrorism Exclusion set forth by this endorsement becomes effective, this Terrorism Exclusion:

    a.  supersedes any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non-certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies, but only with respect to loss or damage caused by one or more incidents of terrorism that occur on or after the effective date of this Terrorism Exclusion; and

    b.  remains in effect unless "we" notify "you" of changes to this Terrorism Exclusion.

AAIS
CL 1650 06 06
Page 2 of 3

3. If none of the conditions described above under items 1.a. and 1.b. occur, any other endorsements that address "certified acts of terrorism", "certified terrorism loss", "non-certified acts of terrorism", and or "non-certified terrorism loss" that also apply to the Coverage Part to which this endorsement applies continue to apply until "we" notify "you" of changes to such other endorsements.

4. The word terrorism, when shown in this endorsement in quotation marks, has the following meaning:

"Terrorism" means activities against persons, organizations, or property of any nature:

a. that involve the following or preparation for the following:

1) use or threat of force or violence; or
2) commission or threat of a dangerous act; or
3) commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. when one or both of the following applies:

1) the effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
2) it appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives, or to express (or express opposition to) a philosophy or ideology.

5. The following exclusion is added:

**TERRORISM EXCLUSION**

"We" will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

a. the "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

b. radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. the "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

6. When the Terrorism Exclusion set forth by this endorsement applies due to an incident of "terrorism" described above under items 5.a. or 5.b., that Terrorism Exclusion supersedes the Nuclear Hazard Exclusion in the Coverage Part to which this endorsement applies.

Copyright, American Association of Insurance Services, Inc., 2006

AAIS
CL 1650 06 06
Page 3 of 3

7.  The following provisions are added.

    a.  Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to the Coverage Part to which this endorsement applies provide coverage for any loss or damage that would otherwise be excluded by that Coverage Part under:

        1)  exclusions that address war, military action, or nuclear hazard; or
        2)  any other exclusion.

    b.  The absence of any other terrorism endorsement does not imply coverage for any loss or damage that would otherwise be excluded by the Coverage Part to which this endorsement applies under:

        1)  exclusions that address war, military action, or nuclear hazard; or
        2)  any other exclusion.

CL 1650 06 06

Copyright, American Association of Insurance Services, Inc., 2006

AAIS

| This endorsement changes the Commercial Liability Coverage provided by this policy |
|---|

**-- PLEASE READ THIS CAREFULLY --**

GL-130
Ed 1.0

# PRODUCTS/COMPLETED WORK HAZARD
## EXPANDED DEFINITION

**SCHEDULE**

(The information required below may be shown on a separate schedule or supplemental **declarations**.)

**Description of Premises: Location 1**

**Description of Operations:** Restaurant / Bar

The Commercial Liability Coverage is amended as follows:

**DEFINITIONS**

With respect to **bodily injury** or **property damage** arising out of **products** in connection with the use of any premises described on the schedule, or with the conduct of any operation described on the schedule, the first paragraph of the definition of **products/ completed work hazard** is replaced by:

**Products hazard** means **bodily injury** or **property damage** arising out of **products** after physical possession of the **products** has been relinquished to others.

GL-130  Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS

Complaint Ex. 1

-- THIS IS A LEGAL CONTRACT --
PLEASE READ IT CAREFULLY

GL-200

# COMMERCIAL LIABILITY COVERAGE
## (BROAD FORM COVERAGE)

The following Table of Contents shows how this Commercial Liability Coverage is organized. It will help **you** locate particular sections of this form.

## TABLE OF CONTENTS

Page

Agreement ........................................................................................................... 1

Definitions .......................................................................................................... 3

Principal Coverages
    Coverage L -- Bodily Injury/Property Damage ................................................ 6
    Coverage M -- Medical Payments ................................................................. 6
    Coverage N -- Products/Completed Work....................................................... 6
    Coverage O -- Fire Legal Liability ................................................................. 6
    Coverage P -- Personal Injury/Advertising Injury ............................................ 6

Supplemental Coverages ...................................................................................... 7

Defense Coverage................................................................................................ 8

Exclusions
    Exclusions That Apply To Bodily Injury, Property Damage, Personal Injury, And/Or
    Advertising Injury ..................................................................................... 9
    Additional Exclusions That Apply Only To Personal Injury And/Or Advertising Injury ...........10
    Additional Exclusions That Apply Only To Property Damage..............................11
    Additional Exclusions That Apply Only To Medical Payments .................................12

What Must Be Done In Case Of Loss ....................................................................12

How Much We Pay .............................................................................................13

Conditions.........................................................................................................14

Nuclear Energy Liability Exclusion .......................................................................15

Nuclear Energy Liability Exclusion Definitions........................................................16

Common Policy Conditions -- These are shown on a separate form.

Endorsements may also apply. They are identified on the **declarations**.
Refer to the Definitions for words that have special meanings. These words are shown in "**bold type**."

## AGREEMENT

Subject to all the **terms**, and in return for **your** payment of the required premium, **we** provide the Commercial Liability Coverage described in this policy.

Policy **terms** that relate to cancellation, changes made to the policy, examination of books and records, inspections

-- 1 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016.

-- THIS IS A LEGAL CONTRACT --
PLEASE READ IT CAREFULLY

GL-200

and surveys, and assignment or transfer of rights or duties also apply.

-- 2 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.   Revised 1/2016.

Complaint Ex. 1

## DEFINITIONS

1. The words **you** and **your** mean the person, persons or organization named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing this coverage.

3. **Advertising injury** means injury (other than **bodily injury**, **property damage**, or **personal injury**) arising out of one or more of the following offenses:

   a. oral or written publication of material:

      1) that slanders or libels a person or organization;
      2) that disparages a person's or organization's goods, products, or services; or
      3) that violates a person's right of privacy.

   b. misappropriation of advertising ideas or style of doing business.

   c. infringement of copyright, title, slogan, trademark, or trade name.

4. **Auto** means a land motor vehicle, a trailer, or a semi-trailer which is designed for use on public roads.

   **Auto** includes attached machinery and equipment.

5. **Basic territory** means the United States of America, its territories and possessions, Canada, and Puerto Rico.

6. **Bodily injury** means bodily harm, sickness, or disease sustained by a person and includes required care and loss of services. **Bodily injury** includes death that results from bodily harm, sickness, or disease. **Bodily injury** does not include mental or emotional injury, suffering, or distress that does not result from a physical injury.

7. **Coverage territory** means:

   a. the **basic territory**;

   b. international waters or airspace, only if the **bodily injury**, **property damage**, **personal injury**, or **advertising injury** occurs in the course of travel to or from the **basic territory**;

   c. the world, if the injury or damage arises out of:

      1) **products you** have made or sold in the **basic territory**; or

2) the activities of a person who normally resides in the **basic territory**, but is away for a short time on **your** business; and

   provided that the **insured's** liability to pay **damages** has been determined in a **suit** on the merits in the **basic territory**, or in a settlement that **we** have agreed to.

8. **Damages** means compensation in the form of money for a person who claims to have suffered an injury.

9. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

10. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

11. **Impaired property** means tangible property (other than **products** or **your work**):

    a. whose value has been decreased:

       1) because it includes **products** or **your work** that is, or is believed to be, deficient or dangerous; or
       2) because **you** failed to carry out the terms of a contract; and

    b. whose value can be restored:

       1) by the repair, replacement, adjustment, or removal of **products** or **your work**; or
       2) by **your** fulfilling the terms of the contract.

12. **Insured** means:

    a. **you** and **your** spouse, but only with respect to the conduct of a business of which **you** are the sole owner, if shown on the **declarations** as an individual;

    b. **you** and all **your** partners or members and their spouses, but only with respect to the conduct of **your** business, if shown on the **declarations** as a partnership or a joint venture; or

    c. **you** and all of **your** executive officers and directors, but only while acting within the scope of their duties, if shown on the **declarations** as an organization (other than a partnership or a joint venture). It also includes **your** stockholders, but only for their liability as such.

-- 3 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016.

Insured also includes:

a. any person or organization, except **your employees**, while acting as **your** real estate manager;

b. if **you** die during the policy period, **your** legal representative while acting within the scope of those duties as such, or a person who has custody of **your** property with respect to liability arising out of the maintenance or use of that property until **your** legal representative is appointed. **Your** legal representative has all **your** rights and duties under this coverage;

c. with respect to the operation, with **your** permission, of mobile equipment:

1) **your employee** in the course of employment. This does not apply to a fellow **employee** injured in the course of employment;

2) any other person, including another person or an organization legally liable for the conduct of such person, but only:

a) for liability arising out of the operation of the equipment; and

b) if there is no other insurance covering the liability available to them;

3) no person or organization is an **insured** for **property damage** to property owned by, rented to, in the charge of, or occupied by **you**, or an employer of any person who is an **insured** under paragraph c.

d. **your employees**, for acts within the scope of their employment by **you** (this does not include **your** executive officers). None of these **employees** are **insureds** for:

1) **bodily injury**, **personal injury**, and **advertising injury** to **you** or to a fellow **employee**; or

2) **property damage** to property owned by, rented to, or loaned to **employees**, or any of **your** partners or members and their spouses (if **you** are a joint venture or a partnership).

e. any organization (other than a joint venture or a partnership) newly acquired or formed by **you**, and in which **you** have a majority interest.

Such an organization is not an **insured**:

1) if there is other similar insurance available to it;

2) after 90 days immediately following that

acquisition or formation or the end of the policy period, whichever is earlier;

3) for **bodily injury** or **property damage** that occurred prior to the acquisition or formation; or

4) for **personal injury** or **advertising injury** arising out of an offense committed prior to the acquisition or formation.

No person or organization is an **insured** with respect to the conduct of a current or past partnership or joint venture that is not named on the **declarations** as an **insured**.

13. **Leased worker** means a person whom **you** lease from a labor leasing firm under a contract or agreement to perform duties related to the conduct of **your** business. **Leased worker** does not include a **temporary worker**.

14. **Limit** means the amount of coverage that applies.

15. **Loading or unloading** means the movement of property:

a. starting with after it is removed from the point where it has been accepted for transit by **auto**, aircraft, or watercraft;

b. continuing while it is in or on such vehicle; and

c. ending when it has been removed from the vehicle at its point of destination.

**Loading or unloading** includes movement by:

a. a hand truck; or

b. any mechanical device only when attached to the vehicle.

16. **Occurrence** means an accident and includes repeated exposure to similar conditions.

17. **Personal injury** means injury (other than **bodily injury**, **property damage**, or **advertising injury**) arising out of one or more of the following offenses:

a. oral or written publication of material:

1) that slanders or libels a person or organization;

2) that disparages a person's or an organization's goods, products, or services; or

3) that violates a person's right of privacy;

-- **4** --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.    Revised 1/2016

Complaint Ex. 1

b. false arrest, detention, or imprisonment;

c. malicious prosecution; or

d. wrongful entry into, wrongful eviction from, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies. This offense must be committed by or on behalf of the owner, landlord, or lessor of the room, dwelling, or premises.

18. **Products/completed work hazard** –

a. **Products hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **products** after physical possession of the **products** has been relinquished to others.

b. **Completed work hazard** means **bodily injury** or **property damage** occurring away from premises **you** own or rent and arising out of **your work**. It does not include work that has not been completed, or that has not been abandoned.

**Your work** is deemed completed at the earliest of the following times:

1) when all work specified in **your** contract has been done;
2) when all **your work** to be done at a job site has been completed if **your** contract includes work at more than one site; or
3) when **your work** at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same job site.

Work which requires further service, maintenance, correction, repair, or replacement because of defect or deficiency, but which is otherwise complete, shall be deemed completed.

c. Neither of these hazards include **bodily injury** or **property damage** arising out of:

1) the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle, created by **loading or unloading**;
2) the presence of tools, uninstalled equipment, or abandoned or unused materials; or
3) products or work for which the classification on the **declarations** specifies "including Products/Completed Work."

19. **Products** means goods or products manufactured, sold, handled, distributed, or disposed of by **you,** others trading under **your** name, or a person or organization whose business or assets **you** have acquired.

**Products** includes:

a. warranties or representations made at any time with respect to the fitness, quality, durability, or performance of **products**;

b. containers (other than vehicles), materials, parts, or equipment furnished in connection with such **products**; and

c. providing or failure to provide warnings or instructions.

**Products** does not include:

a. vending machines or other property that is rented to or placed for the use of others, but not sold; or

b. real property.

20. **Property damage** means:

a. physical injury or destruction of tangible property; or

b. the loss of use of tangible property whether or not it is physically damaged. Loss of use is deemed to occur at the time of the **occurrence** that caused it.

21. **Suit** means a civil proceeding or an administrative or workers' compensation proceeding, motion, order or hearing expressly alleging **damages** for **bodily injury, property damage, personal injury** or **advertising injury** to which this policy applies. **Suit** includes any alternative dispute resolution proceeding or arbitration proceeding to which:

a. any **insured** must submit in compliance with a law or regulation; or

b. any **insured** submits with our consent.

22. **Temporary worker** means a person who is furnished to **you** as a temporary substitute for an **employee**.

23. **Terms** are all provisions, limitations, exclusions, conditions, and definitions that apply to the Commercial Liability Coverage.

24. **Your work** means:

a. work or operations performed by **you** or on **your**

Contains copyrighted material from AAIS used with permission granted under licensing agreement. Revised 1/2016.

Complaint Ex. 1

behalf;

b. materials, parts, and equipment supplied for such work or operations;

c. written warranties or representations made at any time regarding quality, fitness, durability, or performance of any of the foregoing; and

d. providing or failing to provide warnings or instructions.

## PRINCIPAL COVERAGES

**We** provide insurance for the following coverages indicated by and subject to a specific **limit** or premium charge on the **declarations**.

### COVERAGE L -- BODILY INJURY LIABILITY
### PROPERTY DAMAGE LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE M -- MEDICAL PAYMENTS

1. **We** pay the medical expenses defined below for **bodily injury** caused by an accident:

    a. on premises **you** own or rent;

    b. on ways adjacent or next to premises **you** own or rent; or

    c. arising out of **your** operations.

2. **We** pay such expenses regardless of fault but only if:

    a. they arise out of an accident that occurred in the **coverage territory** and during the policy period; and

    b. they are incurred and reported within one year of the accident.

3. Medical expenses means the reasonable and necessary expenses for:

    a. medical, surgical, x-ray, and dental services, including prosthetic devices and eye glasses;

    b. ambulance, hospital, professional nursing, and funeral services; and

    c. first aid at the time of an accident.

### COVERAGE N -- PRODUCTS/COMPLETED WORK

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **bodily injury** or **property damage** arising out of the **products/completed work hazard** to which this insurance applies. The **bodily injury** or **property damage** must be caused by an **occurrence** which takes place in the **coverage territory**, and the **bodily injury** or **property damage** must occur during the policy period.

### COVERAGE O -- FIRE LEGAL LIABILITY

**We** pay for **property damage** to buildings, or parts thereof, which **you** rent from another, or which are loaned to **you**, if the **property damage** is caused by fire for which **you** are legally liable. Buildings include fixtures permanently attached thereto.

All of the exclusions otherwise applicable to **property damage** do not apply to this coverage. However, **we** do not cover:

1. liability arising under any contract or agreement to indemnify any person or organization for damage by fire to the premises; or

2. liability arising out of **property damage**:

    a. which is expected by, directed by, or intended by the **insured**; or

    b. that is the result of intentional and malicious acts of the **insured**.

### COVERAGE P -- PERSONAL INJURY LIABILITY
### ADVERTISING INJURY LIABILITY

**We** pay all sums which an **insured** becomes legally obligated to pay as **damages** due to **personal injury** or **advertising injury** to which this insurance applies.

1. **We** cover:

    a. **personal injury** arising out of an offense committed in the course of **your** business, excluding advertising, publishing, broadcasting, or telecasting done by **you** or on **your** behalf; and

    b. **advertising injury** arising out of an offense committed in the course of advertising **your** goods, products, or services.

2. The **personal injury** or **advertising injury** offense must be committed:

-- 6 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016.

Complaint Ex. 1

a. within the **coverage territory**; and

b. during the policy period.

## SUPPLEMENTAL COVERAGES

Subject to all the **terms** of the Principal Coverages, **we** provide the following supplemental coverages. They do not increase the **limits** stated for the Principal Coverages.

### CONTRACTUAL LIABILITY

1. **We** cover **bodily injury** or **property damage** liability which is assumed under the following contracts or agreements:

   a. lease of premises;

   b. easement or license agreement (this does not include an agreement in connection with any construction or demolition operation within 50 feet of a railroad);

   c. promise to indemnify a municipality if required by an ordinance (this does not apply in connection with work done for the municipality);

   d. sidetrack agreement;

   e. elevator maintenance agreement; or

   f. any part of any other contract or agreement relating to the conduct of **your** business (including an indemnification of a municipality in connection with work performed for a municipality) under which **you** assume tort liability to pay **damages** because of **bodily injury** or **property damage**. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

2. This coverage does not apply to that part of any contract or agreement:

   a. that indemnifies any person or organization for **bodily injury** or **property damage** arising out of operations within 50 feet of railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass, or crossing;

   b. that indemnifies an architect, engineer, or surveyor for injury or damage arising out of:

      1) preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs, or specifications; or
      2) giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

   c. under which the **insured**, if an architect, engineer, or surveyor, assumes liability for injury or damage arising out of the **insured's** rendering or failing to render professional services, including those listed in 2.b.1) above, and supervisory, inspection, or engineering services; or

   d. that indemnifies any person or organization for damage by fire to premises rented or loaned to **you.**

### INCIDENTAL MEDICAL MALPRACTICE INJURY

1. **We** cover **bodily injury** arising out of the rendering or failure to render the following services:

   a. medical, surgical, dental, x-ray, or nursing services or treatment, or the furnishing of food or beverages in connection therewith; or

   b. the furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

2. This coverage does not apply to:

   a. expenses incurred by an **insured** for first aid to others at the time of an accident;

   b. an **insured** or an **employee** engaged in the business or occupation of providing any of the services described in 1.a. and 1.b. above; or

   c. injury caused by an indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described in 1.a. and 1.b. above.

### MOBILE EQUIPMENT

**We** pay all sums for which an **insured** is legally liable for **bodily injury** or **property damage** resulting from mobile equipment, including attached equipment and machinery.

1. This coverage applies only to land motor vehicles that meet one or more of the following criteria:

   a. Those which are used only on premises owned by or rented to **you** (premises includes adjoining ways).

   b. Those which are designed primarily for use off public roads.

-- 7 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016.

c. Those which travel on crawler treads.

d. Those which are self-propelled and designed or used only to afford mobility to the following types of equipment, which must be a part of or be permanently attached to such vehicle:

1) power cranes, shovels, loaders, diggers, or drills;
2) concrete mixers (this does not include the mix-in-transit type); and
3) graders, scrapers, rollers, and other road construction or repair equipment.

e. Those which are not self-propelled, but are used primarily to afford mobility to the following types of equipment permanently attached thereto:

1) air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment);
2) geophysical exploration, lighting, and well servicing equipment; and
3) cherry pickers and similar devices used to raise or lower workers.

2. This coverage does not apply to self-propelled vehicles with the following types of permanently attached equipment:

a. equipment designed primarily for snow removal, street cleaning, road maintenance other than road construction, or resurfacing;

b. cherry pickers and similar devices used to raise or lower workers;

c. air compressors, pumps, and generators (this includes spraying, welding, and building cleaning equipment); or

d. geophysical exploration, lighting, and well servicing equipment.

**We** cover **bodily injury** or **property damage** arising out of the operation of any of the equipment listed in paragraphs 2.b., 2.c., and 2.d. above.

**We** will provide any liability, uninsured motorists, no fault, or other coverages required by any motor vehicle insurance law. **We** will provide the required **limits** for such required coverage.

## DEFENSE COVERAGE

Payments under this coverage are in addition to the **limits** for the Commercial Liability Coverage.

1. **We** have the right and duty to defend a **suit**

expressly seeking **damages** which may be covered under the Commercial Liability Coverage. However, **we** have no duty to defend the **insured** against a **suit** seeking **damages** to which this insurance does not apply, or which seeks unspecified relief or which seeks relief other than **damages. We** may investigate any **occurrence** to which this insurance applies and settle the resulting claims or **suit** which **we** have a duty to defend.

**Suit** includes any alternative dispute resolution proceeding involving **bodily injury**, **property damage**, **personal injury,** or **advertising injury** to which:

a. **you** must submit; or

b. **you** submit with **our** consent.

2. **We** do not have to provide defense after **we** have paid an amount equal to the **limit** as the result of:

a. a judgment; or

b. a written settlement agreed to by **us.**

3. If **we** defend a **suit**, **we** will pay:

a. The costs taxed to the **insured.**

b. The expenses incurred by **us.**

c. The actual loss of earnings by the **insured** for the time spent away from work at **our** request. **We** pay up to $100 per day.

d. The necessary expenses incurred by the **insured** at **our** request.

e. Pre-judgment interest awarded against the **insured** on that part of the judgment **we** pay. If **we** offer to pay the **limit**, **we** will not pay any pre-judgment interest based on that period of time after the offer.

f. The interest which accrues beginning with entry of a judgment and ending when **we** tender, deposit in court, or pay up to **our limit.**

g. The cost of appeal bonds or bonds for the release of attachments up to **our limit. We** are not required to apply for or furnish such bonds.

h. The cost, up to $500, for bail bonds required of an **insured** because of an accident or traffic violation arising out of the use of a vehicle to which Coverage L applies. **We** are not required to apply for or furnish such bonds.

-- 8 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016

## EXCLUSIONS

We do not pay for a loss if one or more of the following excluded events apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded event.

### EXCLUSIONS THAT APPLY TO BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY, AND/OR ADVERTISING INJURY

1. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** liability which is assumed by the **insured** under a contract or an agreement.

   This exclusion does not apply to:

   a. liability that an **insured** would have had in the absence of the contract or agreement; or

   b. **bodily injury** or **property damage** covered under Contractual Liability Coverage, provided that the **bodily injury** or **property damage** occurs after the effective date of the contract or agreement.

2. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of the rendering or the failure to render a professional service, except as covered under Incidental Medical Malpractice Injury Coverage.

3. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of the use of mobile equipment in, or in the practice or preparation for, racing, speed, pulling or pushing, demolition, or stunt activities or contests.

4. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of transporting mobile equipment by an **auto** owned by, operated by, rented to, or loaned to any **insured**.

5. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, and **advertising injury** that arises out of the ownership, operation, occupancy, renting, loaning, supervision, maintenance, use, entrusting, **loading or unloading** of an **auto**, aircraft, watercraft, or mobile equipment owned by, operated by, rented to, or loaned to any **insured**.

This exclusion does not apply to:

a. **bodily injury** or **property damage** that arises out of **autos** or mobile equipment covered under Mobile Equipment Coverage;

b. the parking of an **auto** on premises owned by, rented to, or controlled by **you** or on the ways immediately adjoining if the **auto** is not owned by or rented to or loaned to **you** or the **insured**;

c. liability assumed under a contract covered under Contractual Liability Coverage for the ownership, maintenance, or use of an aircraft or a watercraft;

d. watercraft, if it is on shore on premises owned by, rented to, or controlled by **you**; or

e. watercraft, if it is not owned by **you** and is:

   1) less than 26 feet in length; and
   2) not being used to carry persons or property for a charge.

6. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** for which any **insured** may be held liable by reason of:

   a. causing or contributing to the intoxication of a person;

   b. the furnishing of alcoholic beverages to a person under the influence of alcohol or under the legal drinking age; or

   c. a law or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.

   This exclusion applies if **you** are in the business of manufacturing, distributing, selling, or serving alcoholic beverages.

7. **We** do not pay for **bodily injury**, **property damage**, **personal injury**, or **advertising injury** that arises out of war. War includes undeclared war, civil war, insurrection, rebellion or revolution, or an act or a condition of war.

8. **We** do not pay for **bodily injury** or **property damage**:

   a. which is expected by, directed by, or intended by the **insured**; or

   b. that is the result of intentional acts intended or reasonably expected to cause **bodily injury** or **property damage** even though any resulting

-- 9 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement. Revised 1/2016.

damages were not expected by, directed by, or intended by the **insured**.

This exclusion does not apply to **bodily injury** that arises out of the use of reasonable force to protect people or property.

9. **We** do not pay for **bodily injury** or **property damage** included within the **products/completed work hazard** except as covered under Coverage N.

10. **We** do not pay for:

   a. **bodily injury** or **property damage** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants:

   1) at or from any premises, site, or location which is, or was at any time, owned by, occupied by, rented to, or loaned to any **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;

   2) at or from any premises, site, or location which is or was at any time used by or for any **insured** or others, for the handling, storage, disposal, processing, or treatment of waste;

   3) which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any **insured** or any person or organization for whom any **insured** may be legally responsible; or

   4) at or from any premises, site, or location where any **insured** or any contractor or subcontractor, directly or indirectly under **your** control, is working:

      a) if the pollutants are brought on or to the premises, site, or location in connection with such work by such **insured**, unless the **bodily injury** or **property damage** arises from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located; or

      b) if the work is to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to or assess the effects of pollutants.

   b. any loss, cost, or expense arising out of any:

   1) request, demand, or order that any **insured** or others test for, monitor, clean up, remove,

contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

   2) claim or **suit** by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

11. **We** do not pay for:

   a. **bodily injury** or **personal injury** to an **employee** of the **insured** if it occurs in the course of employment by the **insured**; or

   b. consequential injury to a spouse, child, parent, brother, or sister of such injured **employee**.

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for **damages** arising out of paragraph 11.a. or 11.b. above.

This exclusion does not apply to liability assumed by the **insured** under a contract covered under Contractual Liability Coverage.

12. **We** do not pay for **bodily injury** or **personal injury** if benefits are provided or are required to be provided by the **insured** under a workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

13. **We** do not pay for **bodily injury** or **personal injury** that arises out of any:

   a. refusal to employ;

   b. termination of employment;

   c. coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, sexual misconduct, retaliation or

-- 10 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement Revised 1/2016.

other employment-related practices, policies, acts, or omissions; or

d. consequential **bodily injury** or **personal injury** as a result of 13.a., 13.b., and 13.c. above.

This exclusion applies where the **insured** is liable either as an employer or in any other capacity; or there is an obligation to fully or partially reimburse a third party for **damages** arising out of paragraph 13.a., 13.b., 13.c., or 13.d. above.

**ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PERSONAL INJURY AND/OR ADVERTISING INJURY**

1. **We** do not pay for **personal** or **advertising injury** arising out of willful violation of an ordinance, statute, or regulation by an **insured** or with the **insured's** consent.

2. **We** do not pay for **personal** or **advertising injury** arising out of:

   a. oral or written publication of material done by or at the direction of an **insured** who knew it was false; or

   b. oral or written publication of the same or similar material by or on behalf of an **insured** that took place prior to the policy.

3. **We** do not pay for **advertising injury** arising out of breach of contract, other than misappropriation of advertising ideas under an implied contract.

4. **We** do not pay for **advertising injury** arising out of the failure of goods, products, or services to conform with advertised quality or performance.

5. **We** do not pay for **advertising injury** arising from an offense committed by an **insured** whose business is advertising, broadcasting, publishing, or telecasting.

6. **We** do not pay for **advertising injury** arising out of wrong descriptions of the price of an **insured's** goods, products, or services.

7. **We** do not pay for:

   a. **personal injury** or **advertising injury** arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time; or

   b. any loss, cost, or expense arising out of any:

   1) request, demand, or order that any **insured** or

others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of pollutants; or

2) claim or **suit** by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing or in any way responding to or assessing the effects of pollutants.

Pollutants means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

**ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO PROPERTY DAMAGE**

1. **We** do not pay for **property damage** to property owned by, occupied by, or rented to **you**, except as covered under Coverage O.

2. **We** do not pay for **property damage** to premises **you** sell, give away, or abandon, if the **property damage** arises out of any part of those premises. This exclusion does not apply if the premises are **your work** and were not occupied, rented, or held for rental by **you**.

3. **We** do not pay for **property damage** to property used by or loaned to **you**. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

4. **We** do not pay for **property damage** to either business or non-business personal property in the care, custody, or control of the **insured**. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

5. **We** do not pay for **property damage** to that specific part of real property on which work is being performed by:

   a. **you**; or

   b. a contractor or subcontractor working directly or indirectly on **your** behalf,

-- 11 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.   Revised 1/2016.

Complaint Ex. 1

if the **property damage** arises out of such work. This exclusion does not apply with respect to liability assumed under a sidetrack agreement.

6. **We** do not pay for **property damage** to that specific part of any property that must be restored, repaired, or replaced because of faults in **your work**. This exclusion does not apply to:

   a. **property damage** covered under the **products/completed work hazard**; or

   b. liability assumed under a sidetrack agreement.

7. **We** do not pay for **property damage** to **products** if the damage arises out of the **products** or their parts.

8. **We** do not pay for **property damage** to **your work** if the **property damage** arises out of **your work** and is included in the **products/completed work hazard**. This exclusion does not apply if damage to the work or the part of the work out of which the damage arises is performed by a subcontractor on **your** behalf.

9. **We** do not pay for **property damage** to property that has not been physically injured or destroyed, or to **impaired property**, that arises out of:

   a. a delay or failure to perform a contract by **you** or one acting on **your** behalf; or

   b. a defect, deficiency, inadequacy, or unsafe condition in **your work** or **products**.

   This exclusion does not apply to the loss of use of other property resulting from sudden and accidental physical injury to or destruction of **your work** or **products** after having been put to its intended use.

   **We** do not pay for any loss or expense incurred by **you** or anyone else arising out of the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal of (including any expenses involved in the withdrawal or recall) of **your work, products,** or **impaired property.** This applies when the loss of use, disposal, withdrawal, recall, inspection, repair, replacement, adjustment, or removal was because of a known or suspected defect, deficiency, or unsafe condition.

#### ADDITIONAL EXCLUSIONS THAT APPLY ONLY TO MEDICAL PAYMENTS

These exclusions apply in addition to the other exclusions that apply to **bodily injury.**

1. **We** do not pay for medical expenses for **bodily injury** to an **insured.**

2. **We** do not pay for medical expenses for **bodily injury** to a person hired by or on behalf of any **insured** to do work for:

   a. an **insured**; or

   b. a tenant of an **insured.**

3. **We** do not pay for medical expenses for **bodily injury** to a person injured on that part of the premises owned by or rented to **you** that the person normally occupies.

4. **We** do not pay for medical expenses for **bodily injury** to a person injured while taking part in athletic activities.

5. **We** do not pay for medical expenses for **bodily injury** included in the **products/completed work hazard.**

6. **We** do not pay for medical expenses for **bodily injury** to **your**  members if **you** are a club.

7. **We** do not pay for medical expenses for **bodily injury** to a guest of a hotel, motel, or tourist court owned or operated by **you** or on **your** behalf.

8. **We** do not pay for medical expenses for **bodily injury** to a person if benefits are provided or required to be provided by anyone under any workers' compensation, nonoccupational disability, occupational disease, or like law.

9. **We** do not pay for medical expenses for **bodily injury** to a:

   a. student or camper enrolled in a program of any facility owned or operated by **you** or on **your** behalf; or

   b. patient or inmate being treated or detained in a facility owned or operated by **you** or on **your** behalf.

### WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice --**

   a. In the case of an **occurrence**, or if an **insured** becomes aware of anything that indicates that there might be a claim under the Commercial Liability Coverage, **you** must arrange for prompt notice to be given to **us** or **our** agent. Notice to

-- 12 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.  Revised 1/2016.

our agent is notice to **us**.

b. The notice to **us** must state:

1) the **insured's** name;
2) the policy number;
3) the time, the place, and the circumstances of the **occurrence**, or the situation that indicates that there might be a claim; and
4) the names and addresses of all known and potential claimants and witnesses.

2. **Cooperation** -- All **insureds** involved with an **occurrence** or an offense must cooperate with **us** in performing all acts required by the Commercial Liability Coverage.

3. **Volunteer Payments** -- An **insured** must not make payments or assume obligations or other costs except at the **insured's** own cost. This does not apply to first aid to others at the time of **bodily injury.**

4. **Other Duties** --

a. If a claim is made or **suit** is brought, the **insured** must:

1) promptly send to **us** copies of all legal papers, demands, and notices; and
2) at **our** request, assist in:

a) a settlement;
b) the conduct of **suits**. This includes the attendance at trials or hearings;
c) the enforcing of rights against all parties who may be liable to an **insured** for the injury or damage;
d) the securing of and giving of evidence; and
e) obtaining the attendance of all witnesses.

b. In the case of a medical payments loss:

1) the injured person (or one acting on such person's behalf) must:

a) give **us** written proof of claim (under oath if requested) as soon as practicable; and
b) give **us** permission to get copies of the medical records;

2) the injured person must submit to medical exams by doctors chosen by **us** when and as often as **we** may reasonably require.

## HOW MUCH WE PAY

1. The **limits**, shown on the **declarations** and subject to the following conditions, are the most **we** pay regardless of the number of:

a. **insureds** under the Commercial Liability Coverage;
b. persons or organizations who sustain injury or damage; or
c. claims made or **suits** brought.

The payment of a claim under Coverage M does not mean that **we** admit **we** are liable under other coverages.

2. The General Aggregate Limit is the most **we** will pay during a policy period for the sum of:

a. all **damages** under Coverage L, except **damages** due to **bodily injury** or **property damage** included under Coverage N;
b. all medical expenses under Coverage M;
c. all **damages** under Coverage O; and
d. all **damages** under Coverage P.

3. The Products/Completed Work Hazard Aggregate Limit is the most **we** will pay during a policy period for **damages** due to **bodily injury** or **property damage** included under Coverage N.

4. The Each Occurrence Limit, subject to the General Aggregate Limit and the Products/Completed Work Hazard Aggregate Limit, is the most **we** will pay for the total of:

a. **damages** under Coverages L, N, and O; and
b. medical expenses under Coverage M.

due to all **bodily injury** and **property damage** arising out of a single **occurrence.**

5. The Coverage P Limit, subject to the General Aggregate Limit, is the most **we** pay due to all **personal injury** and **advertising injury** sustained by one person or organization.

6. Subject to the Each Occurrence Limit and the General Aggregate Limit, **our** limit for **property damage** covered under Coverage O is $50,000 for each **occurrence** unless otherwise shown on the **declarations.**

-- 13 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement. Revised 1/2016.

Complaint Ex. 1

7. Subject to the General Aggregate Limit and the Each Occurrence Limit, the Coverage M Limit is the most that **we** will pay under Coverage M for all medical expenses because of **bodily injury** sustained by any one person.

8. The General Aggregate Limit and the Products/ Completed Work Hazard Aggregate Limit apply separately to each consecutive 12-month period beginning with the inception date of the Commercial Liability Coverage shown on the **declarations**. They also apply separately to any remaining policy period of less than 12 months, unless the Commercial Liability Coverage has been extended after it was written. In that case, the additional period will be considered part of the last preceding period for the purpose of determining **limits**.

## CONDITIONS

1. **Bankruptcy** -Bankruptcy or insolvency of an **insured** does not relieve **us** of **our** obligations under Commercial Liability Coverage.

2. **Insurance Under More Than One Policy** -- (Applies to all coverages except Coverage M -- Medical Payments.)

   a. Insurance under this Commercial Liability Coverage is primary except as provided under paragraph 2.c. below, or unless otherwise stated. The amount of **our** liability is not reduced because of other insurance which applies to the loss on other than a primary basis.

   b. If the other insurance is also primary, **we** will share in the loss as follows:

      1) If the other insurance provides for contribution by equal shares, **we** will pay equal amounts with other insurers until:

         a) the lowest applicable **limit** under any one policy is reached; or
         b) the full amount of the loss is paid.

         If part of the loss remains unpaid, **we** will pay an equal share with the other insurers until the full amount of the loss is paid, or until **we** have paid **our limit** in full.

      2) If the other insurance does not provide for contribution by equal shares, **we** will pay, up to **our limit**, no more than that proportion of the loss to which the applicable **limit** under this policy for such loss bears to the total applicable **limit** for all insurance against the

loss.

c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

   1) if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

      a) fire, extended coverage, builders' risk, installation risk, or similar coverage for **your work**; or
      b) fire insurance for premises rented to **you**; or

   2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, **autos**, or watercraft which may be covered by this policy.

d. When this insurance is excess over any other insurance:

   1) **we** will have no duty to defend any claim or **suit** that any other insurer has a duty to defend. If no other insurer defends, **we** will do so. However, **we** will be entitled to the **insured's** rights against all those other insurers.

   2) **we** will pay **our** share of the amount of loss, if any, that exceeds the sum of:

      a) the total amount that all such other insurance would pay for the loss in the absence of this insurance; and
      b) the total of all deductibles and self-insured amounts required by such other insurance.

      **We** will share the remaining loss with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the **limits** shown on the **declarations** of this Commercial Liability Coverage.

3. **Misrepresentation, Concealment or Fraud** -- This coverage is void as to **you** and any other **insured** if before or after a loss:

   a. **you** have or any **insured** has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) the **insured's** interest herein;

   b. there has been fraud or false swearing by **you** or any other **insured** with regard to a matter that

-- 14 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement. Revised 1/2016.

relates to this insurance or the subject thereof.

4. **Motor Vehicle Financial Responsibility Certifica-tion** – When Commercial Liability Coverage is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided for **bodily injury** liability or **property damage** liability will comply with the provisions of the law to the extent of the coverage and **limits** of insurance required by that law.

5. **Premium** – If the premium is shown on the **declarations** as a deposit premium, **we** will compute the final earned premium at the end of each audit period shown on the **declarations**. If it is more than the deposit premium paid by **you**, **we** will bill **you** for the difference. If the final earned premium is less than the deposit premium paid by **you**, **we** will return the difference to **you**. **You** must maintain records of the information that is necessary for computing the premium. Copies of the records must be sent to **us** at the end of the audit period or when requested by **us**.

6. **Separate Insureds** – Coverage provided under the Commercial Liability Coverage applies separately to each **insured** against whom claim is made or **suit** is brought. This does not affect the **limits** stated under How Much We Pay.

7. **Subrogation** – If **we** pay under the Commercial Liability Coverage, **we** may require from an **insured** an assignment of any right of recovery. **We** are not liable under the Commercial Liability Coverage if any **insured** has impaired **our** right to recover. An **insured** may waive its right to recover, in writing, before an **occurrence** takes place.

8. **Suit Against Us** – No **suit** may be brought against **us** unless:

   a. all the **terms** of the Commercial Liability Coverage have been complied with; and

   b. the amount of the **insured's** liability has been determined by:

      1) a final judgment against an **insured** as a result of a trial; or

      2) a written agreement by the **insured**, the claimant, and **us**.

No person has a right under the Commercial Liability Coverage to join **us** or implead **us** in actions that are brought to determine an **insured's** liability.

## NUCLEAR ENERGY LIABILITY EXCLUSION

This insurance does not apply:

1. under any liability coverage, to **bodily injury** or **property damage:**

   a. with respect to which an **insured** under the policy is also an **insured** under a Nuclear Energy Liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an **insured** under any such policy but for its termination upon exhaustion of its **limit** of liability; or

   b. resulting from the **hazardous properties** of **nuclear material** and with respect to which:

      1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereto; or

      2) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America or any agency thereof, under any agreement entered into by the United States of America or any agency thereof, with any person or organization.

2. under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

3. under any liability coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if:

   a. the **nuclear material:**

      1) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured**; or

      2) has been discharged or dispersed therefrom;

   b. the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, stored, processed, transported, or disposed of by or on behalf of an **insured**; or

-- 15 --

Contains copyrighted material from AAIS used with permission granted under licensing agreement.   Revised 1/2016.

c. the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions, or Canada, this exclusion (c.) applies only to property damage to such nuclear facility and any property thereat.

## DEFINITIONS

The following definitions apply to the Nuclear Energy Liability Exclusion:

1. **Hazardous Properties** – These include radioactive, toxic, or explosive properties.

2. **Nuclear Material** – This means **source material, special nuclear material,** or **by-product material.**

3. **Source Material, Special Nuclear Material, By-product Material** – These have the meanings given them in the Atomic Energy Act of 1954, or in any law amendatory thereof.

4. **Spent Fuel** – This means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

5. **Waste** – This means any **waste** material:

   a. containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content; and

   b. resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility.**

6. **Nuclear Facility** – This means:

   a. any **nuclear reactor.**

   b. any equipment or device designed or used for:

      1) separating the isotopes of uranium or plutonium;
      2) processing or utilizing **spent fuel;** or
      3) handling, processing, or packaging **waste.**

   c. any equipment or device used for the processing, fabricating, or alloying of **special nuclear**

material if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium-233 or any combination thereof, or more than 250 grams of uranium-235.

   d. any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of **waste;**

and includes the site on which any of the foregoing is located, all operations conducted on such sites, and all premises used for such operations.

7. **Nuclear Reactor** – This means any apparatus designed or used:

   a. to sustain nuclear fission in a self-supporting chain reaction; or

   b. to contain a critical mass of fissionable material.

8. **Property Damage** – This includes all forms of radioactive contamination of property.

– 16 –

Contains copyrighted material from AAIS used with permission granted under licensing agreement.    Revised 1/2016.

Complaint Ex. 1

AAIS

This endorsement changes the Commercial
Liability Coverage provided by this policy

-- PLEASE READ THIS CAREFULLY --

GL-224
Ed 1.0

# LIABILITY COVERAGE -- DESIGNATED PREMISES

## SCHEDULE

(The information required below may be shown on a separate schedule or supplemental declarations.)

Premises:

Restaurant / Bar
1813 East 12th Street
Mishawaka, IN 46544

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

**EXCLUSIONS THAT APPLY TO BODILY INJURY, PROPERTY DAMAGE, PERSONAL INJURY, AND/OR ADVERTISING INJURY**

The following exclusions are added:

**We** do not pay for **bodily injury** or **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage):

1. that arises out of the ownership, maintenance, or use of the premises other than those described above; or

2. that arises out of operations that are necessary or incidental to the ownership, maintenance, or use of premises other than those described above.

GL-224  Ed 1.0

AAIS

Copyright MCMXCIV, American Association of Insurance Services

Complaint Ex. 1

AAIS

This endorsement changes the Commercial
Liability Coverages provided by this policy

-- PLEASE READ THIS CAREFULLY --

GL-853
Ed 2.0

# EXCLUSION -- ABUSE OR MOLESTATION

The Commercial Liability Coverage is amended as follows:

### EXCLUSIONS

EXCLUSIONS THAT APPLY TO BODILY INJURY,
PROPERTY DAMAGE, PERSONAL INJURY, AND/OR
ADVERTISING INJURY

The following exclusions are added:

1. **We** do not pay for **bodily injury** or **property dam-age** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) that arises out of the actual or threatened abuse or molestation of anyone while in the care, custody or control of an **insured**.

2. **We** do not pay for **bodily injury** or **property dam-age** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) that arises out of negligent employment, investi-

gation, supervision, reporting or failure to report to proper authorities, or retention of a person for whom an **insured** is or was legally responsible and whose conduct resulted in actual or threatened abuse or molestation of anyone while in the care, custody or control of an **insured**.

GL-853 Ed 2.0

AAIS

Copyright MCMXCIV, American Association of Insurance Services

Complaint Ex. 1

AAIS

| |
|---|
| This endorsement changes the Commercial Liability Coverages provided by this policy |
| -- PLEASE READ THIS CAREFULLY -- |

GL-890
Ed 1.0

## LEAD LIABILITY EXCLUSION

The Commercial Liability Coverage is amended as follows:

### EXCLUSIONS THAT APPLY TO ALL COVERAGES

The following are added:

**We** do not pay for:

1. actual or alleged **bodily injury** arising out of the ingestion, inhalation or absorption of lead in any form;

2. actual or alleged **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) arising out of any form of lead;

3. any loss, cost or expense arising out of any request, demand or order that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

4. any loss, cost or expense arising out of any claim or suit by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

GL-890  Ed 1.0

AAIS

Copyright MCMXCII, American Association of Insurance Services

Complaint Ex. 1

AAIS

| This endorsement changes the Commercial Liability Coverages provided by this policy |
| --- |
| -- PLEASE READ THIS CAREFULLY -- |

GL-894
Ed 1.0

# PUNITIVE DAMAGES EXCLUSION

The Commercial Liability Coverage is amended as follows:

**EXCLUSIONS**

The following exclusion is added:

**We** do not pay for punitive, exemplary, or vindictive **damages**.

GL-894 **Ed 1.0**

Copyright MCMXCIV, American Association of Insurance Services

AAIS

AAIS
GL 0163 01 08
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

# EXCLUSION -- WAR AND MILITARY ACTION

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

The exclusion relating to injury or damage that arises out of war is deleted and replaced by the following:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) caused directly or indirectly by the following:

a.  war, including undeclared or civil war; or

b.  warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

c.  insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

GL 0163 01 08

Copyright, American Association of Insurance Services, Inc., 2008

Complaint Ex. 1

GL 0187 06 21
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CYBER LOSS EXCLUSION

The Commercial Liability Coverage is amended as follows. All other **terms** of the policy apply, except as amended by this endorsement.

## EXCLUSIONS

The following exclusion is added:

We do not pay for:

1. **Bodily injury** or **property damage** (or **personal injury** or **advertising injury**, if provided by the Commercial Liability Coverage) any **Cyber Loss** regardless of any other cause or event contributing concurrently or in any other sequence thereto.

## ADDITIONAL DEFFINITIONS

In addition to the Definitions section of the Commercial General Liability Coverage Form, the following definitions apply to this coverage part:

1. **Cyber Loss** means any loss, damage, liability, claim, cost, or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any **Cyber Act** or **Cyber Incident** including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any **Cyber Act** or **Cyber Incident**

2. **Cyber Act** means an unauthorized, malicious or criminal act or series of related unauthorized malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any **Computer System**.

3. **Cyber Incident** means:

   1) Any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any **Computer System** or;

   2) Any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any **Computer System**.

4. **Computer System** means any computer, hardware, software, communications system, electronic device (including but not limited to, smart phone, laptop, tablet, wearable device), server, cloud, or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, **Data** storage, networking equipment or back up facility.

5. **Data** means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form to be used, accessed, processed, transmitted or stored by a **Computer System**.

GL 0187 06 21

Page 1 of 1

AAIS
GL 0209 10 05
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## ASBESTOS EXCLUSION

The Commercial Liability Coverage is amended
as follows:

### EXCLUSIONS

The following exclusions are added:

"We" do not pay for:

1. "bodily injury" arising out of the actual,
alleged, or threatened ingestion, inhalation,
or absorption of asbestos, asbestos
products, asbestos fibers, or asbestos dust;

2. "property damage" arising out of the actual,
alleged, or threatened contact with, existence
of, exposure to, or presence of asbestos,
asbestos products, asbestos fibers, or
asbestos dust;

3. "personal injury" or "advertising injury", if
provided by the Commercial Liability
Coverage, arising out of the actual, alleged,
or threatened ingestion of, inhalation of,
absorption of, contact with, existence of,
exposure to, or presence of asbestos,
asbestos products, asbestos fibers, or
asbestos dust; or

4. any loss, cost, or expense arising out of the
testing for, monitoring, cleaning up,
removing, containing, treating, detoxifying,
neutralizing, or in any way responding to or
assessing the effects of asbestos, asbestos
products, asbestos fibers, or asbestos dust
by any "insured" or any other person or
organization.

GL 0209 10 05

Copyright, American Association of Insurance Services, Inc., 2005

Complaint Ex. 1

**AAIS**
**GL 0215 10 05**
**Page 1 of 1**

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## SILICA EXCLUSION

The Commercial Liability Coverage is amended as follows:

### DEFINITIONS

The following definition is added:

"Silica" means silicon dioxide ($SiO_2$) including:

1. crystalline silica, silica dust, industrial sand, silica sand, quartz, quartz dust, cristobalite, tridymite, tripoli, and silica mixed with other compounds;

2. amorphous silica and silica gel; and

3. silica dust mixed with other dust particles.

### EXCLUSIONS

The following exclusions are added:

"We" do not pay for:

1. "bodily injury" arising out of the actual, alleged, or threatened ingestion, inhalation, or absorption of "silica";

2. "property damage" arising out of the actual, alleged, or threatened contact with, existence of, exposure to, or presence of "silica";

3. "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage, arising out of the actual, alleged, or threatened ingestion of, inhalation of, absorption of, contact with, existence of, exposure to, or presence of "silica"; or

4. any loss, cost, or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of "silica" by any "insured" or any other person or organization.

**GL 0215 10 05**

Copyright, American Association of Insurance Services, Inc., 2005

AAIS
GL 0250 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## CERTIFIED TERRORISM LOSS

1. The following definitions are added.

   a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

      1) to be an act of terrorism;
      2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;
      3) to have resulted in damage:

         a) within the United States; or
         b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

      4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and

      5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

   b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

   This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

   If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

GL 0250 01 15

Copyright, American Association of Insurance Services, Inc., 2015

AAIS
GL 0345 07 13
Page 1 of 1

This endorsement changes
the Commercial Liability Coverage
-- **PLEASE READ THIS CAREFULLY** --

## AMENDATORY ENDORSEMENT
### INDIANA

1.  The exclusion relating to workers' compensation, disability benefits, occupational disease, unemployment compensation, or similar law is deleted and replaced by the following:

    "We" do not pay for "bodily injury" to a person if:

    a.  the "insured" has a workers' compensation policy covering the injury; or

    b.  benefits are payable or are required to be provided by an "insured" because of the existence, application, or enforcement of any provisions of any workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law, including any provision imposing liability on the "insured" for failure to obtain a certificate attesting to the compliance by any contractor with any workers' compensation, disability benefits, occupational disease, unemployment compensation, or like law.

2.  Under What You Must Do In Case Of Loss, the following addition amends Notice:

    Notice given by "you" or on "your" behalf to "our" authorized agent is considered notice to "us". Sufficient details must be provided to enable "us" to properly identify "you". However, such notice does not change or waive any other "terms" of this policy.

GL 0345 07 13

Copyright, American Association of Insurance Services, Inc., 2013

Complaint Ex. 1

AAIS
GL 0348 06 02
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- WET ROT, DRY ROT, BACTERIA, FUNGI, OR PROTISTS

The Commercial Liability Coverage is amended as follows:

1. The following exclusions are added:

   a. "We" do not pay for actual or alleged "bodily injury" or "property damage" (or "personal injury" or "advertising injury", when provided by this policy) that results directly or indirectly from ingestion of, inhalation of, physical contact with, or exposure to:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

   b. "We" do not pay for any loss, cost, or expense arising out of any request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

   c. "We" do not pay for any loss, cost, or expense arising out of any claim or suit by or on behalf of any governmental authority relating to testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of:

      1) wet rot; dry rot; a bacterium; a fungus, including but not limited to mildew and mold; or a protist, including but not limited to algae and slime mold; or

      2) a chemical, matter, or a compound produced or released by wet rot, dry rot, a bacterium, a fungus, or a protist, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

2. However, exclusion 1.a. above does not apply to:

   a. "bodily injury" that results from a fungus cultivated or harvested for human consumption or a food-borne or beverage-borne bacterium that causes illness commonly known as food poisoning (Food-borne or beverage-borne bacteria that cause illness commonly known as food poisoning include but are not limited to Staphylococcus aureus, Salmonella, Clostridium perfringens, Campylobacter, Listeria monocytogenes, Vibro parahaemolyticus, Bacillus cereus, and Escherichia coli.); or

   b. "bodily injury" suffered by an "employee" of an "insured" while performing duties in connection with the "insured's" farming operations, but only to the extent that "bodily injury" to an "insured's" "employees" is covered by this policy.

GL 0348 06 02
Copyright, American Association of Insurance Services, 2002

Complaint Ex. 1

AAIS
GL 0930 07 13
Page 1 of 3

This endorsement changes the policy
-- PLEASE READ THIS CAREFULLY --

10-2020-5864

# POLLUTION AMENDMENT

(Entries required to complete the Schedule will be
shown below or on the "declarations".)

### Schedule

### Additional Substance(s) or Material(s):

The Commercial Liability Coverage is amended
as follows. All other "terms" of the policy apply,
except as amended by this endorsement.

## DEFINITIONS

The definition of "pollutants" is added:

"Pollutants":

a.  "Pollutants" means any substance or material
    that is a solid, liquid, gaseous, thermal, or
    radioactive irritant or contaminant including,
    but not limited to acids, alkalis, chemicals,
    fumes, smoke, soot, vapor, and waste.

    Such substances and materials include, but
    are not limited to:

    1)  diesel, gasoline, propane, and other
        fuels, kerosene and other fuel oils,
        petroleum distillates, and any other
        petroleum-derived products; lubrication
        oils, adjuvant oils, crop oils; brake and
        other hydraulic fluids; methanol and other
        antifreeze additives; exhaust gases;
        ethylene dichloride, hexylene glycol,
        mineral spirits and other solvents;
        perchloroethylene (PERC) and other dry
    cleaning chemicals; chlorofluorocarbons;
    adhesives; and pesticides, insecticides,
    fungicides, fertilizer, animal or bird waste,
    and sewage;
    2)  all substances and materials listed or
        described by one or more of the following
        references, including any amendments

thereto: the Comprehensive
Environmental Response,
Compensation, and Liability Act
(CERCLA); the Priority List Of Hazardous
Substances (1997 and all subsequent
editions) developed by the Agency For
Toxic Substances And Disease Registry;
and/or the U.S. Environmental Protection
Agency EMCI Chemical References
Complete Index; and

3)  any substance or material shown in the
    Schedule above.

b.  With respect to this definition, waste includes
    substances or materials to be disposed of as
    well as recycled, reclaimed, or reconditioned.

c.  "Pollutants" also means electrical, magnetic,
    or electromagnetic particles or fields, whether
    visible or invisible, and sound.

d.  This definition of "pollutants" applies whether
    or not the substance, material, particle, field,
    or sound is used at or in or arises out of
    "your" business, operations, premises, site,
    or location.

## EXCLUSIONS

The exclusion relating to "bodily injury" or
"property damage" that arises out of the actual,
alleged, or threatened discharge, dispersal,
seepage, migration, release, or escape of
"pollutants" is deleted and replaced by the
following:

Copyright, American Association of Insurance Services, Inc., 2013

AAIS
GL 0930 07 13
Page 2 of 3

"We" do not pay for:

1. "bodily injury" or "property damage" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, or emission of "pollutants":

    a. at or from any premises, site, or location which is, or was at any time, owned by, occupied by, rented to, or loaned to any "insured".

    However, this exclusion does not apply to:

    1) "bodily injury" or "property damage" arising from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;
    2) "bodily injury" arising from the smoke, fumes, soot, or vapor from equipment used to heat, cool, or dehumidify a building, or used to heat water for the building's occupants, if the "bodily injury" was suffered in that building; or
    3) "bodily injury" or "property damage" for which "you" may be held liable as the contractor at the premises, site, or location and the owner or lessee of that premises, site, or location has been added to "your" policy as an additional insured for "your" ongoing operations conducted for that additional insured at that premises, site, or location. This exception to the exclusion applies only if the premises, site, or location is not currently or was not previously owned by, occupied by, rented to, or loaned to any "insured" other than the additional insured;

    b. at or from any premises, site, or location which is or was at any time used by or for any "insured" or others, for the handling, storage, disposal, processing, or treatment of waste;

    c. which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or by or for any person or organization for whom "you" may be legally responsible; or

    d. at or from any premises, site, or location where any "insured" or any contractor or subcontractor working directly or indirectly on any "insured's" behalf is performing operations if the "pollutants" are brought on or to the premises, site, or location in connection with such work by such "insured", contractor, or subcontractor.

    However, this exclusion does not apply to:

    1) "bodily injury" or "property damage" arising from the heat, smoke, or fumes of a fire which becomes uncontrollable or breaks out from where it was intended to be located;
    2) "bodily injury" or "property damage" arising out of the escape of any fuels, lubricants, or other fluids needed for the normal operation and function of mobile equipment or its parts, if such fuels, lubricants, or other fluids escape from a vehicle part designed to contain, store, or receive them.

    However, this exception does not apply if the "bodily injury" or "property damage" arises out of fuels, lubricants, or other fluids that are intentionally discharged, dispersed, or released, or if such fuels, lubricants, or other fluids are brought on or to the premises, site, or location to be discharged, dispersed, or released as part of the operations being performed by such "insured", contractor, or subcontractor; or

Copyright, American Association of Insurance Services, Inc., 2013

AAIS
GL 0930 07 13
Page 3 of 3

3) "bodily injury" or "property damage" caused by the release of gases, vapors, or fumes from materials brought into a building because of the operations being performed by "you" or on "your" behalf by a contractor or subcontractor, if the "bodily injury" or "property damage" was suffered within that building; or

e. at or from any premises, site, or location where any "insured" is working or where any contractor or subcontractor is working directly or indirectly on any "insured's" behalf, if the work is to test for, abate, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants".

2. any loss, cost, or expense arising out of any:

a. request, demand, order, statute, or regulation requiring that any "insured" or others test for, abate, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants"; or

b. claim or suit by or on behalf of any governmental authority relating to testing for, abating, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of "pollutants".

However, this exclusion does not apply to liability for "property damage" that the "insured" would have had in the absence of such request, demand, order, statute, or regulation, or claim or suit by or on behalf of any governmental authority.

When the Commercial Liability Coverage is provided by form GL-200 or GL 0200, coverage is amended as follows:

Exclusion 7. Under Additional Exclusions That Apply Only To Personal Injury And/Or Advertising Injury is deleted and replaced by the following:

7. "We" do not pay for:

a. "personal injury" or "advertising injury" arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, or emission of "pollutants":

b. any loss, cost, or expense arising out of any:

1) request, demand, order, statute, or regulation requiring that any "insured" or others test for, abate, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants"; or

2) claim or suit by or on behalf of any governmental authority relating to testing for, abating, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to or assessing the effects of "pollutants".

GL 0930 07 13

Copyright, American Association of Insurance Services, Inc., 2013

AAIS
GL 0950 12 99
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# KNOWN INJURY OR DAMAGE AMENDMENTS

The Commercial Liability Coverage is amended as follows:

1. Under Definitions, the following definition is added:

   "Designated insured" means:

   a. "you" and "your" spouse, but only with respect to the conduct of a business of which "you" are the sole owner, if "you" are shown on the "declarations" as an individual;

   b. "you" and all "your" partners or members and their spouses, but only with respect to the conduct of "your" business, if "you" are shown on the "declarations" as a partnership or a joint venture;

   c. "you" and all "your" members and managers, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as a limited liability company; and

   d. "you" and all "your" executive officers and directors, but only while acting within the scope of their duties, if "you" are shown on the "declarations" as an organization (other than a partnership, joint venture, or limited liability company). It also includes "your" stockholders, but only for their liability as such; or

   e. any "employee" who is authorized to give or receive notice of an "occurrence" or a claim.

2. Under Principal Coverages, Coverage L and, if applicable, Coverage N are amended by the addition of the following:

   This insurance applies only to:

   a. "Bodily injury" or "property damage" which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" that was known by a "designated insured" prior to the inception date of the policy period. If a "designated insured" knew, as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period, that "bodily injury" or "property damage" had occurred, any continuation of, resumption of, or change in such "bodily injury" or "property damage" will be deemed to have been known by the "designated insured" prior to the inception date of the policy period.

   b. "Bodily injury" or "property damage" that occurs during the policy period and which is not a continuation of, resumption of, or change in "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, to have occurred prior to the inception date of this policy period, will include any continuation of, resumption of, or change in such "bodily injury" or "property damage" after the end of this policy period.

3. Under Defense Coverage, the following is added:

   "We" have no duty to defend a suit or claim seeking "damages" because of "bodily injury" or "property damage" which was known by a "designated insured", as stated under the Knowledge of Bodily Injury or Property Damage Condition, prior to the inception date of the policy period.

AAIS
GL 0950 12 99
Page 2 of 2

4. Under Conditions, the following condition is added:

**Knowledge of Bodily Injury or Property Damage** -- Knowledge of "bodily injury" or "property damage" will be deemed to have occurred at the earliest of the following times:

a. when a suit, claim, or demand for "damages" alleging "bodily injury" or "property damage" is received by any "designated insured";

b. when any "designated insured" reports the "bodily injury" or "property damage" to "us" or any other insurer; or

c. when any "designated insured" becomes aware of anything that indicates that "bodily injury" or "property damage" may have occurred or is occurring.

GL 0950 12 99
Copyright, American Association of Insurance Services, 2000

AAIS
GL 0966 08 00
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- INSPECTION, APPRAISAL, AND SURVEY COMPANIES

The Commercial Liability Coverage is amended as follows:

## EXCLUSIONS

The following exclusion is added:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) that arises out of the rendering or failure to render professional services by the "insured".

With respect to this exclusion, professional services include claim, consultation, investigation, adjustment, engineering, inspection, appraisal, survey, and audit services.

GL 0966 08 00

Copyright, American Association of Insurance Services, 2000

AAIS
GL 1020 09 09
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# OTHER INSURANCE AMENDMENT

The policy is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## CONDITIONS

Item 2.c. under Conditions is deleted and replaced by the following:

c. Insurance under this Commercial Liability Coverage is excess over any other insurance:

  1) if the other insurance, whether primary, excess, contingent, or on any other basis, provides:

    a) fire, extended coverage, builders' risk, installation risk, or similar coverage for "your work"; or
    b) fire insurance for premises rented to "you";

  2) if the other insurance applies to any loss arising out of the maintenance or use of aircraft, "autos", or watercraft which may be covered by this policy; or
  3) if the other insurance is primary insurance and is available to "you" to cover liability arising out of the:

    a)  premises or operations;
    b)  completed work; or
    c)  products;

  for which "you" have been added as an additional insured by endorsement to the policy.

GL 1020 09 09

Copyright, American Association of Insurance Services, Inc., 2009

Complaint Ex. 1

AAIS
GL 1022 09 09
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

# INFORMATION DISTRIBUTION AND RECORDING VIOLATIONS EXCLUSION

The Commercial Liability Coverage is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## EXCLUSIONS

The following exclusion is added:

"We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) arising directly or indirectly out of violations of or alleged violations of:

a. the Telephone Consumer Protection Act of 1991 (TCPA), including any amendments thereto, and any similar federal, state, or local laws, ordinances, statutes, or regulations;

b. the CAN-SPAM Act of 2003, including any amendments thereto, and any similar federal, state, or local laws, ordinances, statutes, or regulations;

c. the Fair Credit Reporting Act (FCRA), including any amendments thereto, such as the Fair and Accurate Credit Transaction Act (FACTA), and any similar federal, state, or local laws, ordinances, statutes, or regulations; or

d. any other federal, state, or local law, regulation, statute, or ordinance that restricts, prohibits, or otherwise pertains to the collecting, communicating, recording, printing, transmitting, sending, disposal, or distribution of material or information.

GL 1022 09 09

Copyright, American Association of Insurance Services, Inc., 2009

Complaint Ex. 1

AAIS
GL 1023 09 09
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- COMMUNICABLE DISEASE

The Commercial Liability Coverage is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## EXCLUSIONS

The following exclusions are added:

1. "We" do not pay for "bodily injury" or "property damage" (or "personal injury" or "advertising injury", if provided by the Commercial Liability Coverage) that arises out of the actual or alleged transmission of a communicable disease by:

   a. a person;

   b. an "insured's" property, including "products"; or

   c. the property of others in the care, custody, or control of an "insured",

   This exclusion applies even if the claim or suit against any "insured" alleges negligence or other improper action in the:

   a. failure to report the communicable disease to proper authorities;

   b. failure to prevent the spread of the communicable disease;

   c. hiring, supervising, training, employing, or monitoring of others who may be infected with and spread a communicable disease; or

   d. testing or failure to test for a communicable disease.

2. "We" do not pay for any loss, cost, or expense arising out of any:

   a. request, demand, or order that any "insured" or others test for, monitor, report, clean up, remove, contain, treat, detoxify, disinfect, sterilize, neutralize, or in any way respond to, assess the effects of, or eliminate a communicable disease or the conditions to which a communicable disease is attributed; or

   b. claim or suit by or on behalf of any governmental body or authority relating to testing for, monitoring, reporting, cleaning up, removing, containing, treating, detoxifying, disinfecting, sterilizing, neutralizing, or in any way responding to, assessing the effects of, or eliminating a communicable disease or the conditions to which a communicable disease is attributed.

GL 1023 09 09

Copyright, American Association of Insurance Services, Inc., 2009

AAIS
GL 1353 09 14
Page 1 of 1

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- DATA BREACH LIABILITY

The Commercial Liability Coverage is amended as follows. All other "terms" of
the policy apply, except as amended by this endorsement.

### DEFINITIONS

The following definition is added:

"Data records" means files, documents, and information in an electronic format
that are stored on instruments used with computer hardware, networks, or other
computer programs and applications, including those used with electronically
controlled equipment.

### EXCLUSIONS

The following exclusion is added:

"We" do not pay for:

1.  "bodily injury" or "property damage" (or "personal injury" or "advertising
    injury", if provided by the Commercial Liability Coverage) arising out of
    disclosure of or access to private or confidential information belonging to any
    person or organization; or

2.  any loss, cost, expense, or "damages" arising out of damage to, corruption
    of, loss of use or function of, or inability to access, change, or manipulate
    "data records".

This exclusion also applies to "damages" for any expenses incurred by "you" or
others arising out of 1. or 2. above, including expenses for credit monitoring,
notification, forensic investigation, and legal research.

GL 1353 09 14

Copyright American Association of Insurance Services, Inc., 2014

Complaint Ex. 1

AAIS
GL 2280 06 04
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# NUCLEAR, BIOLOGICAL, AND CHEMICAL TERRORISM EXCLUSION

1. The word terrorism, when shown in this endorsement in quotation marks, has the following meaning:

"Terrorism" means activities against persons, organizations, or property of any nature:

a. that involve the following or preparation for the following:

1) use or threat of force or violence; or
2) commission or threat of a dangerous act; or
3) commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. when one or both of the following applies:

1) the effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
2) it appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social, or economic objectives, or to express (or express opposition to) a philosophy or ideology.

2. The following exclusion is added:

**TERRORISM EXCLUSION**

"We" will not pay for injury or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such injury or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

This exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

a. the "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation, or radioactive contamination; or

b. radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. the "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

When this Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under the Coverage Part to which this endorsement applies.

3. The following provision is added.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion set forth by this endorsement, coverage does not apply to injury or damage that is otherwise excluded under the Coverage Part to which this endorsement applies.

GL 2280 06 04

Complaint Ex. 1

AAIS

CP-12
Ed 1.0

# BUILDING AND PERSONAL PROPERTY COVERAGE PART

**We** cover direct physical loss to covered property at the premises described on the **declarations** caused by a covered peril.

## PROPERTY COVERED

**We** cover the following types of property for which a **limit** is shown on the **declarations**.

### BUILDING PROPERTY

This means buildings and structures described on the **declarations**, including:

1. completed additions;

2. fixtures, machinery, and equipment which are a permanent part of the described building or structure;

3. outdoor fixtures;

4. personal property owned by **you** and used to maintain or service the described building or structure or its premises, including air-conditioning equipment; fire extinguishing apparatus; floor coverings; and appliances for refrigerating, cooking, dish washing, and laundering;

5. if not covered by other insurance;

   a. additions under construction, alterations, and repairs to the building or structure; and

   b. materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations, or repairs to the building or structure.

### BUSINESS PERSONAL PROPERTY

This means **your** business personal property in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises. Unless otherwise specified on the **declarations**, this includes:

1. **your** interest in personal property of others to the extent of **your** labor, material, and services;

2. **your** use interest as tenant in improvements to the described building or structure. Improvements are fixtures, alterations, installations, or additions:

   a. to a building or structure **you** occupy but do not own; and

   b. made or acquired at **your** expense and which cannot be legally removed by **you;** and

3. leased personal property which **you** have a contractual responsibility to insure, unless otherwise insured under the Commercial Property Coverage under Personal Property of Others.

### PERSONAL PROPERTY OF OTHERS

This means personal property of others:

1. that is in **your** care, custody, or control; and

2. located in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises.

However, **our** payment for loss to personal property of others is only for the benefit of the owners of the personal property.

## PROPERTY EXCLUDED AND LIMITATIONS

1. **Animals -- We** do not cover animals, including birds and fish, unless owned by others and boarded by **you. We** do cover animals **you** own and hold for sale.

2. **Antennas, Awnings, Canopies, Fences, and Signs --** Except as provided under Supplemental Coverages, **we** do not cover outdoor:

   a. radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;

   b. awnings or canopies of fabric or slat construction or their supports;

   c. fences; or

   d. signs, other than signs attached to buildings.

Complaint Ex. 1

3. **Contraband -- We** do not cover contraband or property in the course of illegal transportation or trade.

4. **Foundations, Retaining Walls, Piling, Piers, Wharves, or Docks -- We** do not cover foundations which are below the lowest basement floor or below ground level if there is no basement; retaining walls that are not part of buildings or structures; or pilings, piers, wharves, or docks.

5. **Land; Water; Growing Crops or Lawns; Cost of Excavation, Grading, or Filling; Paved Surfaces; or Underground Pipes, Flues, or Drains -- We** do not cover:

   a. land, including land on which the property is located;

   b. underground or surface water;

   c. growing crops or lawns;

   d. cost of excavations, grading, or filling;

   e. paved outdoor surfaces, including driveways, parking lots, roads, bridges, and walks; or

   f. underground pipes, flues, and drains.

6. **Money and Securities -- We** do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

7. **Property More Specifically Insured -- We** do not cover property which is more specifically insured in whole or in part by any other insurance. **We** do cover the amount in excess of the amount due from the more specific insurance.

8. **Trees, Shrubs, and Plants --** Except as provided under Supplemental Coverages, **we** do not cover trees; shrubs; plants; and grain, hay, straw, or other crops, when outdoors. However, **we** do cover trees, shrubs, and plants **you** own and hold for sale.

9. **Valuable Papers and Records -- Research Cost--** Except as provided under Supplemental Coverages, **we** do not cover the cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media.

10. **Vehicles, Aircraft, and Watercraft -- We** do not cover vehicles or self-propelled machines (including aircraft or watercraft and their motors, equipment, and accessories) that are:

   a. required to be licensed for use on public roads; or

   b. operated principally away from the described premises.

**We** do cover vehicles or self-propelled machines **you** manufacture, process, warehouse, or hold for sale. However, this does not include autos **you** hold for sale. **We** also cover rowboats or canoes out of water at the described premises.

---

### ADDITIONAL COVERAGES

1. **Debris Removal -- We** cover the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract **pollutants** from land or water; or

   b. remove, restore, or replace polluted land or water.

   **We** do not pay any more under this coverage than 25 percent of the amount **we** pay for the direct physical loss. **We** do not pay more for loss to property and debris removal combined than the **limit** for the damaged property.

   However, **we** pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25 percent of the amount **we** pay for direct physical loss or when the loss to property and debris removal combined exceeds the **limit** for the damaged property.

   **We** do not pay any expenses unless they are reported to **us** in writing within 180 days from the date of direct physical loss to covered property.

2. **Emergency Removal -- We** cover loss to covered property while moved or being moved from the described premises for preservation from loss caused by a covered peril. **We** pay for any direct physical loss to that property. This coverage applies for up to 10 days after the property is first moved. This does not increase the **limit**.

3. **Fire Department Service Charges -- We** pay up to $1,000 to cover **your** liability, assumed by contract or agreement prior to the loss, for fire department service charges.

This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

No deductible applies.

This is an additional **limit**.

4. **Pollutant Clean Up and Removal -- We** pay **your** expense to extract **pollutants** from land or water at the described premises if the discharge, dispersal, seepage, migration, release, or escape of the **pollutants** is caused by a covered peril that occurs during the policy period.

**We** pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of **pollutants** only when the expense of extracting the **pollutants** is covered by this Additional Coverage.

The most **we** pay for each described premises is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy. The expenses are paid only if they are reported to **us** in writing within 180 days from the date the covered peril occurs.

This is an additional **limit**.

## PERILS COVERED

See the applicable Perils Part shown on the **declarations**.

## SUPPLEMENTAL COVERAGES

If a Coinsurance percentage of 80% or more is shown on the **declarations**, **we** provide the following supplemental coverages.

Unless otherwise stated, each supplemental coverage:

    a. applies for loss caused by a covered peril;

    b. applies to property in or on buildings or structures described on the **declarations** or in the open (or in vehicles) within 100 feet of the described premises;

    c. is an additional amount of coverage; and

    d. is not subject to and not considered in applying coinsurance.

1. The following supplemental coverages apply when a **limit** is shown on the **declarations** for either Building Property or Business Personal Property.

    a. **Antennas, Awnings, Canopies, Fences, and Signs -- We** pay up to $1,000 for **your** outdoor:

        1) radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;

        2) awnings or canopies of fabric or slat construction or their supports;

        3) fences; or

        4) signs.

    **We** only cover direct physical loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot, including debris removal expense.

    b. **Property Off Premises -- We** pay up to $5,000 for covered property while temporarily at a location that **you** do not own, control, rent, or lease.

    This coverage does not include property:

        1) in or on a vehicle;

        2) in the care, custody, or control of **your** salesperson; or

        3) at any fair or exhibition.

2. The following supplemental coverages apply only when a **limit** is shown on the **declarations** for Building Property.

    a. **Increased Costs -- Ordinance or Law -- We** pay up to $5,000 for each described premises to cover the increased costs of a covered loss, including debris removal expense, resulting from the enforcement of any ordinance, law, or decree that regulates or requires:

        1) the construction, use, or repair of any property; or

        2) the demolition of any property, in part or in whole, not damaged by a covered peril.

    The ordinance, law, or decree must be in force at the time of loss.

    Under Perils Excluded, Ordinance or Law does not apply to this Supplemental Coverage.

    b. **Newly Acquired Buildings -- We** cover **your** buildings or structures being built or that **you** acquire during the policy period.

CP-12 Ed 1.0

-- 3 --

AAIS

Complaint Ex. 1

This coverage applies for 30 days after construction is started or for 30 days from the date **you** acquire the building or structure; or until **you** report the newly acquired property to **us**; whichever occurs first. This coverage does not extend beyond the end of the policy period.

**You** must pay any additional premium due from the date construction is started or the date **you** acquire the property.

**We** pay up to 25 percent of the **limit** shown on the **declarations** for Building Property but not exceeding $250,000 for each building or structure.

c. **Trees, Shrubs, and Plants -- We** pay up to $1,000 for **your** outdoor trees, shrubs, and plants not held for sale. **We** only cover loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot. This coverage is limited to $250 on any one tree, shrub, or plant, including debris removal.

3. The following supplemental coverages apply only when a **limit** is shown on the **declarations** for Business Personal Property.

a. **Condominium Units --** If the described premises is a condominium unit that **you** own, **we** cover the fixtures, improvements, and alterations within **your** unit.

**We** pay up to 10 percent of the **limit** shown on the **declarations** for Business Personal Property but not exceeding $20,000 for each building or structure.

This is not an additional amount of coverage.

b. **Extra Expenses -- We** pay up to $1,000 for the necessary extra expenses that **you** incur in order to continue as nearly as practical **your** normal business following loss by a covered peril. This applies when the damage is to property in the described buildings or structures or in the open (or in vehicles) on or within 100 feet of the described premises.

**We** cover **your** extra expenses for the time it should reasonably take to resume **your** normal business, but not longer than the time it should reasonably take to rebuild, repair, or replace the property that has incurred the loss.

**We** do not cover the normal cost of repair, replacement, or restoration of property. **We** cover expenses in excess of normal that **you** necessarily incur to reduce loss, but only to the extent they reduce the loss under this coverage.

**We** do not cover the cost of research or other extra expense necessary to reproduce, replace, or restore lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media.

**We** cover expenses in excess of normal that **you** necessarily incur to reduce loss, but only to the extent that they reduce the loss under this coverage.

c. **Personal Effects -- We** pay up to $500, at each described premises, for personal effects owned by **you, your** officers, **your** partners, or **your** employees. This coverage is limited to $100 on property owned by any one person.

d. **Personal Property -- Acquired Locations -- We** cover **your** business personal property at locations that **you** acquire, other than fairs or exhibitions.

This coverage applies for 30 days from the date **you** acquire the location or until **you** report the acquired location to **us**, whichever occurs first. This coverage does not extend beyond the end of the policy period.

**You** must pay any additional premium due from that date **you** acquire the location.

**We** pay up to 10 percent of the **limit** shown on the **declarations** for Business Personal Property but not exceeding $100,000 for each location.

e. **Personal Property of Others -- We** pay up to $2,500, at each described premises, for personal property of others in **your** care, custody, or control. This coverage is only for the benefit of the owners of the personal property.

f. **Property in Transit -- We** pay up to $1,000 for covered business personal property (other than property in the care, custody, or control of **your** salesperson) in transit more than 100 feet from the described premises in vehicles **you** own, lease, or operate.

Complaint Ex. 1

**We** only cover direct physical loss caused by civil commotion; collision with another vehicle or object, other than the road bed; explosion; fire; hail; lightning; overturn or upset of the vehicle; riot; vandalism; or windstorm.

This coverage also includes loss of an entire package, case, or bale from within a locked part of **your** vehicle caused by theft. Theft must be proven by visible marks of forced entry.

g. **Valuable Papers and Records -- Research Cost -- We** pay up to $1,000 for the cost of research or other expenses necessary to reproduce, replace, or restore lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice --** In case of a loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice);

   b. give notice to the police when the act that causes the loss is a crime; and

   c. give notice to the credit card company if the loss involves a credit card.

2. **Protect Property -- You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our limit**.

3. **Proof of Loss -- You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. **your** interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or occupancy of the covered property during the policy period;

   e. detailed estimates for repair or replacement of covered property;

   f. available plans and specifications of buildings or structures;

   g. detailed estimates of any covered loss of income and expenses; and

   h. an inventory of damaged and undamaged covered personal property showing in detail the quantity, description, cost, actual cash value, and amount of the loss. **You** must attach to the inventory copies of all bills, receipts, and related documents that substantiate the inventory. An inventory of undamaged personal property is not required if the total claim for a loss is less than $10,000 and less than five percent of the total **limit**.

4. **Examination Under Oath -- You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of the answers. If more than one person is examined, **we** have the right to examine and receive statements separately and not in the presence of the others.

5. **Records -- You** must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss, and expense and permit copies and extracts to be made of them as often as **we** reasonably request.

6. **Damaged Property -- You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Volunteer Payments -- You** must not, except at **your** own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment -- We** do not have to accept any abandonment of property.

9. **Cooperation -- You** must cooperate in performing all acts required by the Commercial Property Coverage.

Complaint Ex. 1

## VALUATION

1. **Actual Cash Value** -- When replacement cost is not shown on the **declarations** for covered property, the value is based on the actual cash value at the time of the loss (with a deduction for depreciation), except as provided in paragraphs 2. through 9. below.

2. **Limited Replacement Cost** -- When the **limit** for Building Property satisfies the coinsurance requirement, **we** pay up to $2,500 to cover the cost to repair or replace **your** buildings or structures. This applies only when the total loss does not exceed $2,500. This provision does not apply to awnings; canopies; floor coverings; appliances for refrigerating, ventilating, cooking, dishwashing, or laundering; or outdoor equipment or furniture.

3. **Glass** -- The value of glass is based on the cost of safety glazing material where required by code, ordinance, or law.

4. **Merchandise Sold** -- The value of merchandise that **you** have sold but not delivered is based on the selling price less all discounts and unincurred expenses.

5. **Valuable Papers and Records** -- The value of valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) is based on the cost of blank materials, and the labor to transcribe or copy the records when there is a duplicate.

6. **Tenant's Improvements** -- The value of tenant's improvements losses is based on the actual cash value if repaired or replaced at **your** expense within a reasonable time.

   The value of tenant's improvements losses is based on a portion of **your** original cost if not repaired or replaced within a reasonable time. This portion is determined as follows:

   a. Divide the number of days from the date of the loss to the expiration date of the lease by the number of days from the date of installation to the expiration date of the lease; and

   b. Multiply the figure determined in 6.a. above by the original cost.

   If **your** lease contains a renewal option, the expiration of the lease in this procedure is replaced by the expiration of the renewal option period.

Tenant's improvements losses are not covered if repaired or replaced at another's expense.

7. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

8. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

9. **Replacement Cost** -- When replacement cost is shown on the **declarations** for covered property, the value is based on replacement cost without any deduction for depreciation.

   This replacement cost provision does not apply to objects of art, rarity, or antiquity; property of others; or paragraphs 3. through 8. above.

   The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment shall not exceed the amount **you** spend to repair or replace the damaged or destroyed property.

   Except as provided under Limited Replacement Cost, replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. **You** may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if **you** notify **us** of **your** intent within 180 days after the loss.

## HOW MUCH WE PAY

1. **Insurable Interest** -- **We** do not cover more than **your** insurable interest in any property.

2. **Deductible** -- **We** pay only that part of **your** loss over the deductible amount stated on the **declarations** in any one occurrence. The deductible applies to the loss before application of any coinsurance or reporting provision.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, **we** pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the **limit** that applies to covered property.

Complaint Ex. 1

4. **Coinsurance** -- When a coinsurance percentage is shown on the **declarations**, **we** only pay a part of the loss if the **limit** is less than the value of the covered property at the time of the loss multiplied by the coinsurance percentage shown for it on the **declarations**. **Our** part of the loss is determined using the following steps:

   a. Multiply the value of the covered property at the time of the loss by the coinsurance percentage;

   b. Divide the **limit** for covered property by the figure determined in 4.a. above; and

   c. Multiply the total amount of loss, after the application of any deductible, by the figure determined in 4.b. above.

   The most **we** pay is the amount determined in 4.c. above or the **limit**, whichever is less. **We** do not pay any remaining part of the loss.

   If there is more than one **limit** shown on the **declarations** for this Coverage Part, this procedure applies separately to each **limit**.

   If there is only one **limit** shown on the **declarations** for this Coverage Part, this procedure applies to the total of all covered property to which the **limit** applies.

   **Example -- Underinsurance**

   | | |
   |---|---|
   | Value of covered property | $100,000 |
   | Coinsurance | 80% |
   | **Limit** | $60,000 |
   | Loss | $21,000 |
   | Deductible | $1,000 |

   Step a.: $100,000 x 80% = $80,000 (minimum **limit** needed to meet coinsurance requirements)

   Step b.: $60,000 ÷ $80,000 = .75

   Step c.: $21,000 - $1,000 = $20,000
   $20,000 x .75 = $15,000

   **We** pay no more than $15,000. **We** do not pay the remaining $6,000.

   **Example -- Sufficient Insurance**

   | | |
   |---|---|
   | Value of covered property | $100,000 |
   | Coinsurance | 80% |
   | **Limit** | $80,000 |
   | Loss | $21,000 |
   | Deductible | $1,000 |

Step a.: $100,000 x 80% = $80,000 (minimum **limit** needed to meet coinsurance requirements)

Step b.: $80,000 ÷ $80,000 = 1.00

Step c.: $21,000 - $1,000 = $20,000
$20,000 x 1.00 = $20,000

**We** pay no more than $20,000 in excess of the deductible. No penalty applies.

**Example -- Blanket Limit**

| | |
|---|---|
| Value of covered property | |
| Building at Location 1. | $75,000 |
| Building at Location 2. | $75,000 |
| Personal Property at | |
| Location 2. | $50,000 |
| Total Value of covered property | $200,000 |
| Coinsurance | 80% |
| **Limit** | $128,000 |
| Loss | |
| Building at Location 2. | $20,000 |
| Personal Property at | |
| Location 2. | $11,000 |
| Total Loss | $31,000 |
| Deductible | $1,000 |

Step a.: $200,000 x 80% = $160,000 (minimum **limit** needed to meet coinsurance requirements)

Step b.: $128,000 ÷ $160,000 = .80

Step c.: $31,000 - $1,000 = $30,000
$30,000 x .80 = $24,000

**We** pay no more than $24,000. **We** do not pay the remaining $7,000.

5. **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained.

6. **Insurance Under More Than One Policy** -- **You** may have another policy subject to the same plan, terms, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. But **we** do not pay more than the applicable **limit**.

CP-12 **Ed 1.0**

– 7 –

**AAIS**

## LOSS PAYMENT

1. **Our Options -- We** may:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair, or replace with property of equivalent kind and quality, to the extent practicable; or

   d. take all or any part of the damaged property at the agreed or appraised value.

   **We** must give **you** notice of **our** intentions within 30 days after we have received a satisfactory proof of loss.

2. **Your Losses -- We** adjust all losses with **you.** Payment is made to **you** unless another loss payee is named in the policy. A covered loss is payable 30 days after a satisfactory proof of loss is received, and:

   a. the amount of the loss has been agreed to in writing;

   b. an appraisal award has been filed with **us**; or

   c. a final judgment has been entered.

3. **Property of Others** -- Losses to property of others may be adjusted with and paid to:

   a. **you** on behalf of the owner; or

   b. the owner.

   If **we** pay the owner, **we** do not have to pay **you. We** may also choose to defend any suits arising from the owners at **our** expense.

## OTHER CONDITIONS

In addition to the policy **terms** which are contained in other sections of the Commercial Property Coverage, the following conditions apply.

1. **Appraisal** -- If **you** and **we** do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers then determine and state separately the amount of each loss.

The appraisers also determine the actual cash value of covered property items at the time of the loss, if requested.

A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire is paid equally by **you** and **us.**

If there is an appraisal, **we** retain **our** right to deny the claim.

2. **Mortgage Provisions** -- If a mortgagee (mortgage holder) is named in this policy, loss to Building Property shall be paid to the mortgagee and **you** as their interest appears. If more than one mortgagee is named, they shall be paid in order of precedence.

The insurance for the mortgagee continues in effect even when **your** insurance may be void because of **your** acts, neglect, or failure to comply with the coverage **terms.** The insurance for the mortgagee does not continue in effect if the mortgagee is aware of changes in ownership or substantial increase in risk and does not notify **us.**

If **we** cancel this policy, **we** notify the mortgagee at least 10 days before the effective date of cancellation if **we** cancel for **your** nonpayment of premium, or 30 days before the effective date of cancellation if **we** cancel for any other reason.

**We** may request payment of the premium from the mortgagee, if **you** fail to pay the premium.

CP-12  Ed 1.0

-- 8 --

AAIS

Complaint Ex. 1

If **we** pay the mortgagee for a loss where **your** insurance may be void, the mortgagee's right to collect that portion of the mortgage debt from **you** then belongs to **us.** This does not affect the mortgagee's right to collect the remainder of the mortgage debt from **you.** As an alternative, **we** may pay the mortgagee the remaining principal and accrued interest in return for a full assignment of the mortgagee's interest and any instruments given as security for the mortgage debt.

If **we** choose not to renew this policy, **we** give written notice to the mortgagee at least 10 days before the expiration date of this policy.

3. **Recoveries** -- If **we** pay **you** for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

    a. **You** must notify **us** promptly if **you** recover property or receive payment.

    b. **We** must notify **you** promptly if **we** recover property, or receive payment.

    c. Any recovery expenses incurred by either are reimbursed first.

    d. **You** may keep the recovered property but **you** must refund to **us** the amount of the claim paid, or any lesser amount to which **we** agree.

    e. If the claim paid is less than the agreed loss due to a deductible or other limiting **term** of this

policy any recovery is pro rated between **you** and **us** based on **our** respective interest in the loss.

4. **Vacancy -- Unoccupancy -- We** do not pay for loss caused by attempted theft, breakage of building glass, sprinkler leakage (unless **you** have protected the system against freezing), theft, vandalism, or water damage occurring while the building or structure has been:

    a. vacant for more than 60 consecutive days; or

    b. unoccupied for more than

        1) 60 consecutive days; or
        2) the usual or incidental unoccupancy period for the described premises

        whichever is longer.

    The amount **we** pay for any loss that is not otherwise excluded is reduced by 15%.

    Unoccupied means that the customary activities or operations of the described occupancy are suspended, but business personal property has not been removed. The building or structure shall be considered vacant and not unoccupied when the occupants have moved, leaving the building or structure empty or containing only limited business personal property. Buildings or structures under construction are not considered vacant or unoccupied.

CP-12 Ed 1.0      -- 9 --      AAIS

Complaint Ex. 1

AAIS

CP-70
08/16

# INCOME COVERAGE PART

Coverage is provided for one or more of the Coverage Options when shown by a **limit** on the **declarations**. If a **limit** is shown for more than one of the Coverage Options, the provisions of the Commercial Property Coverage apply separately to each.

## ADDITIONAL DEFINITIONS

1. **Business** means normal business activities occurring at the described premises including the tenantability of the described premises when the selected coverage option includes **rents**.

2. **Restoration period** means the time it should reasonably take to resume **your business** starting from the date of loss to the described premises caused by a covered peril, and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

   This does not include any increase in time due to the enforcement of any ordinance, law, or decree that regulates or requires:

   a. the construction, use, repair, or demolition of any property; or

   b. the testing, evaluating, observing, or recording the existence, level, or effects of **pollutants**.

3. **Rents** means **your** actual loss of:

   a. rental income of the described premises as furnished or equipped less any expenses that do not continue;

   b. the rental value of any part of the described premises that **you** occupy less any expenses that do not continue; and

   c. other charges for which a tenant is legally obligated and for which **you** would otherwise be obligated.

## COVERAGE OPTIONS

1. Earnings, **rents**, and extra expense.

2. Earnings and extra expense.

3. **Rents** and extra expense.

Earnings includes **rents** when option 1. is selected. Earnings means only **rents** when option 3. is selected.

**We** provide the coverages shown below during the **restoration period** when **your business** is necessarily interrupted by direct physical loss to real or personal property as a result of a covered peril. This coverage applies only when the loss to real or personal property is at the described premises or in the open (or in vehicles) within 100 feet thereof.

### EARNINGS

**We** cover **your** actual loss of net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses normally incurred and earned by **your business**.

**We** cover only the expenses that are necessary during the **restoration period**. Consideration is given to continuation of payroll and other expenses to the extent necessary to resume **your business** with the same quality of service that existed before the loss.

### EXTRA EXPENSE

**We** cover the necessary extra expenses that **you** incur to resume or continue **your business** as nearly as practicable.

**We** cover only the extra expenses that are necessary during the **restoration period**.

**We** cover extra expenses to repair, replace, or restore any property, but only to the extent that they reduce the loss otherwise payable under this Coverage Part.

**We** cover extra expenses to research, replace, or restore information on damaged valuable papers and records, but only to the extent that they reduce the loss otherwise payable under this Coverage Part.

## EXCLUSIONS AND LIMITATIONS

1. **Electronic Information -- We** do not cover loss of earnings caused by damage to or loss of electronic information beyond:

   a. 60 consecutive days from the date of loss; or

   b. the time from the date of loss until the date **you** could reasonably rebuild, repair, or replace other damaged property at the described premises caused by the same occurrence

   whichever is greater.
   Electronic information is media, programs, or records

CP-70 08/16

AAIS

Contains copyrighted material from AAIS used with permission granted under licensing agreement.

Complaint Ex. 1

for electronic data processing or electronically controlled equipment including films, tapes, discs, drums, or cells.

2. **Finished Stock -- We** do not cover loss of earnings caused by loss to stock manufactured by **you** which is ready to pack, ship, or sell. This does not apply to stock manufactured for retail outlets that **you** own.

3. **Fire Extinguishment -- We** do not cover expenses to put out a fire.

4. **Leases, Licenses, Contracts, or Orders -- We** do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

   However, **we** do cover loss during the **restoration period** if the suspension, lapse, or cancellation results directly from the interruption of **your business**.

   **We** do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the **restoration period**.

5. **Strikes, Protests, and Other Interference -- We** do not cover any increase in loss due to interference by strikers or other persons at the described premises. This applies to interference with rebuilding, repairing, or replacing the property or with resuming **your business**.

6. **Unnecessary Expenses -- We** do not cover any expenses that are not necessary during the **restoration period**.

### ADDITIONAL COVERAGES

1. **Alterations and New Buildings -- We** extend **your** coverage for earnings and extra expense to include loss caused by damage to:

   a. additions or alterations;

   b. new buildings or structures, completed or under construction; and

   c. machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises used in the construction, alterations, or additions; or incidental to the occupancy of new buildings or structures

   at the described premises caused by a covered peril.

If such loss delays the start of **your business**, the **restoration period** starts from the time **your business** would have begun had no loss occurred. This does not increase the **limit**.

2. **Interruption by Civil Authority -- We** extend **your** coverage for earnings and extra expense to include loss while access to the described premises is specifically denied by an order of civil authority. This order must be a result of damage to property other than at the described premises and caused by a covered peril. This extension is limited to two consecutive weeks from the date of the order. This does not increase the **limit**.

3. **Newly Acquired Locations -- We** extend **your** coverage for earnings and extra expense to include loss caused by damage to property at locations, other than at fairs or exhibitions, that **you** acquire. The damage must be caused by a covered peril. The most **we** pay is 10 percent of the highest **limit** shown on the **declarations** for this Coverage Part, but not exceeding $100,000.

   This coverage applies for 30 days after **you** acquire the location or until **you** report the newly acquired location to **us**, whichever occurs first. This coverage does not go beyond the expiration of this policy.

   **You** must pay any additional premium due from the date **you** acquire the location.

   This is an additional amount of insurance and is not subject to and not considered in applying coinsurance.

4. **Period of Loss Extension -- We** extend **your** coverage for earnings to cover loss from the date the property that incurred the loss is rebuilt, repaired, or replaced until:

   a. the end of 30 consecutive days (unless otherwise shown on the **declarations**); or

   b. the date **you** could reasonably resume **your business** to the conditions that would have existed had no loss occurred,

   whichever is earlier.

   This does not increase the **limit**.

### PERILS COVERED

See the applicable Perils Part shown on the **declarations**.

Contains copyrighted material from AAIS used with permission granted under licensing agreement.

Complaint Ex. 1

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice --** In case of a loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property -- You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our limit**.

3. **Proof of Loss -- You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the time, place, and circumstances of the loss, and other information **we** request to investigate the loss.

4. **Examination Under Oath -- You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of the answers. If more than one person is examined, **we** have the right to examine and receive statements separately and not in the presence of others.

5. **Records -- You** must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss and expense and permit copies and extracts to be made of them as often as **we** reasonably request.

6. **Damaged Property -- You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Cooperation -- You** must cooperate in performing all acts required by the Commercial Property Coverage.

8. **Intent to Continue Business --** If **you** intend to continue **your** business, **you** must resume all or part of **your business** as soon as possible.

## VALUATION

In determining a loss, **we** consider the experience of **your business** before the loss and the probable experience had no loss occurred.

The salvage value of any property bought for temporary use shall be deducted from the amount of loss determined for extra expense.

**We** do not pay for any increase in loss due to **your** failure to use reasonable efforts to resume all or part of **your business**. This includes making use of other locations and property to reduce the loss.

If **your business** is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume **your business** as soon as possible.

## HOW MUCH WE PAY

**We** pay no more than **our limit** for any loss. Payment for earnings and extra expense combined does not exceed the **limit**.

1. **Period of Indemnity --** The following applies when a coinsurance percentage or a monthly limitation is not shown on the **declarations**.

   **We** do not cover more than the loss of earnings and necessary extra expenses sustained within 365 days right after the loss to property, or the **limit**, whichever is less.

2. **Coinsurance --** The following applies when a coinsurance percentage is shown on the **declarations**. Coinsurance does not apply to coverage for extra expense.

   **We** only pay a part of the loss if the **limit** is less than the coinsurance percentage multiplied by the sum of **your** net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses projected for the 12 months following the inception, or last previous anniversary date of this policy (whichever is later), normally earned by **your business**. **Our** part of the loss is determined using the following steps:

   a. Multiply the coinsurance percentage by the sum of **your** net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses projected for the 12 months following the inception, or last previous anniversary date of this policy;

   b. Divide the **limit** by the figure determined in 2.a. above;

   c. Multiply the total amount of loss by the figure determined in 2.b. above.

   **We** pay the amount determined in 2.c. above; or the **limit**, whichever is less. **We** do not pay any remaining part of the loss.

CP-70 08/16

AAIS

Contains copyrighted material from AAIS used with permission granted under licensing agreement.

Complaint Ex. 1

If there is more than one **limit** shown on the **declarations** for this Coverage Part, this procedure applies separately to each **limit**.

**Example -- Underinsurance**

| | |
|---|---|
| Net Income | $100,000 |
| Coinsurance | 50% |
| **Limit** | $ 30,000 |
| Loss | $ 20,000 |

Step a.:  $100,000 x 50% = $50,000 (minimum **limit** needed to meet coinsurance requirement)

Step b.:  $30,000 ) $50,000 = .60

Step c.:  $20,000 x .60 = $12,000

**We** pay no more than $12,000. **We** do not pay the remaining $8,000.

**Example -- Sufficient Insurance**

| | |
|---|---|
| Net Income | $100,000 |
| Coinsurance | 50% |
| **Limit** | $ 50,000 |
| Loss | $ 20,000 |

Step a.:  $100,000 x 50% = $50,000 (minimum **limit** needed to meet coinsurance requirement)

Step b.:  $50,000 ) $50,000 = 1.00

Step c.:  $20,000 x 1.00 = $20,000

**We** pay no more than $20,000. No penalty applies.

3. **Monthly Limitation --** The following applies when a monthly limitation is shown on the **declarations**.

**We** do not cover more than the monthly limitation shown on the **declarations** multiplied by the **limit** during any 30 consecutive days.

**Example**

| | |
|---|---|
| **Limit** | $100,000 |
| Monthly limitation | 1/4 |

**We** pay no more than $25,000 ($100,000 H 1/4) during any 30 consecutive days.

If the actual amount of loss is:

| | |
|---|---|
| Days  1  - 30 | $30,000 |
| Days 31  - 60 | $25,000 |
| Days 61  - 90 | $10,000 |
| Total | $65,000 |

**We** pay:

| | |
|---|---|
| Days  1  - 30 | $25,000 |
| Days 31  - 60 | $25,000 |
| Days 61  - 90 | $10,000 |
| Total | $60,000 |

**We** do not pay the remaining $5,000.

4. **Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained.

5. **Insurance Under More Than One Policy -- You** may have another policy subject to the same plan, **terms**, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. But **we** do not pay more than the applicable **limit**.

## LOSS PAYMENT

A covered loss is payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with **you** or the filing of an appraisal award with **us**.

## OTHER CONDITIONS

In addition to the policy **terms** which are contained in other sections of the Commercial Property Coverage, the following condition applies:

**Appraisal --** If **you** and **we** do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, interest, and operating expenses or the amount of loss, either party may demand that these amounts be determined by appraisal.

Contains copyrighted material from AAIS used with permission granted under licensing agreement.

Complaint Ex. 1

If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers then determine and state separately the amount of each loss.

A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire is paid equally by **you** and **us.**

If there is an appraisal, **we** retain **our** right to deny the claim.

Contains copyrighted material from AAIS used with permission granted under licensing agreement.

Complaint Ex. 1

AAIS

CP-85
Ed 1.0

# SPECIAL PERILS PART

## ADDITIONAL DEFINITIONS

1. **Sinkhole Collapse** -- This means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

2. **Specified Perils** -- This means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; **sinkhole collapse**; smoke; sonic boom; vandalism; vehicles; **volcanic action**; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

3. **Volcanic Action** -- This means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PERILS COVERED

When "Special Perils" is shown on the **declarations**, **we** cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. **We** do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Ordinance or Law** -- **We** do not cover loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

   b. **Earth Movement or Volcanic Eruption** -- **We** do not cover loss caused by any earth movement (other than **sinkhole collapse**) or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

   **We** cover direct physical loss by fire, explosion, or **volcanic action** resulting from either earth movement or eruption, explosion, or effusion of a volcano.

   All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

   c. **Civil Authority** -- **We** do not cover loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   **We** cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this policy.

   d. **Nuclear Hazard** -- **We** do not cover loss caused by a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by, contributed to or aggravated by a covered peril; and whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct physical loss by fire resulting from the nuclear hazard is covered.

   e. **Utility Failure** -- **We** do not cover loss caused by interruption of power or other utility services resulting from any cause if the interruption takes place away from the described premises. Interruption includes reduced or increased voltage, low or high pressure, or other interruptions of normal services.

Copyright MCMXCIV, American Association of Insurance Services

AAIS

**We** cover the direct physical loss by a covered peril which occurs on the described premises as a result of any power interruption.

f. **War -- We** do not cover loss caused by war. This means:

1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;
2) a warlike act by a military force or by military personnel;
3) the destruction, seizure, or use of the property for a military purpose; or
4) the discharge of a nuclear weapon, even if it is accidental.

g. **Water -- We** do not cover loss caused by water. This means:

1) flood, surface water, waves, tidal water, or the overflow of a body of water. This includes spray that results from these whether driven by wind or not;
2) water that backs up through a sewer or drain; and
3) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

If fire, explosion, or sprinkler leakage results, **we** do cover the resulting loss.

2. **We** do not pay for loss if one or more of the following exclusions apply to the loss:

a. **Animals -- We** do not cover loss caused by animals, including birds, insects, or vermin. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

b. **Collapse -- We** do not cover loss caused by collapse, except as provided in the Additional Coverage for Collapse. If loss caused by a covered peril results at the described premises, **we** pay for that resulting loss.

c. **Contamination or Deterioration -- We** do not cover loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust or any quality, fault, or weakness in property that causes it to damage or destroy itself. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

d. **Criminal, Fraudulent, or Dishonest Acts -- We** do not cover loss caused by criminal, fraudulent, dishonest, or illegal acts, alone or in collusion with another, by:

1) **you;**
2) others who have an interest in the property;
3) others to whom **you** entrust the property;
4) **your** partners, officers, directors, trustees, joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

e. **Defects, Errors, and Omissions -- We** do not cover loss which results from one or more of the following;

1) an act, error, or omission (negligent or not) relating to:

a) land use;
b) the design, specification, construction, workmanship, installation, or maintenance of property;
c) planning, zoning, development, siting, surveying, grading, or compaction; or
d) maintenance of property (including land, structures, or improvements);

whether on or off the described premises;

2) a defect, a weakness, the inadequacy, a fault, or unsoundness in materials used in construction or repair, whether on or off the described premises;
3) the cost to make good an error in design; or
4) a data processing error or omission in programming or giving improper instructions.

In addition, **we** do not cover loss to Business Personal Property caused by deficiency or defects in design, specifications, materials, or workmanship, or caused by latent or inherent defects.

**We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

f. **Electrical Currents -- We** do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, **we** cover only the loss caused by fire.

CP-85 Ed 1.0

-- 2 --

*AAIS*

g. **Explosion --** **We** do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that **you** own or lease or that are operated under **your** control. If a fire or combustion explosion results, **we** cover the resulting loss. **We** also cover loss caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

h. **Freezing --** **We** do not cover loss caused by water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air-conditioning systems or appliances (other than fire protective systems) as a result of freezing. This does not apply if **you** use reasonable care to maintain heat in the building or structure; or **you** drain the equipment and turn off the supply if the heat is not maintained.

i. **Increased Hazard --** **We** do not cover loss occurring while the hazard has been materially increased by any means within **your** knowledge or **your** control.

j. **Loss of Use --** **We** do not cover loss caused by loss of use, business interruption, delay, or loss of market.

k. **Mechanical Breakdown --** **We** do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. **We** cover any resulting loss caused by a **specified peril**, breakage of building glass, or elevator collision.

l. **Neglect --** **We** do not cover loss caused by **your** neglect to use all reasonable means to save covered property at and after the time of loss.

**We** do not cover loss caused by **your** neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

m. **Pollutants --** **We** do not cover loss caused by release, discharge, seepage, migration, dispersal, or escape of **pollutants** unless the release, discharge, seepage, migration, dispersal, or escape is caused by a **specified peril**. **We** cover any resulting loss caused by a **specified peril.**

n. **Seepage --** **We** do not cover loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

o. **Settling, Cracking, Shrinking, Bulging, or Expanding --** **We** do not cover loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

p. **Smog, Smoke, Vapor, or Gas --** **We** do not cover loss caused by smog, smoke, vapor, or gas from agricultural smudging or industrial operations.

q. **Temperature/Humidity --** **We** do not cover loss to personal property caused by dampness, dryness, or changes in or extremes of temperature. **We** cover any resulting loss caused by **specified perils** or breakage of building glass.

r. **Voluntary Parting --** **We** do not cover loss caused by voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

s. **Wear and Tear --** **We** do not cover loss caused by wear and tear, marring, or scratching. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

t. **Weather --** **We** do not pay for loss caused by weather conditions if the weather conditions contribute in any way with a cause or event excluded in paragraph 1. above.

**We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

## ADDITIONAL PROPERTY EXCLUDED AND LIMITATIONS

1. **Animals --** **We** do not cover loss to animals, including birds and fish, except death or destruction of animals caused by **specified perils** or breakage of building glass.

2. **Boilers --** **We** do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. **We** do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

We do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, exploding, or rupturing.

Complaint Ex. 1

3. **Building Materials -- We** do not cover loss to building materials and supplies that are not attached to buildings or structures, unless held for sale by **you,** caused by theft.

**We** cover loss caused by looting and pillaging at the time and place of a riot or civil commotion.

4. **Furs -- We** do not cover furs or fur garments for loss by theft for more than $2,500 total in any one occurrence.

5. **Glass Breakage -- We** do not cover building glass breakage loss for more than $100 for any plate, pane, multiple plate insulating unit, heating pane, jalousie, louver, or shutter, or more than $500 in any one occurrence. These **limits** do not apply to loss by **specified perils** other than vandalism.

6. **Glassware/Fragile Articles -- We** do not cover breakage of fragile articles such as glassware, statuary, porcelains, and bric-a-brac, except as a result of **specified perils** or breakage of building glass. This does not apply to glass that is a part of a building or structure; bottles or other containers held for sale; or lenses of photographic and scientific instruments.

7. **Gutters and Downspouts -- We** do not cover loss to gutters and downspouts caused by the weight of ice, sleet, or snow.

8. **Interior of Buildings -- We** do not cover loss to the interior of buildings or structures or to personal property in the buildings or structures caused by rain, snow, sleet, ice, sand, or dust, unless:

   a. entering through openings made by a **specified peril;** or

   b. the loss is caused by the thawing of snow, sleet, or ice on the building or structure.

9. **Jewelry, Watches, Jewels, Pearls, Precious Stones, and Metals -- We** do not cover more than $2,500 total in any one occurrence for loss by theft of jewelry; watches; watch movements; jewels; pearls; precious or semi-precious stones; gold, silver, or other precious metals; or items consisting primarily of precious metals. This limitation does not apply to items of jewelry or watches worth $100 or less.

10. **Machinery, Tools, and Equipment -- We** do not cover builders' machinery, tools, and equipment owned by **you** or in **your** care, while away from the described premises except as a result of **specified perils** or breakage of building glass.

11. **Missing Property -- We** do not cover missing property where the only proof of loss is unexplained or mysterious disappearance, or shortage discovered on taking inventory, or other instance where there is no physical evidence to show what happened to the property.

12. **Patterns, Dies, Molds, Models, and Forms -- We** do not cover more than $2,500 total in one occurrence for loss by theft to patterns, dies, molds, models, or forms.

13. **Personal Property in the Open -- We** do not cover loss to personal property in the open caused by rain, snow, ice, or sleet.

14. **Stamps, Tickets, Letters of Credit -- We** do not cover more than $250 total in any one occurrence for loss by theft to stamps, tickets (including lottery tickets held for sale), or letters of credit.

15. **Transferred Property -- We** do not cover loss to property that has been transferred to a person or to a place away from the described premises on the basis of unauthorized instructions.

16. **Valuable Papers and Records -- We** do not cover loss to valuable papers or records except by **specified perils** or breakage of building glass. This applies to account books, bills, card index systems, electronic data processing media and the information on such media, deeds, drawings, evidence of debt, manuscripts, and other records.

## ADDITIONAL COVERAGES

1. **Collapse -- We** pay for loss caused by direct physical loss involving collapse of a building or structure or any part of a building or structure caused only by one or more of the following:

   a. **specified perils;** all only as covered in the Commercial Property Coverage;

   b. hidden decay;

   c. hidden insect or vermin damage;

   d. weight of people or business personal property;

   e. weight of rain that collects on a roof; or

   f. the use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

CP-85 Ed 1.0

-- 4 --

AAIS

Complaint Ex. 1

If otherwise covered under the Commercial Property Coverage, under items a. through f. above, we do not pay for loss to the following types of property unless the loss is a direct result of the collapse of a building or structure:

outdoor radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring; outdoor awnings or canopies or their supports; fences; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves, and docks; beach or diving platforms or appurtenances; retaining walls; foundations; walks, roadways, and other paved surfaces.

Collapse does not include settling, cracking, shrinking, bulging, or expanding.

This does not increase the limit.

2. **Tearing Out and Replacing** -- When loss caused by:

a. water;

b. other liquids;

c. powder; or

d. molten material

is covered, **we** also pay the cost of tearing out and replacing any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

**We** do not pay for damage to the system or appliance from which the water or other substance escapes. However, **we** pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage results in discharge of any substance from an automatic fire protection system; or is directly caused by freezing.

Complaint Ex. 1

AAIS

CP-100
Ed 1.0

# COMMERCIAL PROPERTY COVERAGE CONDITIONS

## AGREEMENT

In return for **your** payment of the required premium, **we** provide the coverage described herein subject to all the **terms** of the Commercial Property Coverage. This coverage is also subject to the **declarations** and additional conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements may also apply. They are identified on the **declarations**. Certain words have special meaning. These words are shown in **"bold type"**.

## DEFINITIONS

1. The words **you** and **your** mean the persons or organizations named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing Commercial Property Coverage.

3. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

4. **Limit** means the amount of coverage that applies.

5. **Pollutant** means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

6. **Terms** means all provisions, limitations, exclusions, conditions, and definitions that apply.

## CONDITIONS

1. **Benefit to Others** -- Insurance under the Commercial Property Coverage shall not directly or indirectly benefit anyone having custody of **your** property.

2. **Conformity With Statute** -- **Terms** of the Commercial Property Coverage, in conflict with the statutes of the state where the described premises are located, are amended to conform to such statutes.

3. **Control of Property** -- The Commercial Property Coverage is not affected by any act or neglect beyond **your** control.

4. **Death of an Individual Named Insured** -- If **you** die, **your** rights and duties under the Commercial Property Coverage pass to **your** legal representative or other person having proper temporary custody of **your** property.

5. **Liberalization** -- If **we** adopt a revision of forms during a policy period which broadens the Commercial Property Coverage without additional premium, the broadened coverage will automatically apply to this policy. This also applies if **we** adopt the revision within 60 days before or during the policy period.

6. **Misrepresentation, Concealment, or Fraud** -- The Commercial Property Coverage is void as to **you** and any other insured if, before or after a loss:

   a. **you** have or any other insured has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) **your** interest herein;

   b. there has been fraud or false swearing by **you** or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period** -- **We** cover loss during the policy period shown on the **declarations**.

8. **Restoration of Limits** -- Any loss **we** pay under the Commercial Property Coverage does not reduce the **limits** applying to a later loss.

9. **Subrogation** -- If **we** pay for a loss under the Commercial Property Coverage **we** may require that **you** assign to **us** any right of recovery against others up to the amount **we** paid.

-- 1 --
Copyright MCMXCIV, American Association of Insurance Services

AAIS

**You** may waive **your** right to recover, in writing, before the loss takes place without voiding coverage.

**We** are not liable for a loss if, after the loss, **you** impair **our** right to recover. But, **you** may waive **your** right to recover in writing after a loss only as to the following parties:

a. someone insured under the Commercial Property Coverage;

b. **your** tenant;

c. a business firm owned or controlled by **you;** or

d. a business firm which owns or controls **your** business.

10. **Suit Against Us --** No suit to recover any loss may be brought against **us** unless:

   a. the **terms** of the Commercial Property Coverage have been fully complied with; and

   b. the suit is commenced within two years after the loss.

   If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by the law.

11. **Territorial Limits -- We** only cover loss within the United States of America, its territories and possessions, Canada, and Puerto Rico.

CP-100 Ed 1.0                    -- 2 --

AAIS

Complaint Ex. 1

**AAIS**

| This endorsement changes the Commercial Property Coverages provided by this policy -- **PLEASE READ THIS CAREFULLY** -- |

**CP-111**
**Ed 1.0**

# AUTOMATIC INCREASE

The **limits** shown on the **declarations** for the covered property listed on the schedule below are increased by the annual percentage also listed on the schedule below. This increase applies proportionally from the date this endorsement is made a part of the policy.

**SCHEDULE**

(The information required below may be shown on a separate schedule or supplemental **declarations**.)

| Prem. No. | Bldg. No. | Covered Property | Automatic Increase (%) |
|-----------|-----------|------------------|------------------------|
| 1 | 1 | Restaurant / Bar, 1813 East 12th Street, Mishawaka, Indiana, 46544 | 4% |

CP-111 Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS

Complaint Ex. 1

AAIS

This endorsement changes the Commercial
Property Coverages provided by this policy

-- PLEASE READ THIS CAREFULLY --

CP-614
Ed 1.0

# PROTECTIVE DEVICES

## SCHEDULE

(The information required below may be shown on a separate schedule or supplemental **declarations**.)

| Prem. No. | Bldg. No. | Protective Device or Service |
|---|---|---|
| 1 | 1 | Automatic Fire Extinguishing System - Yes |
| 1 | 1 | Burglar Alarm - Central Station - all without keys |

## OTHER CONDITIONS

**Protective Devices -- You** are required to maintain the protective devices and services shown on the schedule above.

## PERILS EXCLUDED

1. The following is added to the Fire, Basic, Broad, and Special Perils Part of this policy and applies only to devices or services providing fire protection:

   **We** do not pay for loss caused by fire if, prior to the fire, **you:**

   a. had knowledge of any suspension or impairment in any protective device or service shown on the schedule above and did not notify **us**; or

   b. failed to maintain in complete working order, any protective device or service shown on the schedule above which you control.

If part of an automatic sprinkler system is shut off and **you** restore full protection within 48 hours, notification to **us** is not necessary.

2. The following is added to the Special Perils Part of this policy and applies only to devices or services providing theft protection:

   **We** do not pay for loss caused by theft if, prior to the theft, **you:**

   a. had knowledge of any suspension or impairment in any protective device or service shown on the schedule above and did not notify **us**; or

   b. failed to maintain in complete working order, any protective device or service shown on the schedule above which **you** control.

CP-614 Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS

Complaint Ex. 1

AAIS
CP 0640 07 03
Page 1 of 4

This endorsement changes the
Commercial Property Coverages provided by this policy
-- PLEASE READ THIS CAREFULLY --

# LIMITED FUNGUS AND RELATED PERILS COVERAGE

(The entries required to complete this endorsement
will be shown below or on the "declarations".)

## SCHEDULE

| Prem. No. | Bldg. No. | Limited Fungus and Related Perils Coverage Aggregate Limit | Earnings, Extra Expense, or Income Coverage Part Maximum Number of Days |
|---|---|---|---|
| 1 | 1 | $15,000 | 30 days |

This policy is amended to include the following "terms". All other "terms" of the policy apply, except as amended by this endorsement.

## DEFINITIONS

The following definition is added:

"Fungus or related perils" means:

a. a fungus, including but not limited to mildew and mold;

b. a protist, including but not limited to algae and slime mold;

c. wet rot;

d. dry rot;

e. a bacterium; or

f. a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds. .

## PERILS EXCLUDED

1. The following exclusion is added to the Fire Perils Part, Basic Perils Part, Broad Perils Part, and Special Perils Part under Perils Excluded, item 1:

   **Fungus or Related Perils --**

   a. "We" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus or related perils", except as set forth under the Limited Fungus and Related Perils Coverage "terms" of this endorsement.

   However:

   1) when the Fire Perils Part, Basic Perils Part, or Broad Perils Part applies, "we" do pay for loss that is caused by a covered peril that results from "fungus or related perils";

   2) when the Special Perils Part applies, "we" do pay for loss that is caused by a "specified peril" that results from "fungus or related perils"; and

Copyright, American Association of Insurance Services, Inc., 2003

Complaint Ex. 1

3) when Equipment Breakdown coverage applies, "we" do pay for loss that is caused by an "accident" to "covered equipment" that results from "fungus or related perils", unless the loss is limited or caused by another peril that is excluded under the Equipment Breakdown coverage "terms".

b. This exclusion does not apply to:

1) loss that results from fire or lightning; or

2) collapse caused by hidden decay, to the extent that such loss is covered when the Broad Perils Part or Special Perils Part applies.

2. Under Perils Excluded in the Basic Perils Part, Broad Perils Part, and Special Perils Part, Contamination or Deterioration is deleted and replaced by the following:

**Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration, including corrosion, rust, or any quality, fault, or weakness in property that causes it to damage or destroy itself.

However, "we" do pay for resulting:

a. direct physical loss caused by a covered peril when the Basic Perils Part or Broad Perils Part applies; or

b. breakage of building glass or direct physical loss caused by a "specified peril" when the Special Perils Part applies.

3. When Equipment Breakdown coverage applies, the Contamination or Deterioration exclusion under the Equipment Breakdown "terms" is deleted and replaced by the following:

**Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration, including corrosion, rust, or any quality, fault, or weakness in property that causes it to damage or destroy itself.

However, "we" do pay for any resulting loss caused by an "accident".

## SUPPLEMENTAL COVERAGES

The following provision is added under Increased Costs -- Ordinance or Law when that Supplemental Coverage applies:

"We" do not pay for:

a. loss or increased cost caused by the enforcement of any ordinance, law, or decree that regulates or requires the repair, replacement, remodeling, rehabilitation, or razing of property due to the existence of or any activity of "fungus or related perils"; or

b. costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "fungus or related perils".

## ADDITIONAL COVERAGES

The following provision applies to the Additional Coverage provided for Increased Building Loss -- Value of Undamaged Portions; Increased Debris Removal -- Demolition of Undamaged Portions; or Increased Cost of Construction when added to this policy.

"We" do not pay for:

a. loss or increased cost caused by the enforcement of any ordinance, law, or decree that regulates or requires the repair, replacement, remodeling, rehabilitation, or razing of property due to the existence of or any activity of "fungus or related perils"; or

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
CP 0640 07 03
Page 3 of 4

b.  costs associated with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "fungus or related perils".

## LIMITED FUNGUS AND RELATED PERILS COVERAGE

1.  Subject to the Limited Fungus and Related Perils Coverage Aggregate Limit, "we" pay for direct physical loss to covered property, caused by or consisting of "fungus or related perils":

    a.  when the Fire Perils Part, Basic Perils Part, or Broad Perils Part applies and the "fungus or related perils" is the direct result of a covered peril that occurs during the policy period;

    b.  when the Special Perils Part applies and the "fungus or related perils" is the direct result of a "specified peril" that occurs during the policy period; or

    c.  when Equipment Breakdown coverage applies and the "fungus or related perils" is the direct result of an "accident" to "covered equipment" that occurs during the policy period, unless the loss is limited or caused by a peril that is excluded under the Equipment Breakdown coverage "terms".

    This coverage applies only if all reasonable steps were taken to protect the property at and after the time of the occurrence.

2.  The Limited Fungus and Related Perils Coverage Aggregate Limit is $15,000 unless a different Limited Fungus and Related Perils Coverage Aggregate Limit is shown on the Schedule

The Limited Fungus and Related Perils Coverage Aggregate Limit also applies to any cost or expense to:

a.  clean up, contain, treat, detoxify, or neutralize "fungus or related perils" on covered property or remove "fungus or related perils" from covered property;

b.  remove and replace those parts of covered property if doing so is necessary to gain access to "fungus or related perils"; and

c.  test for the existence or level of "fungus or related perils" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus or related perils" are present.

The Limited Fungus and Related Perils Coverage Aggregate Limit is the most that "we" pay for each consecutive annual period and for any remaining period of less than 12 months, beginning with the inception date of this policy as shown on the "declarations". If however, the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding annual period for the purpose of determining the "limit".

The Limited Fungus and Related Perils Coverage Aggregate Limit applies regardless of the number of claims made. Unless separate Limited Fungus and Related Perils Coverage Aggregate Limits are shown for each premises or building described on the Schedule, the Limited Fungus and Related Perils Coverage Aggregate Limit applies regardless of the number of premises or buildings insured under this policy.

The Limited Fungus and Related Perils Coverage Aggregate Limit is the most that "we" pay even if "fungus or related perils" that are the direct result of a specific occurrence recur or continue to exist during this or any future policy period.

Copyright, American Association of Insurance Services, Inc., 2003

**AAIS**
**CP 0640 07 03**
**Page 4 of 4**

This coverage does not increase the "limits" shown for any property, expense, or assessment covered.

3. The limitations set forth by this coverage do not apply to:

   a. "fungus or related perils" that result from fire or lightning;

   b. the Additional Coverage provided for Emergency Removal,

   c. collapse caused by hidden decay, to the extent that such loss is covered when the Broad Perils Part or Special Perils Part applies; or

   d. coverage that may be provided by endorsement to this policy for spoilage of "perishable stock".

4. The "terms" of this coverage do not apply to loss or damage to covered property that is not caused, in total or in part, by "fungus or related perils" except to the extent that "fungus or related perils" increase the amount of loss. When "fungus or related perils" increase the amount of loss, that increased amount is subject to the "terms" of this coverage.

5. Restoration of Limits under the Commercial Property Coverage Conditions is deleted and replaced by the following with respect to Limited Fungus and Related Perils Coverage:

   **Restoration of Limits --** Except for payments made under Limited Fungus and Related Perils Coverage, any loss "we" pay under the Commercial Property Coverage does not reduce the "limits" applying to a later loss.

6. Coverage provided under any Earnings Coverage Part, Extra Expense Coverage Part, or Income Coverage Part attached to this policy is amended by the following provision.

   "We" extend "your" coverage for loss of earnings and or extra expense to cover loss caused by the existence of or any activity of "fungus or related perils" when the existence of or any activity of the "fungus or related perils" is the direct result of a covered peril, other than fire or lightning.

   Unless otherwise indicated on the Schedule, this extension of coverage is provided for a cumulative period of time not exceeding 30 days. If a different number of days is shown on the Schedule, this coverage is provided for a cumulative period of time not exceeding the number of days shown.

   This coverage does not increase the applicable "limit".

**CP 0640 07 03**

Copyright, American Association of Insurance Services, Inc., 2003

AAIS
CP 0171 10 08
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# EXCLUSION -- WATER DAMAGE

The policy is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## PERILS EXCLUDED

1. The Fire Perils Part, Basic Perils Part, Broad Perils Part, and Special Perils Part, when shown on the "declarations", are amended as follows:

    Exclusion 1.g. is deleted and replaced by the following:

    g. **Water --**

        1) "We" do not cover loss caused by:

            a) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

            b) water that backs up through, overflows from, or is otherwise discharged from:

                (1) a sewer or drain;
                (2) a sump, sump pump, or related equipment; or
                (3) any other type of system designed to remove subsurface water which is drained from the foundation area;

            c) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

                (1) basements, whether paved or not;

                (2) doors, windows, or other openings;
                (3) foundations, floors, walls, or paved surfaces; or
                (4) swimming pools, septic tanks, or other structures; or

            d) material present in or carried or otherwise moved by water described in items a) through c) above.

            However, if fire, explosion, or sprinkler leakage (if a covered peril) results, "we" do cover the resulting loss.

        2) This exclusion:

            a) applies regardless of the cause of the water or the material carried or moved by water described under items 1)a) through 1)d) above, whether or not such cause is an act of nature; and

            b) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

                (1) overtops;
                (2) escapes from;
                (3) is released from; or
                (4) is otherwise discharged from;

                a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

2. When the Earthquake Perils Part is shown on the "declarations", exclusion 1.f. is deleted and replaced by the following:

    f. **Water --**

        1) "We" do not cover loss caused by:

Copyright, American Association of Insurance Services, Inc., 2008

a) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

b) water that backs up through, overflows from, or is otherwise discharged from:

   (1) a sewer or drain;
   (2) a sump, sump pump, or related equipment; or
   (3) any other type of system designed to remove subsurface water which is drained from the foundation area;

c) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

   (1) basements, whether paved or not;
   (2) doors, windows, or other openings;

   (3) foundations, floors, walls, or paved surfaces; or
   (4) swimming pools, septic tanks, or other structures; or

d) material present in or carried or otherwise moved by water described in items a) through c) above.

2) This exclusion:

a) applies regardless of the cause of the water or the material carried or moved by water described under items 1)a) through 1)d) above, whether or not such cause is an act of nature; and

b) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

   (1) overtops;
   (2) escapes from;
   (3) is released from; or
   (4) is otherwise discharged from;

a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

CP 0171 10 08

Copyright, American Association of Insurance Services, Inc., 2008

CP 0187 06 21
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

**This endorsement modifies the:**
**Special Perils Part-CP 85 1.0**
**Broad Perils Part-CP 83 1.0**
**Basic Perils Part-CP 82 1.0**
**Building and Personal Property Coverage Part-CP 12 1.0**
**Commercial Property Coverage Conditions-CP 100 1.0**

## CYBER LOSS LIMITED EXCLUSION

The exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, additional coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached.

### EXCLUDED PERILS

The following is added under Excluded Perils, item 1 of the **Special Perils Part**, **Broad Perils Part**, and **Basic Perils Part**:

**Cyber Loss --**

"We" do not cover any loss, damage, liability, cost, or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of, or in connection with:

   1) Any loss of, alteration of, or damage to or a reduction in the functionality, availability or operation of a "Computer System" or;

   2) Any loss of use, reduction in functionality, repair, replacement, restoration, or reproduction of any "Electronic Data", including any amount pertaining to the value of such "Electronic Data".

### DEFINITIONS

The following Additional Definitions are added to **Commercial Property Coverage Conditions:**

"Computer System" means any "computer", hardware, software, communications system, electronic device (including, but not limited to, smart phone, laptop, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility.

"Computer" means an electronic device used for:

   a. storing;

   b. manipulating;

CP 0187 06 21                                                          Page 2 of 2

AAIS
CP 0643 01 08
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

## EXCLUSION -- WAR AND MILITARY ACTION

The policy is amended as follows:

---

### PERILS EXCLUDED

---

The War exclusion, wherever it appears, is deleted and replaced by the following:

**War And Military Action --**

"We" do not cover loss or damage caused directly or indirectly by the following:

1) war, including undeclared or civil war; or
2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the "terms" of this exclusion and involves nuclear reaction or radiation or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

---

CP 0643 01 08

Copyright, American Association of Insurance Services, Inc., 2008

Complaint Ex. 1

c. reproducing;

d. retrieving;

e. receiving;

f. transmitting; or

g. processing;

any digital information or data.

"Electronic data" means any information, facts, files, or programs that are primarily stored or used on; or transmitted to or from; a "computer"

Complaint Ex. 1

-- PLEASE READ THIS CAREFULLY --

# EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT

As respects this **Equipment Breakdown Enhancement Endorsement**, this endorsement changes coverage provided by the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE PART CP 12**
**COMMERCIAL PROPERTY COVERAGE CONDITIONS CP-100**
**FIRE PERILS PART CP 80**
**BASIC PERILS PART CP 82**
**BROAD PERILS PART CP 83**
**SPECIAL PERILS PART CP 85**
**INCOME COVERAGE PART CP-70**

Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

## ADDITIONAL COVERAGES

The following **Additional Coverages** are added as a part of and not in addition to the limit per loss:

### 5. Pollutant Clean Up and Removal

We will pay for the Pollutant Clean Up and Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean Up and Removal is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

### 6. Expediting Expenses

We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

(1)    Make temporary repairs;
(2)    Expedite permanent repairs; and
(3)    Expedite permanent replacement

Reasonable extra cost shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation."

### 7. Refrigerant Contamination

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".

The most we will pay for Refrigerant Contamination is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

### 8. Spoilage

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to property covered by this policy, that are:

(1)    Located on or within 1,000 feet of your described premises; and
(2)    Owned by you, the building owner at your described premises, or owned by a public utility.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss: Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or

SPR EB 06 12

Complaint Ex. 1

sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

"Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

The most we will pay for Spoilage is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

### 9. CFC Refrigerants

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss as described under the Spoilage or Loss of Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

(1) The cost to repair the damaged property and replace any lost CFC refrigerant;

(2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

(3) The cost to replace the system with one using a non-CFC refrigerant.

### 10. Computer Equipment

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

### 11. Service Interruption

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

### 12. Valuable Papers and Records

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

## OTHER CONDITIONS

The following **Other Conditions** are added:

### 5. Suspension

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

(a) Your last known address; or

(b) The address where the property is located.

SPR EB 06 12

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**6. Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**7. Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This Condition does not apply to any property to which Actual Cash Value applies.

**8. Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

a. The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity. –

b. The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of

physically damaged Covered Property as "Green".

c. The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

d. The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

e. The business interruption (if covered within the Policy to which this **Equipment Breakdown Enhancement Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

We will not pay more than 125%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

a. Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

b. Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

c. Any loss covered under any other section of this policy.

d. Any cost incurred due to any law or ordinance with which the Insured was legally obligated to

SPR EB 06 12

Complaint Ex. 1

comply prior to the time of the "Equipment Breakdown".

## COMMERCIAL PROPERTY COVERAGE CONDITIONS

## DEFINITIONS

**7.** "Equipment Breakdown" as used herein means:

**a.** Physical loss or damage both originating within:

(1) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
  **a.** waste disposal piping;
  **b.** any piping forming part of a fire protective system;
  **c.** furnaces; and
  **d.** any water piping other than:
    (1) boiler feed water piping between the feed pump and the boiler;
    (2) boiler condensate return piping; or
    (3) water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

(2) All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

(1) Mechanical breakdown;

(2) Electrical or electronic breakdown; or
(3) Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" will not mean:

**a.** Physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

(1) Wear and Tear;
(2) Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;
(3) Smog;
(4) Settling, cracking, shrinking or expansion;
(5) Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;
(6) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;
(7) Scratching and marring;

**b.** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:
Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freeze, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire

SPR EB 06 12

Complaint Ex. 1

extinguishing equipment, water, water damage, earth movement or flood.

8. "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

9. "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

10. "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

## FIRE PERILS PART CP 80

## PERILS COVERED

The following **Perils Covered** are added:

3. "Equipment Breakdown"

---

## PERILS EXCLUDED

---

The following **Perils Excluded** are deleted:

2a. Boiler Explosion – We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss.

2b. Electrical Currents – We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

2d. Mechanical Breakdown – We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

**BASIC PERILS PART CP 82**
**BROAD PERILS PART CP 83**

## PERILS COVERED

The following **Perils Covered** are added:

12. "Equipment Breakdown"

---

## PERILS EXCLUDED

---

The following **Perils Excluded** are deleted:

Complaint Ex. 1

**2a.** Boiler Explosion - We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss.

**2c.** Electrical Currents - We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

**2e.** Mechanical Breakdown - We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

**SPECIAL PERILS PART CP 85**

## ADDITIONAL DEFINITIONS

The following **Additional Definitions** are added:

**4.** "Specified Perils" include "Equipment Breakdown"

## PERILS EXCLUDED

The following **Perils Excluded** are deleted:

**2f.** Electrical Currents - We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

**2g.** Explosion -- We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss. We also cover loss caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

**2k.** Mechanical Breakdown -- We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

## ADDITIONAL PROPERTY EXCLUDED AND LIMITATIONS

The following **Additional Property Excluded and Limitations** are deleted:

**2.** Boilers -- We do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. We do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

We do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, exploding, or rupturing.

**All other terms and conditions of this policy remain unchanged.**

SPR EB 06 12

Complaint Ex. 1



**SPRISKA**
SPECIALTY RISK OF AMERICA

## POLICYHOLDER NOTICE OF CONSUMER COMPLAINTS

In compliance with Bulletin 63 of the Indiana Insurance Code, you are hereby notified that questions regarding your policy should be directed to:

Specialty Risk of America
401 Fayette Ave
Springfield, IL 62704
217-753-2500

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or email:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, IN 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi

SPR 101 12 12                                                                    Page 1 of 1

Complaint Ex. 1

**SPR 0215 09 21**
**Page 1 of 1**

This endorsement changes the Commercial
Liability Coverage provided by this policy
-- PLEASE READ THIS CAREFULLY --

# BIOMETRIC PRIVACY
# INFORMATION EXCLUSION

The Commercial Liability Coverage is amended
as follows:

## DEFINITIONS

The following definition is added:

"Biometric Privacy Information" means the
Biometric Information Privacy Act ("BIPA"), or
any federal, state, municipal or local statutory
biometric privacy law or any such similar law or
statute anywhere in the world that governs or
relates to the collection, use, safeguarding,
handling, storage, retention or destruction of
biometric identifiers, biometric data or biometric
information of any kind, including but not limited
to retina or iris scans, fingerprints, voiceprints
or scans of hand or face geometry.

## EXCLUSIONS

The following exclusions are added:

1.  "We" do not pay for:

    "bodily injury", "property damage", "personal
    injury", or "advertising injury" arising out of,
    based upon, attributable to, or in any way
    involving, directly or indirectly, in whole or in
    part, any actual or alleged violation of
    "Biometric Privacy Information".

**SPR 0215 09 21**

Copyright, American Association of Insurance Services, Inc., 2005

Complaint Ex. 1



## SPRISKA Secure

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFU**

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE PART (CP-12)

SPECIAL PERILS PART (CP-85)

COMMERCIAL LIABILITY COVERAGE (BROAD FORM COVERAGE) GL 200

INCOME COVERAGE PART (CP-70)

| COVERAGE PROVIDED | SECURE |
|---|---|
| Debris Removal | $25,000 |
| Electronic Data Retrieval | $10,000 |
| Antenna, Awnings, Canopies, Fences and Signs | $25,000 |
| Spoilage/Loss of Refrigeration | $25,000 |
| Increased Costs-Ordinance or Law | $25,000 |
| Personal Property of Others | $20,000 |
| Money/Securities | $10,000 |
| Employee Dishonesty | $25,000 |
| Back-up of sewer/drains | $10,000 |
| Utility Service Interruption | $25,000 |
|  |  |
| *Extended Liability Coverages if they have GL Coverage with SPRISKA* |  |
| Blanket Additional Insured – Lessor of Leased Equipment | Included |
| Blanket Additional Insured - Managers or Lessors of Premises | Included |
| Medical Payments Limit | Doubles the limit shown in the declarations for the GL, maximum of $10,000 total coverage |
| Fire Legal Liability | $300,000 |

This endorsement is applicable only to those premises described in the Declarations to which this endorsement is attached. For any coverage to be effective under this endorsement, Specialty Risk of America needs to be the primary insurer for the coverage parts applicable to this endorsement.

This endorsement is subject to all of the terms, limitations, exclusions, conditions, and provisions of this endorsement and your policy, or policies, with Specialty Risk of America. Unless specifically deleted, replaced or modified herein, coverage for loss of Business Income, Earnings, Rents or Extra Expense, whether provided by this endorsement or in the Income Coverage Part, does not apply if a loss is covered only as a result of this endorsement.

## PART I - PROPERTY COVERAGE ENHANCEMENTS

The following changes apply to BUILDING AND

PERSONAL PROPERTY COVERAGE PART:

ADDITIONAL COVERAGES:

**Debris Removal**

Item 1. Debris Removal is deleted and replaced by the following:

Debris Removal - **We** cover the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:
   a. extract **pollutants** from land or water; or
   b. remove, restore, or replace polluted land or water.

**We** do not pay any more under this coverage than 25 percent of the amount **we** pay for the direct physical loss. **We** do not pay more for loss to property and debris removal

SPR 520 08 19
4

Page 1 of

combined than the limit for the damaged property.

However, we pay an additional amount of debris removal expense up to $25,000 when the debris removal expense exceeds 25 percent of the amount we pay for direct physical loss or when the loss to property and debris removal combined exceeds the limit for the damaged property.

We do not pay any expenses unless they are reported to us in writing within 180 days from the date of direct physical loss to covered property.

### Electronic Data Retrieval

5. The most we will pay under this Additional Coverage - "Electronic Data Retrieval" is $10,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of subsequent loss or damages sustained in, but not after that policy year. With respect to an occurrence which begins in one year and continues or results in additional loss or damage in a subsequent policy year(s), all loss and damage will be deemed to be sustained in the policy year which the occurrence began.

"Electronic Data Retrieval" is defined as the cost to retrieve information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD- ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

With respect to the coverage provided by this additional coverage, and to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or other listed items, this revision will be considered a reduction in coverage. Refer to the data breach cyber coverage for potential coverage for this loss scenario.

### SUPPLEMENTAL COVERAGES

### Antennas, Awnings, Canopies, Fences and Signs

Item 1.a. Antennas, Awnings, Canopies, Fences and Signs is deleted and replaced by the following:

**Antennas, Awnings, Canopies, Fences and Signs** - We pay up to $25,000 for **your** outdoor:

1) Radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;
2) Awnings or canopies of fabric or slat construction or their supports;
3) Fences; or
4) Signs.

We cover only direct physical loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot, including debris removal expense.

### Spoilage/ Loss of Refrigeration

The following is added to Paragraph 1. Supplemental Coverages:

c. Spoilage/Loss of Refrigeration

You may extend the insurance provided by this Coverage Part to apply to direct physical loss of or damage to property owned by you and used in your business contained in any refrigeration or cooling apparatus or equipment resulting from:

1) The fluctuation or total interruption of electrical power, either on or off the described premises due to conditions beyond your control; or
2) Mechanical failure of any refrigeration or cooling apparatus or equipment located on the insured premises.

The most we will pay for all loss sustained in any one policy year regardless of the number of **occurrences** is $25,000.

### INCREASED COSTS-ORDINANCE OR LAW

Item 2.a. in Supplemental Coverages- Increased Costs - Ordinance or Law is deleted and replaced by the following:

**Increased Costs - Ordinance or Law - We pay** the lessor of 10% of the limit of insurance for the Building Coverage; or $25,000 for each described premises to cover the increased costs of a covered loss, including debris removal expense, resulting from the enforcement of any ordinance, law, or decree that regulates or requires:

1) The construction, use, or repair of any property; or
2) The demolition of any property, in part or in whole, not damaged by a covered peril.

The ordinance, law, or decree must be in force at the time of the loss. This coverage only applies if the restored or remodeled property is intended for similar use and occupancy as the current property, unless such use or occupancy is prohibited by zoning or land use ordinance or law. We will not pay for the increased costs of a covered loss if the building is not repaired, reconstructed or remodeled.

Under Perils Excluded in the Special Perils Coverage Part, Ordinance or Law does not apply to this Supplemental Coverage granted by this endorsement.

### PERSONAL PROPERTY OF OTHERS

Item 3.e. **Personal Property of Others** is deleted and replaced by the following:

**Personal Property of Others** - - We pay up to $20,000 at each described premises, for personal property of others in your care, custody, or control. This coverage is only for the benefit of the owners of the personal property.

### h. Money and Securities

You may extend the insurance that applies to Business Personal Property to apply to loss of money and securities used in your business while at a bank or savings institution, within your living quarters, or the living quarters of your partners or any employees having use and custody of the property at the described premises, or in transit between any of these places, resulting directly from theft, disappearance or destruction.

Complaint Ex. 1

In addition to the limitations and exclusions applicable to the property coverage part, we will not pay for loss:

1) Resulting from accounting or arithmetical errors or omissions;
2) Due to the giving or surrendering of property in any exchange or purchase; or
3) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device, and the recording is able to be read in the event of a loss to determine the amount of loss payable hereunder.

The most we will pay for loss in any one occurrence is:

1) $10,000 for inside the premises for money and securities while
   a) In or on the described premises; or
   b) Within a bank or savings institution; and
2) $10,000 for outside the premises for money while outside the premises.

All loss caused by one or more persons; or involving a single act or series of related acts is considered one occurrence. The most we will pay for all loss sustained in any one policy year regardless of the number of occurrences is $10,000.

You must keep and produce records of all money and securities so we can verify the amount of any loss or damage.

**EMPLOYEE DISHONESTY**

The following is added to Paragraph **3. Supplemental Coverages:**

**i. Employee Dishonesty**

We will pay up to $25,000 for coverage against specified loss that occurs from the dishonest acts or embezzlement by your employees.

This Supplemental Coverage includes:

1) Protection for loss of money, securities, and property other than money and securities resulting directly from **employee dishonesty.**
2) Coverage for all employees, subject to policy definitions.

The most we will pay for all loss sustained in any one policy year regardless of the number of **occurrences** is $25,000. All acts involving the same employee or group of employees is considered one **occurrence.**

In relation to this supplemental coverage, **occurrence** means all loss up to the limit of protection, whether the result of a single act or series of acts.

**Employee Dishonesty** means only dishonest acts committed by an employee, where identified or not, acting alone or in collusion with other persons with intent to cause you to sustain a loss; and also obtain financial benefit for the employee or any other person or organization to receive that benefit.

**BACK UP OF SEWERS AND DRAINS**

The following coverage is added to **Supplemental Coverages:**

**4. Back up of Sewers or Drains**

We cover direct physical damage caused by water:

a. Which backs up through sewers or drains; or
b. Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss is caused in whole or in part by your negligence.

The most we will pay for all loss sustained in any one policy year regardless of the number of **occurrences** or the number of properties listed on the **Declarations** is $10,000.

**UTILITY SERVICES INTERRUPTION**

The following coverage is added to **Supplemental Coverages:**

**5. Utility Services - Direct Damage and Time Element**

We will pay up to $25,000 for the loss of or damage to covered property at the described premises caused by an interruption in utility service to the described premises. Included in this limit of coverage is Business Income Coverage due to the necessary suspension of your operations during the period of restoration. The suspension must be caused by the interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a covered cause of loss under the Special Perils Part coverage form (CP-85), and to the following property not on the described premises:

1) Water Supply Property, meaning the following types of property supplying water to the described premises:
   a) Pumping stations; and
   b) Water mains.
2) Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:
   a) Communication transmission lines, including optic fiber transmission lines;
   b) Coaxial cables; and
   c) Microwave radio relays, except satellites.

This does not include overhead communication lines.

3) Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:
   a) Utility generating plants;
   b) Switching stations;
   c) Substations;
   d) Transformers; and
   e) Transmission lines.

This does not include overhead transmission lines.

Complaint Ex. 1

The term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

Coverage under this endorsement does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.

This coverage does not apply to loss if, at the time of loss or damage, there is other valid and collectible insurance except that this coverage shall, in such case, apply only as excess and in no event as contributing insurance, and then only after all other insurance has been exhausted.

The following changes apply to the Commercial Liability Coverage Part.

### PART II - LIABILITY COVERAGE ENHANCEMENTS

The following coverages are provided to SPRISKA Secure policyholders, if a SPRISKA Commercial General liability policy is currently in force at the time of loss or occurrence.

#### 1. Lessors of Leased Equipment - Automatic Status When Required in Lease Agreement With You

Any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization is to be added as an additional insured on your policy. Such person or organization is an insured only with respect to liability for **bodily injury, property damage** or **personal and advertising injury** caused, in whole or in part, by your maintenance, operation, or use of equipment leased to you by such person or organization.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

With respect to the insurance afforded to these additional insureds, this insurance does not apply to an **occurrence** which takes place after the equipment lease expires.

#### 2. Managers, Landlords, or Lessors of Premises

Any person or organization with respect to their liability arising out of the ownership, maintenance or use of that part of the premises leased or rented to you subject to the following additional exclusions:

This insurance does not apply to:

    (1) Any **occurrence** which takes place after you cease to be a tenant in that premises.

    (2) Structural alterations, new construction or demolition operations performed by or on behalf of that person or organization.

#### 3. Increase of limit for Medical Payments Coverage under Coverage M

If **Coverage M Medical Payments** is not otherwise excluded from this Coverage Part:

    1) The Medical Expense Limit is changed subject to all of the terms of **How Much We Pay** to the greater of:

        a. Double the limit listed on the declarations; or

        b. $10,000, whichever is less

#### 4. Increase of limit for Fire Legal Liability under Coverage O

1. If damage by fire to premises rented to you is not otherwise excluded from this Coverage Part, the limit shown on the Declarations page will automatically increase to $300,000, not to exceed the same.

This is the most we will pay for all damage proximately caused by the same event.

Complaint Ex. 1

SPR 721 08 21
Page 1 of 1                    -- PLEASE READ THIS CAREFULLY --

## NOTICE OF CHANGE

We are writing you to provide advance notice of change that will be applied to the renewal of your policy. At renewal a Cyber Exclusion will be attached as follows:

Cyber Exclusion

Commercial Property Policies renewing will include the following exclusion:

- Property – CP 0187 06 21 Cyber Loss Limited Exclusion

Business Owners Policies renewing will include the following exclusion:

- BOP – BP 0187 07 21 Cyber Loss Exclusion

Please be advised that the above changes are effective upon the renewal of your policy. Your insurance agent is also being provided a copy of this notice. If you have any questions upon review of the attached NOTICE TO POLICYHOLDERS, please contact your agent for information.

SPR 721 08 21



# Per Location Deductible

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

CP-12 Ed 1.0

Under **How Much We Pay**, the policy is amended by the following provisions, which apply with respect to the locations listed on the **Declarations** page.

Section 2. Deductible is removed and replaced by the following:

**2. Deductible — We** only pay that part of **your** loss over the deductible for all covered property at the specific location shown on the **declarations** or supplemental declarations rating information for that location. The deductible applies to the loss before application of any coinsurance or reporting provision. If the deductible amounts are different by building type or property coverage type, the highest deductible will apply for the entire loss or damage at the location for any occurrence

a. If one occurrence results in loss or damage at more than one location, the applicable deductible will apply separately to loss or damage at each location that has sustained loss or damage, in accordance with the information shown on the **declarations** page or supplemental declarations rating information. The deductible(s) applies to the loss before application of any coinsurance or reporting provision.

b. The terms of this endorsement do not apply to any Earthquake deductible, Equipment Breakdown deductible, or to any Windstorm or Hail Percentage Deductible provided elsewhere in this policy.

Complaint Ex. 1



# Data Compromise Coverage Form

Throughout this Coverage Form (hereinafter referred to as "Data Compromise Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations of this Data Compromise Coverage and any other person(s) or organization(s) qualifying as a Named Insured under this Data Compromise Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to DEFINITIONS.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Data Compromise Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

## A. COVERAGE

This section lists the coverages that apply if indicated in the Declarations.

### 1. Data Compromise Response Expenses

a. Data Compromise Response Expenses applies only if all of the following conditions are met:

(1) There has been a "personal data compromise"; and

(2) Such "personal data compromise" took place in the "coverage territory"; and

(3) Such "personal data compromise" is first discovered by you during the "policy period"; and

(4) Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

b. If the conditions listed in a. above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items (4) and (5) below apply only if there has

been a notification of the "personal data compromise" to "affected individuals" as covered under Item (3) below.

(1) **Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

(a) Vulnerabilities in systems, procedures or physical security;

(b) Compliance with Payment Card Industry or other industry security standards; or

(c) The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

(2) **Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have

Complaint Ex. 1

occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services (c) and (d) below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in (c) and (d) below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

(a) Promotions provided to any of your directors or employees; or

(b) Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2. Data Compromise Liability**

a. Data Compromise Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

(a) A "claim" brought by or on behalf of one or more "affected individuals"; or

(b) A "regulatory proceeding" brought by a governmental entity.

Complaint Ex. 1

(2) Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

    (a) Took place during the "coverage term";

    (b) Took place in the "coverage territory"; and

    (c) Was submitted to us and insured under Data Compromise Response Expenses.

(3) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in a. above have been met, then we will pay on behalf of you:

    (1) "Loss" directly arising from the "claim"; or

    (2) "Defense costs" directly arising from a "regulatory proceeding".

c. All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**B. EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs or loss arising from the following:

1. Nuclear reaction or radiation or radioactive contamination, however caused.

2. War and military action including any of the following and any consequence of any of the following:

    a. War, including undeclared or civil war;

    b. Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

3. Costs to research or correct any deficiency.

4. Any fines or penalties other than those

explicitly covered under Data Compromise Response Expenses.

5. Any criminal investigations or proceedings.

6. Your intentional or willful complicity in a covered loss event.

7. Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

8. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

9. Any "personal data compromise" occurring before the "coverage term".

10. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

12. Any threat, extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

**C. LIMITS OF INSURANCE**

1. **Data Compromise Coverage Aggregate Limits**

Except for post-judgment interest, the aggregate limit for each coverage section shown in the Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

2. **Coverage Sublimits**

    a. **Data Compromise Sublimits**

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Declarations.

The most we will pay under Response Expenses coverage for loss arising from

Complaint Ex. 1

any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Coverage Form. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in A.1.b.(5).

The most we will pay under Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Coverage Form. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

### 3. Application of Limits

a. A "personal data compromise" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "personal data compromise" will be subject to the limit of insurance applicable to the "policy period" when the "personal data compromise" was first discovered by you.

b. You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

c. The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

### D. DEDUCTIBLES

1. We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Declarations. You will be responsible for the applicable deductible amount.

2. The deductible will apply to all:

   a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses.

   b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability.

### E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### 1. Bankruptcy

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Coverage Form.

### 2. Defense And Settlement

a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

c. At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give

Complaint Ex. 1

full consideration to any such request.

d. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

e. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

f. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

   (1) After entry of judgment; and

   (2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

   These interest payments will be in addition to and not part of the applicable limit of insurance.

3. **Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Coverage Form. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

b. Providing and maintaining appropriate computer and Internet security;

c. Maintaining and updating at appropriate intervals backups of computer data;

d. Protecting transactions, such as processing credit card, debit card and check payments; and

e. Appropriate disposal of files containing "personally identifying information" or "personally sensitive information", including shredding hard copy files and destroying physical media used to store electronic data.

4. **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

a. If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

   (1) Anytime during the "policy period"; or

   (2) Anytime during the extended reporting periods (if applicable).

b. If a "claim" or "regulatory proceeding" is brought against you, you must:

   (1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

   (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

   (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

   (4) Authorize us to obtain records and other information;

   (5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

   (6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

   (7) Not take any action, or fail to take any required action, that prejudices

your rights or our rights with respect to such "claim" or "regulatory proceeding".

c. In the event of a "personal data compromise" insured under this coverage form, you must see that the following are done:

(1) Notify the police if a law may have been broken.

(2) Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise". Include a description of any property involved.

(3) As soon as possible, give us a description of how, when and where the "personal data compromise" occurred.

(4) As often as may be reasonably required, permit us to:

(a) Inspect the property proving the "personal data compromise";

(b) Examine your books, records, electronic media and records and hardware;

(c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

(d) Make copies from your books, records, electronic media and records and hardware.

(5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise". You must do this within 60 days after our request. We will supply you with the necessary forms.

(6) Cooperate with us in the investigation or settlement of the "personal data compromise".

(7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

(8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

(9) Promptly send us any legal papers or notices received concerning the

"loss".

d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including an your books and records. In the event of an examination, your answers must be signed.

e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**5. Extended Reporting Periods**

a. You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

b. If a "termination of coverage" has occurred, you will have the right to the following:

(1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Coverage Form; and

(2) Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Coverage Form.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental

Complaint Ex. 1

Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**6. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

**7. Legal Advice**

We are not your legal advisor. Our determination of what is or is not insured under this Coverage Form does not represent advice or counsel from us about what you should or should not do.

**8. Other Insurance**

If there is other insurance that applies to the same "loss" this Coverage Form shall apply only as excess insurance after all other applicable insurance has been exhausted.

**9. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

a. The exact list of "affected individuals" to be notified, including contact information.

b. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

c. The scope of services that you desire for the "affected individuals". For example, coverage may be

structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**10. Service Providers**

a. We will only pay under this Coverage Form for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Coverage Form. We will not unreasonably withhold such approval.

b. Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

(1) Such alternate service provider must be approved by us;

(2) Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

(3) Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**11. Services**

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Coverage Form:

a. The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals".

b. All services may not be available or applicable to all individuals. For

Complaint Ex. 1

example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

c.  We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

d.  You will have a direct relationship with the professional service firms paid for in whole or in part under this Coverage Form. Those firms work for you.

F.  DEFINITIONS

1.  "Affected Individual" means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Coverage Form. This definition is subject to the following provisions:

a.  "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

b.  An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

(1)  If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

(2)  If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of

yours.

(3)  You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

c.  An "affected individual" may reside anywhere in the world.

2.  "Authorized Third Party User" means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

3.  "Claim"

a.  "Claim" means:

(1)  A written demand for monetary damages or non-monetary relief, including injunctive relief;

(2)  A civil proceeding commenced by the filing of a complaint;

(3)  An arbitration proceeding in which such damages are claimed and to which you must submit or does submit with our consent;

(4)  Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

b.  "Claim" does not mean or include:

(1)  Any demand or action brought by or on behalf of someone who is:

(a)  Your director;

(b)  Your owner or part-owner; or

(c)  A holder of your securities,

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected

Complaint Ex. 1

individual"; or

(2) A "regulatory proceeding".

c. Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

(1) The proceeding is brought by one or more "affected individuals";

(2) The claimant alleges that one or more "affected individuals" suffered damages; and

(3) The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Coverage Form, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

4. **"Computer System"** means a computer or other electronic hardware that is owned or leased by you and operated under your control.

5. **"Coverage Term"** means the increment of time:

a. Commencing on the earlier of the first inception date of this Data Compromise Coverage or the first inception date of any coverage substantially similar to that described in this coverage form and held immediately prior to this Data Compromise coverage; and

b. Ending upon the "termination of coverage".

6. **"Coverage Territory"** means:

a. With respect to Data Compromise Response Expenses, "coverage territory" means anywhere in the world.

b. With respect to Data Compromise Liability "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

7. **"Defense Costs"**

a. "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you.

Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

b. "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

8. **"Identity Theft"**

a. "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

b. "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

9. **"Loss"**

a. With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph b.

b. With respect to Data Compromise Liability, "loss" means "defense costs" and "settlement costs".

10. **"Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

11. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must

Complaint Ex. 1

be in the direct care, custody or control of:

(1) You; or

(2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

12. **"Personally Identifying Information"**

a. "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual". This includes, but is not limited to, Social Security numbers or account numbers.

b. "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

13. **"Personally Sensitive Information"**

a. "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

b. "Personally sensitive information" does not mean or include "personally identifying information".

14. **"Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Coverage Form, whichever comes first.

15. **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

16. **"Settlement Costs"**

a. "Settlement costs" means the following, when they arise from a "claim":

(1) Damages, judgments or settlements; and

(2) Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

(3) Pre-judgment interest on that part of any judgment paid by us.

b. "Settlement costs" does not mean or include:

(1) Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

(2) Punitive and exemplary damages;

(3) The multiple portion of any multiplied damages;

(4) Taxes; or

(5) Matters which may be deemed uninsurable under the applicable law.

c. With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Coverage Form, provided that such jurisdiction:

(1) Is where those fines, or penalties were awarded or imposed;

(2) Is where any "wrongful act" took

place for which such fines, or penalties were awarded or imposed;

(3) Is where you are incorporated or you have your principal place of business; or

(4) Is where we are incorporated or have our principal place of business.

17. **"Termination of Coverage"** means:

a. You or we cancel this coverage;

b. You or we refuse to renew this coverage; or

c. We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this coverage form.

18. **"Wrongful Act"** means a "personal data compromise".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

Complaint Ex. 1

Specialty Risk of America
401 West Fayette Ave
Springfield, IL 62704
800-252-2907

A STOCK PROPERTY & CASUALTY INSURANCE COMPANY

## DATA COMPROMISE SUPPLEMENTAL DECLARATIONS

Policy Number : 10-2020-5864
Name Insured : BARRY HARDING DBA OFFICE LOUNGE

## DATA COMPROMISE COVERAGE PERIOD: EFFECTIVE DATE : 10/01/2022
EXPIRATION DATE : 10/01/2023

AT 12:01 A.M. Standard Time at your mailing address shown on the Declarations Page of this policy

### DATA COMPROMISE RESPONSE EXPENSES

| | |
|---|---|
| **Data Compromise** **Response Expenses Limit:** | $ 50,000 Annual Aggregate |
| **Sublimits** | |
| **1st Party Named Malware** | $50,000 |
| **Forensic IT Review:** | $25,000 |
| **Legal Review:** | $25,000 |
| **Public Relations:** | $5,000 |
| **Regulatory Fines and Penalties:** | $25,000 |
| **PCI Fines and Penalties:** | $25,000 |
| | Per Occurrence |
| **Data Compromise Response** **Expenses Deductible:** | $1,000 Per Occurrence |

### DATA COMPROMISE LIABILITY

| | |
|---|---|
| **Data Compromise:** **Defense and Liability Limit:** | $50,000 Annual Aggregate |
| **Sublimits** | |
| **3rd Party Named Malware** | $50,000 Per Occurrence |
| **Data Compromise** **Defense and Liability Deductible:** | $1,000 Per Occurrence |

### TOTAL DATA COMPROMISE PREMIUM: $104.00

SPR-DC50 12 20

Complaint Ex. 1

**71D04-2305-PL-000126**

St. Joseph Superior Court 4

Filed: 5/11/2023 11:54 AM
Clerk
St. Joseph County, Indiana



401 Fayette Ave
Springfield, IL 62704
1-800-252-2907
www.spriska.com

**Certified Mailing # 7022 1670 0001 1333 4864**
**And Certificate of Mailing**

C.P.R. Claims
Professional Representatives, LLC
Attn: Mr. James Kalka, Jr.
P.O. Box 434
Osceola, IN 46561

March 27, 2023

RE:  Insured:          Barry Harding dba Office Lounge
     Claim No:          2023CPP0520
     Policy No.:        10-2020-5864
     Loss Location:     1813 E. 12th Street, Mishawaka, IN 46544
     Date of Loss:      1/23/2023

Dear Mr. Kalka, Jr.:
We understand you continue to represent the insured for the above captioned occurrence. Please advise if this has changed.
On January 24, 2023, the producer, Randy Leliart Insurance Agency. Inc., sent a Property Loss Notice ("Notice") to Specialty Risk of America (hereinafter referred to as "SPRISKA") on behalf of the named insured under the above-referenced policy ("Policy"). Based on the Notice, Barry Harding dba Office Lounge seeks coverage under the Policy for a loss that occurred January 23, 2023, as a result of a freezing of pipes and ensuing water damage at the insured location, 1813 E. 12th Street, Mishawaka, IN 46544.
We assigned DL Dravis Adjustment, an independent adjusting service, to review the loss and they contacted you on January 26, 2023 and commenced their investigation into the above captioned matter. We have since completed our investigation into the claim.
Specialty Risk of America ("SPRISKA") issued policy # 10-2020-5864 with effective dates of 10/1/22 through 10/1/23.
The following policy language would apply to this occurrence:
**CP 85 1.0 SPECIAL PERILS PART:**

**PERILS COVERED**

When "Special Perils" is shown on the **declarations, we** cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

**PERILS EXCLUDED**

1.     **We** do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

h. Freezing -- We do not cover loss caused by water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air conditioning systems or appliances (other than fire protective systems) as a result of freezing.

Page **1** of **3**

Complaint Ex. 2

This does not apply if you use reasonable care to maintain heat in the building or structure; or you drain the equipment and turn off the supply if the heat is not maintained.

i. Neglect -- We do not cover loss caused by your neglect to use all reasonable means to save covered property at and after the time of loss. We do not cover loss caused by your neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

n. Seepage -- We do not cover loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

s. **Wear and Tear -- We** do not cover loss caused by wear and tear, marring, or scratching. **We** cover any resulting loss caused by **a specified peril** or breakage of building glass. **We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

## CP 12 1.0 BUSINESS AND PERSONAL PROPERTY COVERAGE PART:

### OTHER CONDITIONS

In addition to the policy terms which are contain in other sections of the Commercial Property Coverage, the following conditions apply:

**Vacancy- Unoccupancy—We** do not pay for loss caused by attempted theft, breakage of building glass, sprinkler leakage (unless you have protected the system against freezing), theft, vandalism, or water damage occurring while the building or structure has been:

a.    Vacant for more than 60 consecutive days; or
b.    Unoccupied more than
1.    60 consecutive days; or
2.    The usual or incidental unoccupancy period for the described premises

Whichever is longer.

The amount **we** pay for any loss that is not otherwise excluded is reduced by 15%.

Unoccupied means that the customary activities or operations of the described occupancy are suspended, but business personal property has not been removed. The building or structure shall be considered vacant and not occupied when the occupants have moved, leaving the building or structure empty or containing only limited business personal property. Buildings or structures under construction are not considered vacant or unoccupied.

We have completed our investigation into this claim and have determined that the insured did not use reasonable care to maintain heat in the building or drain the equipment and turn off the supply line (Perils Excluded 1 h above). We have determined this through our investigation and review of the utility records for the insured location, which are attached. This letter is to inform you that we will not be affording coverage for the above captioned claim.

Complaint Ex. 2

Sincerely,

Tim Stuart

Timothy L. Stuart
Property Claims Manager | SPRISKA

401 W. Fayette Avenue | Springfield, IL 62704
Phone: 217.753.2500 x127 | Fax: 217.679.3880
Cell: 217.720.0509
tim.stuart@spriska.com | www.spriska.com


cc: Randy Leliaert Agency, Inc.


Encl: Gas Utility usage records for date of loss and prior year of service



Account Number: 243-030-007-7
Statement Date: 11/19/2021
4191
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952



**Web**
Make payments and access your account at NIPSCO.com



**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007



**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1.  Leave the building or area immediately.
2.  Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3.  From a safe place, away from the building or area, call 911 and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

| | | |
|---|---|---|
| **Customer Name:** | **Your Contact Information:** | **Type of Customer:** |
| Office Lounge | 1813 E 12Th St | Non-Residential |
| | Mishawaka IN 46544-5903 | Gas Service |
| **Account Number:** | bhar749028@aol.com | Customer CHOICE Program |
| 243-030-007-7 | | Automatic Payment |
| | | Paperless Billing |

*   Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 10/21/2021 | $55.81 |
| Payments Received on 11/05/2021 | -$55.81 |
| Balance on 11/19/2021 | $0.00 |
| Charges for Gas Delivery This Period | +$68.14 |
| Charges for Gas Supply This Period | +$55.98 |
| **Current Charges Due by 12/09/2021** | **$124.12** |

*   If paid after 12/09/2021, a late payment charge of $3.90 will be applied and your new current amount due will be $128.02.
*   For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $124.12 will be made on 12/09/2021 by your Financial Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers. Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to discuss payment arrangements and/or financial assistance programs. Flexible payment plans are available to customers who indicate either an impact or hardship as a result of COVID-19.

## Monthly Message Board

**Detecting a Gas Leak**
If you even THINK you smell gas inside your home or business, take action. STOP what you are doing. LEAVE the area immediately. CALL 911 and NIPSCO at our emergency number, 1-800-634-3524, 24 hours a day. NIPSCO will send someone to check the source of the odor FREE OF CHARGE, whether there is a leak or not. To learn more about leak detection and natural gas safety, visit NIPSCO.com/staysafe.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $54.25 |
| Current Delivery Charges | +$68.14 |
| Payments Received | -$54.25 |
| Ending Balance | $68.14 |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $1.56 |
| Current Supply Charges | +$55.98 |
| Payments Received | -$1.56 |
| Ending Balance | $55.98 |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903



**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 12/09/2021: $124.12
if paid after 12/09/2021, the amount due will be
$128.02**

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018  NIPSCO

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

24303000706001000000003900000000124120

Complaint Ex. 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

Therms · Actual

| | Nov 28 2020 | Dec 33 | Jan 31 | Feb 31 | Mar 30 | Apr 30 | May 28 | Jun 32 | Jul 30 | Aug 32 | Sep 30 | Oct 29 | Nov 29 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 83 | 135 | 164 | 190 | 82 | 49 | 26 | 9 | 6 | 6 | 3 | 2 | 66 |

Monthly Billing Days

**Meter Number:**
9477184

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings – 29 Billing Days**

| | |
|---|---|
| Actual Reading on 11/19 | 7754 |
| Actual Reading on 10/21 | 7691 |
| Gas Used (Ccf) | 63 |
| Conversion to Therms  x | 1.061 |
| **Total Gas Used (Therms)** | **66.8** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Nov 20 | 83.6 | 47.0° | 3.0 |
| Oct 21 | 2.0 | 64.1° | 0.1 |
| Nov 21 | 66.8 | 44.1° | 2.3 |

Your next scheduled meter reading date is between 12/21/2021 - 12/23/2021.

## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE – Rate 121**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $63.68 |
| Indiana Sales Tax | $4.46 |
| **Total Charges for Gas Service This Period** | **+$68.14** |

**Charges for Variable Price Per Therm – Rate 16300**

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $46.44 |
| Interstate Transportation and Storage Charges | $5.88 |
| Indiana Sales Tax | $3.66 |
| **Total Charges for Service This Period** | **+$55.98** |

· Your gas supplier Constellation NewEnergy – Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State     Zip Code

Phone Number

New or Edit Email

## Message Board

· Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.



Account Number: 243-030-007-7
Statement Date: 12/21/2021
4509
Page 1 of 2

## Contact Us


**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952


**Web**
Make payments and access your account at NIPSCO.com


**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007


**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749029@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

* Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 11/19/2021 | $124.12 |
| Payments Received on 12/08/2021 | -$124.12 |
| **Balance on 12/21/2021** | **$0.00** |
| Charges for Gas Delivery This Period | +$79.42 |
| Charges for Gas Supply This Period | +$113.16 |

### Current Charges Due by 01/10/2022     $192.58

* If paid after 01/10/2022, a late payment charge of $5.82 will be applied and your new current amount due will be $198.40.
* For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $192.58 will be made on 01/10/2022 by your Financial Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers. Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to discuss payment arrangements and/or financial assistance programs. Flexible payment plans are available to customers who indicate either an impact or hardship as a result of COVID-19.

## Monthly Message Board

**Scammers are ready, are you?**
Our employees will NEVER call and demand immediate payment through a prepaid debit card. Please call us at 1-800-4-NIPSCO if you are unsure about the legitimacy of any phone call, email or letter.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $68.14 |
| Current Delivery Charges | +$79.42 |
| Payments Received | -$68.14 |
| **Ending Balance** | **$79.42** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $55.98 |
| Current Supply Charges | +$113.16 |
| Payments Received | -$55.98 |
| **Ending Balance** | **$113.16** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903


**Web** NIPSCO.com
**Phone** 1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 01/10/2022: $192.58**
**If paid after 01/10/2022, the amount due will be $198.40**

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018   **NIPSCO**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46S44-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000058200000019258B

Account Number: 243-030-007-7
Statement Date: 12/21/2021



Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



# 13 Month Usage History

| Meter Number: 9477184 | |
|---|---|
| Service Address: 1813 E 12Th St Mishawaka IN 46544-5903 | |

**Meter Readings -** 32 Billing Days

| Actual Reading on 12/21 | | 7879 |
| Actual Reading on 11/19 | - | 7754 |
| Gas Used (Ccf) | | 125 |
| Conversion to Therms | x | 1.062 |
| **Total Gas Used (Therms)** | | **132.7** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Dec 20 | 135.9 | 36.5° | 4.1 |
| Nov 21 | 66.8 | 44.1° | 2.3 |
| **Dec 21** | **132.7** | **37.2°** | **4.1** |

Your next scheduled meter reading date is between 01/24/2022 - 01/26/2022.



## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

| NIPSCO | |
|---|---|
| Delivery Charges | $74.22 |
| Indiana Sales Tax | $5.20 |
| **Total Charges for Gas Service This Period** | **+$79.42** |

**Charges for Variable Price Per Therm - Rate 16300**

| Constellation NewEnergy - Gas Division, LLC | |
|---|---|
| Gas Supply | $94.08 |
| Interstate Transportation and Storage Charges | $11.68 |
| Indiana Sales Tax | $7.40 |
| **Total Charges for Service This Period** | **+$113.16** |

· Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

Complaint Ex. 2

State                    Zip Code

## Message Board

· Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.



Account Number: 243-030-007-7
Statement Date: 01/24/2022
4295
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. – 7 P.M. CT Mon. – Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your
account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their
   positions and avoid doing anything that
   could cause a spark.
3. From a safe place, away from the building
   or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.



**Employee Identification**
All our employees and contractors carry photo
identification. Ask to see it before allowing
anyone who claims to be a utility
representative into your home. Call the police
if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 12/21/2021 | $192.58 |
| Payments Received on 01/07/2022 | -$192.58 |
| Balance on 01/24/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$86.60 |
| Charges for Gas Supply This Period | +$158.23 |
| **Current Charges Due by 02/11/2022** | **$244.83** |

• If paid after 02/11/2022, a late payment charge of $7.29 will be applied and your
  new current amount due will be $252.12.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $244.83 will be made on 02/11/2022 by your Financial
Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers.
Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to
discuss payment arrangements and/or financial assistance programs. Flexible payment
plans are available to customers who indicate either an impact or hardship as a result of
COVID-19.

## Monthly Message Board

**Gas Meter Safety**
Your meter, regulator and outdoor piping can withstand harsh winter weather, but hard-
packed snow, icicles and water dripping on outdoor equipment can create a safety
hazard. This winter, keep your meter visible at all times so it is accessible for
maintenance or in the event of an emergency, and never let snow completely cover the
meter setting. Use a broom to clear snow from the gas meter and prevent damage to
the apparatus.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $79.42 |
| Current Delivery Charges | +$86.60 |
| Payments Received | -$79.42 |
| **Ending Balance** | **$86.60** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $113.16 |
| Current Supply Charges | +$158.23 |
| Payments Received | -$113.16 |
| **Ending Balance** | **$158.23** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

 **Web**
NIPSCO.com

 **Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 02/11/2022: $244.83**
**If paid after 02/11/2022, the amount due will be**
**$252.12**

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018 **NIPSCO**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007





243030007060010000000072900000244839

Account Number: 243-030-007-7
Statement Date: 01/24/2022
4295
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

Therms — Actual

| Month | Jan 31 2021 | Feb 31 | Mar 30 | Apr 30 | May 28 | Jun 32 | Jul 30 | Aug 32 | Sep 30 | Oct 29 | Nov 29 | Dec 32 | Jan 34 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Therms | 164 | 190 | 82 | 49 | 26 | 9 | 6 | 6 | 3 | 2 | 66 | 132 | 179 |

Monthly Billing Days

**Meter Number:** 9477184

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings -** 34 Billing Days

| | | |
|---|---|---|
| Actual Reading on 01/24 | | 8050 |
| Actual Reading on 12/21 | – | 7879 |
| **Gas Used (Ccf)** | | 171 |
| Conversion to Therms | x | 1.048 |
| **Total Gas Used (Therms)** | | 179.2 |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Jan 21 | 164.3 | 29.4° | 5.3 |
| Dec 21 | 132.7 | 37.2° | 4.1 |
| Jan 22 | 179.2 | 27.1° | 5.3 |

Your next scheduled meter reading date is between 02/22/2022 - 02/24/2022.



## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $80.93 |
| Indiana Sales Tax | $5.67 |
| **Total Charges for Gas Service This Period** | **+$86.60** |

**Charges for Variable Price Per Therm - Rate 16300**

**Constellation NewEnergy – Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $132.11 |
| Interstate Transportation and Storage Charges | $15.77 |
| Indiana Sales Tax | $10.35 |
| **Total Charges for Service This Period** | **+$158.23** |

- Your gas supplier Constellation NewEnergy – Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State               Zip Code

Phone Number

Add or Edit Email

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 02/22/2022
4443
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952



**Web**
Make payments and access your account at NIPSCO.com



**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007



**Authorized Payment Locations**
Find locations online at NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call 911 and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

| **Customer Name:** | **Your Contact Information:** | **Type of Customer:** |
|---|---|---|
| Office Lounge | 1813 E 12TH St | Non-Residential |
| | Mishawaka IN 46544-5903 | Gas Service |
| **Account Number:** | bhar749028@aol.com | Customer CHOICE Program |
| 243-030-007-7 | | Automatic Payment |
| | | Paperless Billing |

· Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 01/24/2022 | $244.83 |
| Payments Received on 02/10/2022 | -$244.83 |
| Balance on 02/22/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$85.41 |
| Charges for Gas Supply This Period | +$148.68 |

### Current Charges Due by 03/14/2022    **$234.09**

· If paid after 03/14/2022, a late payment charge of $6.98 will be applied and your new current amount due will be $241.07.
· For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $234.09 will be made on 03/14/2022 by your Financial Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers. Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to discuss payment arrangements and/or financial assistance programs. Flexible payment plans are available to customers who indicate either an impact or hardship as a result of COVID-19.

## Monthly Message Board

**Want to STOP or Move your service? It's never been easier.**
Our new online tool lets you change your service 24/7. No more calling or holding for a representative. Head to our website now and get it done. **START. STOP. MOVE.** your service at **NIPSCO.com/service.**

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $86.60 |
| Current Delivery Charges | +$85.41 |
| Payments Received | -$86.60 |
| **Ending Balance** | **$85.41** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $158.23 |
| Current Supply Charges | +$148.68 |
| Payments Received | -$158.23 |
| **Ending Balance** | **$148.68** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018   **NIPSCO**

**Web** NIPSCO.com
**Phone** 1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 03/14/2022: $234.09**
**If paid after 03/14/2022, the amount due will be**
**$241.07**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000069800000234092

Account Number: 243-030-007-7
Statement Date: 02/22/2022
4443
Page  2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

Meter Number:
9477184

Service Address:
1813 E 12Th St
Mishawaka IN 46544-5903

Meter Readings - 29 Billing Days

| | | |
|---|---|---|
| Actual Reading on 02/22 | | 8216 |
| Actual Reading on 01/24 | − | 8050 |
| **Gas Used (Ccf)** | | **166** |
| Conversion to Therms | x | 1.048 |
| **Total Gas Used (Therms)** | | **173.9** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Feb 21 | 190.5 | 20.7° | 6.1 |
| Jan 22 | 179.2 | 27.1° | 5.3 |
| **Feb 22** | **173.9** | **24.0°** | **6.0** |

Your next scheduled meter reading date is between 03/23/2022 - 03/25/2022.



### Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

NIPSCO
| | |
|---|---|
| Delivery Charges | $79.82 |
| Indiana Sales Tax | $5.59 |
| **Total Charges for Gas Service This Period** | **+$85.41** |

**Charges for Variable Price Per Therm - Rate 16300**

Constellation NewEnergy – Gas Division, LLC
| | |
|---|---|
| Gas Supply | $123.65 |
| Interstate Transportation and Storage Charges | $15.30 |
| Indiana Sales Tax | $9.73 |
| **Total Charges for Service This Period** | **+$148.68** |

- Your gas supplier Constellation NewEnergy – Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |  |
|---|---|
| City | |
| State | Zip Code |
| Phone Number | |
| Add. or Edit Email | |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 03/23/2022
4523
Page 1 of 2

## Contact Us

 **Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1.  Leave the building or area immediately.
2.  Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3.  From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home.  Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749020@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct?  Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 02/22/2022 | $234.09 |
| Payments Received on 03/11/2022 | -$234.09 |
| Balance on 03/23/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$74.28 |
| Charges for Gas Supply This Period | +$89.68 |

### Current Charges Due by 04/11/2022    $163.96

• If paid after 04/11/2022, a late payment charge of $5.01 will be applied and your new current amount due will be $168.97.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $163.96 will be made on 04/11/2022 by your Financial Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers. Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to discuss payment arrangements and/or financial assistance programs. Flexible payment plans are available to customers who indicate either an impact or hardship as a result of COVID-19.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $85.41 |
| Current Delivery Charges | +$74.28 |
| Payments Received | -$85.41 |
| Ending Balance | $74.28 |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $148.68 |
| Current Supply Charges | +$89.68 |
| Payments Received | -$148.68 |
| Ending Balance | $89.68 |

---

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 04/11/2022: $163.96
If paid after 04/11/2022, the amount due will be $168.97**

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018    **NIPSCO**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

2430300070600100000000501000000163967

Account Number: 243-030-007-7
Statement Date: 03/23/2022
4523
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

| Meter Number: 9477184 | | |
|---|---|---|
| Service Address: 1813 E 12Th St Mishawaka IN 46544-5903 | | |

**Meter Readings – 29 Billing Days**

| | | |
|---|---|---|
| Actual Reading on 03/23 | | 8338 |
| Actual Reading on 02/22 | - | 8216 |
| Gas Used (Ccf) | | 102 |
| Conversion to Therms | x | 1.045 |
| **Total Gas Used (Therms)** | | **106.5** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Mar 21 | 82.7 | 41.6° | 2.8 |
| Feb 22 | 173.9 | 24.9° | 6.0 |
| **Mar 22** | **106.5** | **37.8°** | **3.7** |

Your next scheduled meter reading date is between 04/22/2022 - 04/26/2022.



## Detail Charges

### Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $69.42 |
| Indiana Sales Tax | $4.86 |
| **Total Charges for Gas Service This Period** | **+$74.28** |

### Charges for Variable Price Per Therm - Rate 16300

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $74.44 |
| Interstate Transportation and Storage Charges | $9.37 |
| Indiana Sales Tax | $5.87 |
| **Total Charges for Service This Period** | **+$89.68** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |
|---|
| City |
| State | Zip Code |
| Phone Number |
| Add or Edit Email |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 04/22/2022
4302
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your
account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their
   positions and avoid doing anything that
   could cause a spark.
3. From a safe place, away from the building
   or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.

**Indiana811**

**Employee Identification**
All our employees and contractors carry photo
identification. Ask to see it before allowing
anyone who claims to be a utility
representative into your home. Call the police
if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 03/23/2022 | $163.96 |
| Payments Received on 04/08/2022 | -$163.96 |
| Balance on 04/22/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$71.82 |
| Charges for Gas Supply This Period | +$74.56 |
| **Current Charges Due by 05/12/2022** | **$146.38** |

• If paid after 05/12/2022, a late payment charge of $4.52 will be applied and your
  new current amount due will be $150.90.
• For more information regarding these charges, see the Detail Charges section.
An automatic bill payment of $146.38 will be made on 05/12/2022 by your Financial
Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers.
Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to
discuss payment arrangements and/or financial assistance programs. Flexible payment
plans are available to customers who indicate either an impact or hardship as a result of
COVID-19.

## Monthly Message Board

**Want to STOP or MOVE your service? It's never been easier.**
Our new online tool lets you change your service 24/7. No more calling or holding for a
representative. Head to our website now and get it done. START. STOP. MOVE. your
service at NIPSCO.com/service.

## Delivery & Supply Summary

**NIPSCO**
| | |
|---|---|
| Beginning Balance | $74.28 |
| Current Delivery Charges | +$71.82 |
| Payments Received | -$74.28 |
| **Ending Balance** | **$71.82** |

**Constellation Newenergy - Gas Division**
| | |
|---|---|
| Beginning Balance | $89.68 |
| Current Supply Charges | +$74.56 |
| Payments Received | -$89.68 |
| **Ending Balance** | **$74.56** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13011
MERRILLVILLE, IN 46411-3011 **NIPSCO**


**Web** NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 05/12/2022: $146.38
If paid after 05/12/2022, the amount due will be
$150.90**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000045200000146383

Account Number: 243-030-007-7
Statement Date: 04/22/2022
4302
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

**Meter Number:**
9477784

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings -** 30 Billing Days

| | | |
|---|---|---|
| Actual Reading on 04/22 | - | 8399 |
| Actual Reading on 03/23 | | 8318 |
| **Gas Used (Ccf)** | | **81** |
| Conversion to Therms | x | 1.045 |
| **Total Gas Used (Therms)** | | **84.6** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Apr 21 | 49.2 | 48.3° | 1.6 |
| Mar 22 | 106.5 | 37.8° | 3.7 |
| Apr 22 | 84.6 | 42.2° | 2.8 |

Your next scheduled meter reading date is between 05/23/2022 - 05/25/2022.

## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $67.12 |
| Indiana Sales Tax | $4.70 |
| **Total Charges for Gas Service This Period** | **+$71.82** |

**Charges for Variable Price Per Therm - Rate 16300**

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $62.24 |
| Interstate Transportation and Storage Charges | $7.44 |
| Indiana Sales Tax | $4.88 |
| **Total Charges for Service This Period** | **+$74.56** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address:

City

State        Zip Code

Phone Number

Add or Edit Email

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 05/23/2022
4266
Page 1 of 2

## Contact Us

 **Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

 **Web**
Make payments and access your
account at NIPSCO.com

 **Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007

 **Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1.  Leave the building or area immediately.
2.  Leave windows and doors in their
    positions and avoid doing anything that
    could cause a spark.
3.  From a safe place, away from the building
    or area, call **911** and NIPSCO at **1-800-634-
    3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.



**Employee Identification**
All our employees and contractors carry photo
identification.  Ask to see it before allowing
anyone who claims to be a utility
representative into your home.  Call the police
if you see suspicious activity.

## Account Profile

| **Customer Name:** | **Your Contact Information:** | **Type of Customer:** |
| Office Lounge | 1813 E 12Th St | Non-Residential |
|  | Mishawaka IN 46544-5903 | Gas Service |
| **Account Number:** | bhar749028@aol.com | Customer CHOICE Program |
| 243-030-007-7 |  | Automatic Payment |
|  |  | Paperless Billing |

•   Is your contact information correct?  Make all changes on the reverse side.

## Account Summary

| | |
|---|---:|
| Previous Balance on 04/22/2022 | $146.38 |
| Payments Received on 05/11/2022 | -$146.38 |
| Balance on 05/23/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$61.49 |
| Charges for Gas Supply This Period | +$25.46 |
| **Current Charges Due by 06/10/2022** | **$86.95** |

•   If paid after 06/10/2022, a late payment charge of $2.85 will be applied and your
    new current amount due will be $89.80.
•   For more information regarding these charges, see the Detail Charges section.
An automatic bill payment of $86.95 will be made on 06/10/2022 by your Financial
Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers.
Any customer who is having trouble paying his/her bill should call  1-800-464-7726 to
discuss payment arrangements and/or financial assistance programs. Flexible payment
plans are available to customers who indicate either an impact or hardship as a result of
COVID-19.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---:|
| Beginning Balance | $71.82 |
| Current Delivery Charges | +$61.49 |
| Payments Received | -$71.82 |
| Ending Balance | $61.49 |

**Constellation Newenergy - Gas Division**

| | |
|---|---:|
| Beginning Balance | $74.56 |
| Current Supply Charges | +$25.46 |
| Payments Received | -$74.56 |
| Ending Balance | $25.46 |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018  **NIPSCO**

 **Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 06/10/2022: $86.95**
**If paid after 06/10/2022, the amount due will be**
**$89.80**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

243030007060010000000028500000086954

Account Number: 243-030-007-7
Statement Date: 05/23/2022
4266
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



Meter Number: 9477184

Service Address:
1813 E 12Th St
Mishawaka IN 46544-5903

Meter Readings - 31 Billing Days

| | | |
|---|---|---|
| Actual Reading on 05/23 | | 8424 |
| Actual Reading on 04/22 | - | 8399 |
| **Gas Used (Ccf)** | | **25** |
| Conversion to Therms | x | 1.045 |
| **Total Gas Used (Therms)** | | **26.1** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| May 21 | 26.3 | 55.6° | 0.9 |
| Apr 22 | 84.6 | 42.2° | 2.8 |
| **May 22** | **26.1** | **59.8°** | **0.8** |

Your next scheduled meter reading date is between 06/22/2022 - 06/24/2022.



## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

NIPSCO
| | |
|---|---|
| Delivery Charges | $57.47 |
| Indiana Sales Tax | $4.02 |
| **Total Charges for Gas Service This Period** | **+$61.49** |

**Charges for Variable Price Per Therm - Rate 16300**

Constellation NewEnergy - Gas Division, LLC
| | |
|---|---|
| Gas Supply | $21.49 |
| Interstate Transportation and Storage Charges | $2.30 |
| Indiana Sales Tax | $1.67 |
| **Total Charges for Service This Period** | **+$25.46** |

• Your gas supplier Constellation NewEnergy – Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State    Zip Code

Phone Number

Area or Edit Email

## Message Board

• Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.



Account Number: 243-030-007-7
Statement Date: 06/22/2022
4306
Page 1 of 2

## Contact Us

 **Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call 911 and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

| **Customer Name:** | **Your Contact Information:** | **Type of Customer:** |
| --- | --- | --- |
| Office Lounge | 1813 E 12Th St | Non-Residential |
| | Mishawaka IN 46544-5903 | Gas Service |
| **Account Number:** | bhar749028@aol.com | Customer CHOICE Program |
| 243-030-007-7 | | Automatic Payment |
| | | Paperless Billing |

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
| --- | --- |
| Previous Balance on 05/23/2022 | $86.95 |
| Payments Received on 06/09/2022 | -$86.95 |
| Balance on 06/22/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$57.84 |
| Charges for Gas Supply This Period | +$6.96 |
| **Current Charges Due by 07/11/2022** | **$64.80** |

• If paid after 07/11/2022, a late payment charge of $2.24 will be applied and your new current amount due will be $67.04.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $64.80 will be made on 07/11/2022 by your Financial Institution.

We know that the COVID-19 pandemic may cause financial hardship for our customers. Any customer who is having trouble paying his/her bill should call 1-800-464-7726 to discuss payment arrangements and/or financial assistance programs. Flexible payment plans are available to customers who indicate either an impact or hardship as a result of COVID-19.

## Monthly Message Board

**Want to STOP or MOVE your service? It's never been easier.**
Our new online tool lets you change your service 24/7. No more calling or holding for a representative. Head to our website now and get it done. START.STOP.MOVE. your service at NIPSCO.com/service.

**Carbon Monoxide Safety**
Carbon monoxide (CO) is an odorless, tasteless, non-corrosive gas created when fuels burn incompletely. Know the symptoms of CO poisoning and ensure your home has properly installed CO detectors on every level of your property and in outside of every room where someone sleeps. Regularly test your carbon monoxide detectors and replace the batteries and/or detectors as needed. Ensure your CO detectors are properly installed. You can learn more at nipsco.com/safety/know-your-home.

---

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018 **NIPSCO**

**Web** NIPSCO.com
**Phone** 1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 07/11/2022: $64.80**
**If paid after 07/11/2022, the amount due will be $67.04**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000022400000064807

Complaint Ex. 2

Account Number: 243-030-007-7
Statement Date: 06/22/2022
4306
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---:|
| Beginning Balance | $61.49 |
| Current Delivery Charges | +$57.84 |
| Payments Received | -$61.49 |
| **Ending Balance** | **$57.84** |

**Constellation Newenergy - Gas Division**

| | |
|---|---:|
| Beginning Balance | $25.46 |
| Current Supply Charges | +$6.96 |
| Payments Received | -$25.46 |
| **Ending Balance** | **$6.96** |



## 13 Month Usage History

**Meter Number:**
9477164

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings -** 30 Billing Days

| | | |
|---|---|---|
| Actual Reading on 06/22 | | 8430 |
| Actual Reading on 05/23 | - | 8424 |
| **Gas Used (Ccf)** | | **6** |
| Conversion to Therms | x | 1.045 |
| **Total Gas Used (Therms)** | | **6.2** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Jun 21 | 9.4 | 70.3° | 0.3 |
| May 22 | 26.1 | 59.8° | 0.8 |
| **Jun 22** | **6.2** | **70.8°** | **0.2** |

Your next scheduled meter reading date is between 07/22/2022 - 07/26/2022.

## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121**

**NIPSCO**

| | |
|---|---:|
| Delivery Charges | $54.06 |
| Indiana Sales Tax | $3.78 |
| **Total Charges for Gas Service This Period** | **+$57.84** |

**Charges for Variable Price Per Therm - Rate 16300**

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---:|
| Gas Supply | $5.95 |
| Interstate Transportation and Storage Charges | $0.55 |
| Indiana Sales Tax | $0.46 |
| **Total Charges for Service This Period** | **+$6.96** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |
|---|
| City |
| State | Zip Code |
| Phone Number |
| Add or Edit Email |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 07/22/2022
4276
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

* Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 06/22/2022 | $64.80 |
| Payments Received on 07/08/2022 | -$64.80 |
| Balance on 07/22/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$56.39 |
| Charges for Gas Supply This Period | +$4.44 |
| **Current Charges Due by 08/11/2022** | **$60.83** |

* If paid after 08/11/2022, a late payment charge of $2.12 will be applied and your new current amount due will be $62.95.
* For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $60.83 will be made on 08/11/2022 by your Financial Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to customers experiencing a financial hardship. Any customer who is having trouble paying his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment arrangements and/or financial assistance programs.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $57.84 |
| Current Delivery Charges | +$56.39 |
| Payments Received | -$57.84 |
| **Ending Balance** | **$56.39** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $6.96 |
| Current Supply Charges | +$4.44 |
| Payments Received | -$6.96 |
| **Ending Balance** | **$4.44** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903


**Web**
NIPSCO.com
**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 08/11/2022: $60.83
If paid after 08/11/2022, the amount due will be
$62.95**

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018  **NIPSCO**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

243030007060010000000021200000060833

Account Number: 243-030-007-7
Statement Date: 07/22/2022
4276
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



## 13 Month Usage History

| Month | 2021 | | | | | | 2022 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul 30 | Aug 32 | Sep 30 | Oct 29 | Nov 29 | Dec 32 | Jan 34 | Feb 29 | Mar 29 | Apr 30 | May 31 | Jun 30 | Jul 30 |
| Therms | 6 | 6 | 3 | 2 | 66 | 132 | 179 | 173 | 106 | 84 | 26 | 9 | 4 |

Monthly Billing Days

**Meter Number:** 9477184

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings - 30 Billing Days**

| | | |
|---|---|---|
| Actual Reading on 07/22 | | 8434 |
| Actual Reading on 06/22 | - | 8430 |
| **Gas Used (Ccf)** | | **4** |
| Conversion to Therms | x | 1.029 |
| **Total Gas Used (Therms)** | | **4.1** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Jul 21 | 6.3 | 73.1° | 0.2 |
| Jun 22 | 6.2 | 70.8° | 0.2 |
| Jul 22 | 4.1 | 74.3° | 0.1 |

Your next scheduled meter reading date is between 08/23/2022 – 08/25/2022.

## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121 - 06/22/2022 to 06/30/2022**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $14.31 |
| **Total** | **+$14.31** |

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121 - 06/30/2022 to 07/22/2022**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $38.39 |
| **Total** | **+$38.39** |
| Indiana Sales Tax | +$3.69 |
| **Total Charges for Gas Service This Period** | **$56.39** |

**Charges for Variable Price Per Therm - Rate 16300**

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $3.79 |
| Interstate Transportation and Storage Charges | $0.36 |
| Indiana Sales Tax | $0.29 |
| **Total Charges for Service This Period** | **+$4.44** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

- On March 16, 2022, House Enrolled Act 1002 was signed into law, removing the Utility Receipts Tax from utility bills for usage beginning July 1, 2022. This removal is approximately a 1.46% reduction in your monthly gas bill. For a typical gas residential customer utilizing 69 therms per month, this means an approximate savings of $16.76 per year.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |
|---|
| City |
| State / ZipCode |
| Phone Number |
| Reminder Bill Email |

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.



## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri,

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your
account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their
   positions and avoid doing anything that
   could cause a spark.
3. From a safe place, away from the building
   or area, call **911** and NIPSCO at **1-800-634-
   3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.



**Employee Identification**
All our employees and contractors carry photo
identification. Ask to see it before allowing
anyone who claims to be a utility
representative into your home. Call the police
if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

- Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 07/22/2022 | $60.83 |
| Payments Received on 08/10/2022 | -$60.83 |
| Balance on 08/23/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$55.80 |
| Charges for Gas Supply This Period | +$3.27 |
| **Current Charges Due by 09/12/2022** | **$59.07** |

- If paid after 09/12/2022, a late payment charge of $2.07 will be applied and your
  new current amount due will be $61.14.
- For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $59.07 will be made on 09/12/2022 by your Financial
Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to
customers experiencing a financial hardship. Any customer who is having trouble paying
his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment
arrangements and/or financial assistance programs.

## Monthly Message Board

**Want to STOP or MOVE your service? Its never been easier.**
Our new online tool lets you change your service 24/7. No more calling or holding for a
representative. Head to our website now and get it done. START.STOP.MOVE. your
service at NIPSCO.com/service.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $56.39 |
| Current Delivery Charges | +$55.80 |
| Payments Received | -$56.39 |
| **Ending Balance** | **$55.80** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $4.44 |
| Current Supply Charges | +$3.27 |
| Payments Received | -$4.44 |
| **Ending Balance** | **$3.27** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018 **NIPSCO**

**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 09/12/2022: $59.07
If paid after 09/12/2022, the amount due will be
$61.14**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000020700000059071

Account Number: 243-030-007-7
Statement Date: 08/23/2022
4309
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

**Meter Number:**
9477184

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings -** 32 Billing Days

| | | |
|---|---|---|
| Actual Reading on 08/23 | | 8437 |
| Actual Reading on 07/22 | - | 8434 |
| **Gas Used (Ccf)** | | **3** |
| Conversion to Therms | x | 1.045 |
| **Total Gas Used (Therms)** | | **3.1** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Aug 21 | 6.3 | 74.7° | 0.2 |
| Jul 22 | 4.1 | 74.3° | 0.1 |
| **Aug 22** | **3.1** | **72.8°** | **0.1** |

Your next scheduled meter reading date is between 09/22/2022 - 09/26/2022.

## Detail Charges

### Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $52.15 |
| Indiana Sales Tax | $3.65 |
| **Total Charges for Gas Service This Period** | **+$55.80** |

### Charges for Variable Price Per Therm - Rate 16300

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $2.79 |
| Interstate Transportation and Storage Charges | $0.27 |
| Indiana Sales Tax | $0.21 |
| **Total Charges for Service This Period** | **+$3.27** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.
- On March 16, 2022, House Enrolled Act 1002 was signed into law, removing the Utility Receipts Tax from utility bills for usage beginning July 1, 2022. This removal is approximately a 1.46% reduction in your monthly gas bill. For a typical gas residential customer utilizing 69 therms per month, this means an approximate savings of $16.76 per year.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address:

City

State            Zip Code

Phone Number

Add or Edit Email

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.



Account Number: 243-030-007-7
Statement Date: 09/22/2022
4270
Page 1 of 3

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952



**Web**
Make payments and access your account at NIPSCO.com



**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007



**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.



**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka, IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 08/23/2022 | $59.07 |
| Payments Received on 09/09/2022 | -$59.07 |
| Balance on 09/22/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$66.86 |
| Charges for Gas Supply This Period | +$2.35 |
| **Current Charges Due by 10/11/2022** | **$69.21** |

• If paid after 10/11/2022, a late payment charge of $2.30 will be applied and your new current amount due will be $71.51.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $69.21 will be made on 10/11/2022 by your Financial Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to customers experiencing a financial hardship. Any customer who is having trouble paying his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment arrangements and/or financial assistance programs.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $55.80 |
| Current Delivery Charges | +$66.86 |
| Payments Received | -$55.80 |
| **Ending Balance** | **$66.86** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $3.27 |
| Current Supply Charges | +$2.35 |
| Payments Received | -$3.27 |
| **Ending Balance** | **$2.35** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903





**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 10/11/2022: $69.21**
**If paid after 10/11/2022, the amount due will be**
**$71.51**

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

2430300070600100000000230000000069212

Complaint Ex. 2

Account Number: 243-030-007-7
Statement Date: 09/22/2022
4270
Page 2 of 3

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

**Meter Number:**
9477184

**Service Address:**
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings –** 30 Billing Days

| | | |
|---|---|---|
| Actual Reading on 09/22 | | 8439 |
| Actual Reading on 08/23 | - | 8437 |
| **Gas Used (Ccf)** | | **2** |
| Conversion to Therms | x | 1.048 |
| **Total Gas Used (Therms)** | | **2** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Sep 21 | 3.1 | 72.1° | 0.1 |
| Aug 22 | 3.1 | 72.8° | 0.1 |
| Sep 22 | 2.0 | 70.7° | 0.1 |

Your next scheduled meter reading date is between 10/20/2022 - 10/24/2022.

## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 121 - 08/23/2022 to 08/31/2022**

| NIPSCO | |
|---|---|
| Delivery Charges | $13.85 |
| **Total** | **+$13.85** |

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 221 - 08/31/2022 to 09/22/2022**

| NIPSCO | |
|---|---|
| Delivery Charges | $48.64 |
| **Total** | **+$48.64** |

| Indiana Sales Tax | +$4.37 |
|---|---|
| **Total Charges for Gas Service This Period** | **$66.86** |

**Charges for Variable Price Per Therm - Rate 16300**

| Constellation NewEnergy - Gas Division, LLC | |
|---|---|
| Gas Supply | $2.02 |
| Interstate Transportation and Storage Charges | $0.18 |
| Indiana Sales Tax | $0.15 |
| **Total Charges for Service This Period** | **+$2.35** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

**Energy Efficiency Incentives**
Small businesses can earn incentives for making electric and natural gas energy efficiency improvements in existing buildings. Updates can be installed by the business owner, a contractor of choice, or a program-participating Trade Ally. The program is designed to encourage energy-saving projects involving the installation of new, high-efficiency equipment or systems. Visit NIPSCO.com/SBDI for more information.

continued on next page

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State          Zip Code

Phone Number

Add or Edit Email

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 09/22/2022
4270
Page 3 of 3

**Change to Natural Gas Rates**
The current bill amount associated with your natural gas usage reflects updated natural gas base rates that were recently reviewed and approved by the Indiana Utility Regulatory Commission. Visit NIPSCO.com/2022gasrates for more information.





Account Number: 243-030-007-7
Statement Date: 10/20/2022
4523
Page 1 of 2

## Contact Us


**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952


**Web**
Make payments and access your
account at NIPSCO.com


**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN 46411-3007


**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1.  Leave the building or area immediately.
2.  Leave windows and doors in their
    positions and avoid doing anything that
    could cause a spark.
3.  From a safe place, away from the building
    or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.



**Employee Identification**
All our employees and contractors carry photo
identification. Ask to see it before allowing
anyone who claims to be a utility
representative into your home. Call the police
if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12Th St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

* Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 09/22/2022 | $69.21 |
| Payments Received on 10/07/2022 | -$69.21 |
| Balance on 10/20/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$71.12 |
| Charges for Gas Supply This Period | +$3.52 |

### Current Charges Due by 11/07/2022 $74.64

* If paid after 11/07/2022, a late payment charge of $2.51 will be applied and your
  new current amount due will be $77.15.
* For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $74.64 will be made on 11/07/2022 by your Financial
Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to
customers experiencing a financial hardship. Any customer who is having trouble paying
his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment
arrangements and/or financial assistance programs.

## Monthly Message Board

**Streetlight out? Report it.**
If you notice a streetlight that is broken or burned out, you can visit
NIPSCO.com/StreetlightOut and submit a request to have it fixed. An interactive map
identifies all of the streetlights owned or maintained by NIPSCO. If you do not have the
exact pole number, you will be able to search for the streetlight by address or location. If
you are unable to access the online tool, you can still call NIPSCO at 1-800-464-7726 to
report the streetlight.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $66.86 |
| Current Delivery Charges | +$71.12 |
| Payments Received | -$66.86 |
| Ending Balance | $71.12 |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $2.35 |
| Current Supply Charges | +$3.52 |
| Payments Received | -$2.35 |
| Ending Balance | $3.52 |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018 **NIPSCO**




**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 11/07/2022: $74.64**
**If paid after 11/07/2022, the amount due will be**
**$77.15**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

243030007060010000000025100000074646

Account Number: 243-030-007-7
Statement Date: 10/20/2022
4523
Page 2 of 2

## Helpful Definitions

**Gas Service Definitions**

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



## 13 Month Usage History

Meter Number:
9477184
Service Address:
1813 E 12Th St
Mishawaka IN 46544-5903

**Meter Readings – 28 Billing Days**

| | | |
|---|---|---|
| Actual Reading on 10/20 | | 8442 |
| Actual Reading on 09/22 | − | 8439 |
| Gas Used (Ccf) | | 3 |
| Conversion to Therms | × | 1.050 |
| **Total Gas Used (Therms)** | | **3.1** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Oct 21 | 2.0 | 63.6° | 0.1 |
| Sep 22 | 2.0 | 70.7° | 0.1 |
| Oct 22 | 3.1 | 51.9° | 0.1 |

Your next scheduled meter reading date is between 11/18/2022 – 11/22/2022.



## Detail Charges

**Charges for Gen Serv Gas-Small Htg CHOICE - Rate 221**

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $66.47 |
| Indiana Sales Tax | $4.65 |
| **Total Charges for Gas Service This Period** | **+$71.12** |

**Charges for Variable Price Per Therm - Rate 16300**

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $3.02 |
| Interstate Transportation and Storage Charges | $0.27 |
| Indiana Sales Tax | $0.23 |
| **Total Charges for Service This Period** | **+$3.52** |

* Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

| Address |
|---|
| City |
| State  Zip Code |
| Phone Number |
| Add'l or Edit Email |

## Message Board

* Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 11/18/2022
4253
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-835-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. Box 13007
Merrillville, IN 46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.

**Indiana 811**

**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12TH St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 10/20/2022 | $74.64 |
| Payments Received on 11/04/2022 | -$74.64 |
| Balance on 11/18/2022 | $0.00 |
| Charges for Gas Delivery This Period | +$70.96 |
| Charges for Gas Supply This Period | +$2.17 |
| **Current Charges Due by 12/08/2022** | **$73.13** |

• If paid after 12/08/2022, a late payment charge of $2.40 will be applied and your new current amount due will be $75.53.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $73.13 will be made on 12/08/2022 by your Financial Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to customers experiencing a financial hardship. Any customer who is having trouble paying his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment arrangements and/or financial assistance programs.

## Monthly Message Board

**Energy Efficiency Incentives**
Small businesses can earn incentives for making electric and natural gas energy efficiency improvements in existing buildings. Updates can be installed by the business owner, a contractor of choice, or a program-participating Trade Ally. The program is designed to encourage energy-saving projects involving the installation of new, high-efficiency equipment or systems. Visit NIPSCO.com/SBDI for more information.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $71.12 |
| Current Delivery Charges | +$70.96 |
| Payments Received | -$71.12 |
| Ending Balance | $70.96 |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $3.52 |
| Current Supply Charges | +$2.17 |
| Payments Received | -$3.52 |
| Ending Balance | $2.17 |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN 46411-3018 **NIPSCO**



**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 12/08/2022: $73.13**
**If paid after 12/08/2022, the amount due will be**
**$75.53**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN 46411-3007

24303000706001000000002400000000073139

Account Number: 243-030-007-7
Statement Date: 11/18/2022
4253
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

**Meter Number:**
9477184

**Service Address:**
1813 E 12TH St
Mishawaka IN 46544-5903

**Meter Readings –** 29 Billing Days

| | |
|---|---|
| Actual Reading on 11/18 | 8444 |
| Actual Reading on 10/20 | 8442 |
| **Gas Used (Ccf)** | **2** |
| Conversion to Therms    x | 1.061 |
| **Total Gas Used (Therms)** | **2.1** |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Nov 21 | 66.8 | 43.8° | 2.3 |
| Oct 22 | 3.1 | 51.9° | 0.1 |
| **Nov 22** | **2.1** | **50.5°** | **0.1** |

Your next scheduled meter reading date is between 12/20/2022 – 12/22/2022.



## Detail Charges

### Charges for Gen Serv Gas-Small Htg CHOICE - Rate 221

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $66.32 |
| Indiana Sales Tax | $4.64 |
| **Total Charges for Gas Service This Period** | **+$70.96** |

### Charges for Variable Price Per Therm - Rate 16300

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $1.85 |
| Interstate Transportation and Storage Charges | $0.18 |
| Indiana Sales Tax | $0.14 |
| **Total Charges for Service This Period** | **+$2.17** |

* Your gas supplier Constellation NewEnergy – Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.



## Message Board

* Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 12/20/2022
4350
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007

**Authorized Payment Locations**
Find locations online at NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas, carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their positions and avoid doing anything that could cause a spark.
3. From a safe place, away from the building or area, call **911** and NIPSCO at **1-800-634-3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping project, call Indiana 811 at least two business days before digging. A representative will mark the approximate location of underground utility lines for free.

**Indiana 811**

**Employee Identification**
All our employees and contractors carry photo identification. Ask to see it before allowing anyone who claims to be a utility representative into your home. Call the police if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12TH St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 11/18/2022 | $73.13 |
| Payments Received on 12/07/2022 | -$73.13 |
| **Balance on 12/20/2022** | **$0.00** |
| Charges for Gas Delivery This Period | +$71.12 |
| Charges for Gas Supply This Period | +$3.53 |
| **Current Charges Due by 01/09/2023** | **$74.65** |

• If paid after 01/09/2023, a late payment charge of $2.51 will be applied and your new current amount due will be $77.16.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $74.65 will be made on 01/09/2023 by your Financial Institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to customers experiencing a financial hardship. Any customer who is having trouble paying his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment arrangements and/or financial assistance programs.

## Monthly Message Board

**Go Paper Free Today**
We've made it easier for you to sign up for paperless billing. Enjoy the convenience of managing your account online. You will receive monthly email alerts, have 24/7 account access and up to two years of past bills and payment history. Sign up at GoPaperFreeToday.com.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $70.96 |
| Current Delivery Charges | +$71.12 |
| Payments Received | -$70.96 |
| **Ending Balance** | **$71.12** |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $2.17 |
| Current Supply Charges | +$3.53 |
| Payments Received | -$2.17 |
| **Ending Balance** | **$3.53** |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018  NIPSCO



**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 01/09/2023: $74.65**
If paid after 01/09/2023, the amount due will be
**$77.16**

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

2430300070600100000000251000000074653

Account Number: 243-030-007-7
Statement Date: 12/20/2022
4350
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

**Meter Number:** 9477184

**Service Address:**
1813 E 12TH St
Mishawaka IN 46544-5903

**Meter Readings - 32 Billing Days**

| | | |
|---|---|---|
| Actual Reading on 12/20 | | 8447 |
| Actual Reading on 11/18 | - | 8444 |
| Gas Used (Ccf) | | 3 |
| Conversion to Therms | x | 1.053 |
| **Total Gas Used (Therms)** | | **3.1** |

**Usage Comparison - Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Dec 21 | 132.7 | 37.1° | 4.1 |
| Nov 22 | 2.1 | 50.5° | 0.1 |
| Dec 22 | 3.1 | 34.8° | 0.1 |

Your next scheduled meter reading date is between 01/24/2023 - 01/26/2023.



## Detail Charges

### Charges for Gen Serv Gas-Small Htg CHOICE - Rate 221

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $66.47 |
| Indiana Sales Tax | $4.65 |
| **Total Charges for Gas Service This Period** | **+$71.12** |

### Charges for Variable Price Per Therm - Rate 16300

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $3.03 |
| Interstate Transportation and Storage Charges | $0.27 |
| Indiana Sales Tax | $0.23 |
| **Total Charges for Service This Period** | **+$3.53** |

* Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State          Zip Code

Phone Number

Add or Edit Email

## Message Board

* Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.

Complaint Ex. 2



Account Number: 243-030-007-7
Statement Date: 01/24/2023
4367
Page 1 of 2

## Contact Us



**Phone**
Customer Service
1-800-464-7726
7 A.M. - 7 P.M. CT Mon. - Fri.

**Emergency Service 24/7**
1-800-634-3524
For gas leaks or odor of gas
1-800-464-7726
Report electric lines down or power
outage

Pay by credit/debit card
Call 1-855-763-6277 (Paymentus
convenience fee will apply)

For hearing-impaired TDD
1-800-635-0952

**Web**
Make payments and access your
account at NIPSCO.com

**Mail Payments**
NIPSCO
P.O. BOX 13007
Merrillville, IN  46411-3007

**Authorized Payment Locations**
Find locations online at
NIPSCO.com

## Your Safety

**Gas Safety**
In case of an emergency, such as odor of gas,
carbon monoxide or fire:
1. Leave the building or area immediately.
2. Leave windows and doors in their
   positions and avoid doing anything that
   could cause a spark.
3. From a safe place, away from the building
   or area, call **911** and NIPSCO at **1-800-634-
   3524.**

**Always Call 8-1-1 Before You Dig**
If you're planning a home or landscaping
project, call Indiana 811 at least two business
days before digging. A representative will mark
the approximate location of underground
utility lines for free.



**Employee Identification**
All our employees and contractors carry photo
identification. Ask to see it before allowing
anyone who claims to be a utility
representative into your home. Call the police
if you see suspicious activity.

## Account Profile

**Customer Name:**
Office Lounge

**Account Number:**
243-030-007-7

**Your Contact Information:**
1813 E 12TH St
Mishawaka IN 46544-5903
bhar749028@aol.com

**Type of Customer:**
Non-Residential
Gas Service
Customer CHOICE Program
Automatic Payment
Paperless Billing

• Is your contact information correct? Make all changes on the reverse side.

## Account Summary

| | |
|---|---|
| Previous Balance on 12/20/2022 | $74.65 |
| Payments Received on 01/06/2023 | -$74.65 |
| Balance on 01/24/2023 | $0.00 |
| Charges for Gas Delivery This Period | +$71.11 |
| Charges for Gas Supply This Period | +$3.42 |
| **Current Charges Due by 02/13/2023** | **$74.53** |

• If paid after 02/13/2023, a late payment charge of $2.51 will be applied and your
  new current amount due will be $77.04.
• For more information regarding these charges, see the Detail Charges section.

An automatic bill payment of $74.53 will be made on 02/13/2023 by your Financial
institution.

If you are struggling to pay your bill we can help. Flexible payment plans are available to
customers experiencing a financial hardship. Any customer who is having trouble paying
his/her bill should visit www.NIPSCO.com or call 800-464-7726 to learn about payment
arrangements and/or financial assistance programs.

## Monthly Message Board

**Keep Your Meter Clear**
Your meter, regulator and outdoor piping can withstand harsh winter weather, but hard-
packed snow, icicles and water dripping on outdoor equipment can create a safety
hazard. This winter, keep your meter visible at all times so it is accessible for
maintenance or in the event of an emergency, and never let snow completely cover the
meter setting. Use a broom to clear snow from the gas meter and prevent damage to
the apparatus.

## Delivery & Supply Summary

**NIPSCO**

| | |
|---|---|
| Beginning Balance | $71.12 |
| Current Delivery Charges | +$71.11 |
| Payments Received | -$71.12 |
| Ending Balance | $71.11 |

**Constellation Newenergy - Gas Division**

| | |
|---|---|
| Beginning Balance | $3.53 |
| Current Supply Charges | +$3.42 |
| Payments Received | -$3.53 |
| Ending Balance | $3.42 |

▼ Please fold on the perforation below, detach and return with your payment.

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

P.O. BOX 13018
MERRILLVILLE, IN  46411-3018  **NIPSCO**

**Web**
NIPSCO.com

**Phone**
1-800-464-7726

Account Number: 243-030-007-7
**Automatic Bill Payment on 02/13/2023: $74.53**
If paid after 02/13/2023, the amount due will be
$77.04

OFFICE LOUNGE
1813 E 12TH ST
MISHAWAKA IN 46544-5903

NIPSCO
P.O. BOX 13007
MERRILLVILLE, IN  46411-3007

243030007060010000000025100000074539

Account Number: 243-030-007-7
Statement Date: 01/24/2023
4367
Page 2 of 2

## Helpful Definitions

### Gas Service Definitions

**Gas Delivery Charges** are the costs of delivering gas to retail customers. The charges for these services are regulated and these services must be purchased from the local distribution company.

**Therm (thm)** is equal to 100,000 Btus and is the basic billing unit for gas.

## Legal Notices

**Rate Schedule** information is available upon request and at NIPSCO.com.



### 13 Month Usage History

| Meter Number: 9477184 | | |
|---|---|---|
| **Service Address:** 1813 E 12TH St Mishawaka IN 46544-5903 | | |

**Meter Readings – 35 Billing Days**

| Actual Reading on 01/24 | | 8450 |
|---|---|---|
| Actual Reading on 12/20 | - | 8447 |
| Gas Used (Ccf) | | 3 |
| Conversion to Therms | x | 1.029 |
| **Total Gas Used (Therms)** | | 3 |

**Usage Comparison – Therms**

| Month | Therms | Avg Temp | Therms Per Day |
|---|---|---|---|
| Jan 22 | 179.2 | 27.0° | 5.3 |
| Dec 22 | 3.1 | 34.8° | 0.1 |
| Jan 23 | 3.0 | 32.9° | 0.1 |

Your next scheduled meter reading date is between 02/22/2023 - 02/24/2023.



## Detail Charges

### Charges for Gen Serv Gas-Small Htg CHOICE - Rate 221

**NIPSCO**

| | |
|---|---|
| Delivery Charges | $66.46 |
| Indiana Sales Tax | $4.65 |
| **Total Charges for Gas Service This Period** | **+$71.11** |

### Charges for Variable Price Per Therm - Rate 16300

**Constellation NewEnergy - Gas Division, LLC**

| | |
|---|---|
| Gas Supply | $2.94 |
| Interstate Transportation and Storage Charges | $0.26 |
| Indiana Sales Tax | $0.22 |
| **Total Charges for Service This Period** | **+$3.42** |

- Your gas supplier Constellation NewEnergy - Gas Division, LLC can be contacted at 1-855-465-1244.

## Change Contact Information

By providing NIPSCO a telephone number, it enables us to call you about your utility service, future service appointments and other important information pertaining to your account and you're agreeing to receive autodialed and prerecorded voice calls. Please notify us if you wish to opt out or if you no longer use this number. Thank you in advance.

Address

City

State          Zip Code

Phone Number

Add or Edit Email

## Message Board

- Take the seasonal highs and lows out by dividing your yearly energy use into 12 equal monthly payments – for budgeting that's a whole lot easier. Learn more at NIPSCO.com/BudgetPlan.