UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BARRY HARDING d/b/a OFFICE LOUNGE,

    Plaintiff,

v.

SPECIALTY RISK OF AMERICA,

    Defendant.

CAUSE NO. 3:23-CV-522 DRL-MGG

## ORDER

The parties filed a stipulation to dismiss all claims with prejudice against Specialty Risk of America [27]. This stipulation is a dismissal of all claims against the sole defendant and now dismisses the entire action. Accordingly, the court DISMISSES WITH PREJUDICE Specialty Risk of America as a party in this matter, with each side to bear their own costs and fees. This case is now terminated.

SO ORDERED.

March 13, 2024

*s/ Damon R. Leichty*
Judge, United States District Court